UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| OZMO LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., and DELL INC.,<br><br>Defendants. | Civil Action No. 6:22-cv-00642-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

In accordance with the Court's January 9, 2023 Scheduling order (Dkt. No. 24), the parties hereby submit this Joint Claim Construction Statement with respect to the patents-in-suit, U.S. Patent Nos. 8,599,814 ("the '814 patent"); 9,264,991 ("the '991 patent"); 10,873,906 ("the '906 patent"); 11,012,934 ("the '934 patent"); 11,122,504 ("the '504 patent"); and 11,252,659 ("the '659 patent") (collectively, "the patents-in-suit").

## I. Agreed-Upon Constructions

A. "protocol" (all patents, all claims)

| |
|---|
| "set of rules" |

B. "partially consistent / partially compliant" ('814 patent, '934 patent, '504 patent, '659 patent, '906 patent, all claims; '991 patent, claims 1-7, 9, 11-14, 16, 17, 19, 20)

| |
|---|
| "conforms to a part, but not the entirety of" |

C. "configured to agree / can agree / mutually agreeable" ('814 patent, claim 5; '991 patent, claims 8, 11, 12, 20; '906 patent, claims 1, 4; '934 patent, claims 1, 4; '504 patent, claims 1, 4)

| “jointly determine” |
|---|

D. “first [wireless] network / second [wireless] network” (‘814 patent, claims 1-4, 6, 11; ‘991 patent, claims 1-3, 6-9, 13, 17, 19; ‘659 patent, claims 1-3, 5, 15, 16)

| plain and ordinary meaning |
|---|

E. “logic for processing data received via the wireless radio circuit” (‘814 patent, claims 1, 6, 7)

| Subject to 35 U.S.C. §112(f)<br><br><u>Function</u>: processing data received via the wireless radio circuit<br><br><u>Structure</u>: processing unit 28 |
|---|

F. “logic for generating data to be transmitted by the wireless radio circuit” (‘814 patent, claim 1)

| Subject to 35 U.S.C. §112(f)<br><br><u>Function</u>: generating data to be transmitted by the wireless radio circuit<br><br><u>Structure</u>: processing unit 28 |
|---|

G. “logic for initiating and maintaining wireless network connections with nodes of a wireless network external to the network-enabled hub, maintaining at least a first wireless network connection using a first wireless network protocol and a second wireless network connection using a second wireless network protocol, that can be maintained, at times, simultaneously with each other in a common wireless space” (‘814 patent, claim 1)

| Subject to 35 U.S.C. §112(f)<br><br><u>Function</u>: initiating and maintaining wireless network connections with nodes of a wireless network external to the network-enabled hub, maintaining at least a first wireless network connection using a first wireless network protocol and a second wireless network connection using a second wireless network protocol, that can be maintained, at times, simultaneously with each other in a common wireless space |
|---|

| |
|---|
| Structure: wireless circuit 27, processing unit 28, and software platform 36 |

H. "data forwarding logic" ('814 patent, claim 1; '991 patent, claims 1, 11)

| |
|---|
| Plain and ordinary meaning |

I. "a routing module for receiving a poll request that contains information required to unambiguously identify a station that is a node in the second network, wherein the routing module coordinates retrieval of information from the station" ('814 patent, claim 2; '991 patent, claims 2, 19)

| |
|---|
| Subject to 35 U.S.C. §112(f)<br><br>Function: receiving a poll request that contains information required to unambiguously identify a station that is a node in the second network, wherein the routing module coordinates retrieval of information from the station<br><br>Structure: Processing unit 28 executing the algorithm at 7:66-8:7 and 8:11-14, and their equivalents |

## II. Disputed Constructions

A. "WLAN": "wireless local area network" ('814 patent, claim 3) / "wireless LAN" ('991 patent, claims 3-5) / "wireless local area network (WLAN)" ('906 patent, claims 1, 4; '934 patent, claims 1, 4, 7, 11; '504 patent, claims 1, 4, 7, 11) / "WLAN" ('659 patent, claims 1, 4, 11, 12, 21-23, 25, 26, 28)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| "a wireless network with a typical coverage range on the order of 300 feet" | Plain and ordinary meaning |

B. "WPAN": "wireless personal area network ('WPAN')" ('814 patent, claim 5; '991 patent, claims 11-12, 19-20; '906 patent, claims 1, 4, 6, 7, 9, 10, 12; '934 patent, claims 1, 4, 7-9, 12; '504 patent, claims 1, 4, 7-9, 12, 14) / "WPAN" ('659 patent, claims 1, 4, 6, 14, 15)

Term proposed by: Dell and Ozmo

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|

| | |
|---|---|
| "a wireless network with a typical coverage range on the order of 30 feet" | "a short-range wireless network usable to connect peripherals to devices in close proximity" |

C. "802.11x" ('814 patent, claim 4; '991 patent, claims 7, 19; '906 patent, claims 1, 4; '934 patent, claims 1, 4, 11; '504 patent, claims 1, 4, 11; '659 patent, claims 13, 24, 27)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| Indefinite<br><br>*alternatively:*<br><br>all amendments to 802.11 as of March 14, 2006 | Plain and ordinary meaning |

D. "overlay protocol" ('814 patent, claim 1; '991 patent, claims 1, 19; '906 patent, claims 1, 4; '934 patent, claims 1, 4, 7; '504 patent, claims 1, 4; '659 patent, claim 4)

Term proposed by: Dell and Ozmo

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| "a second protocol that has elements that are reuses of elements of a first protocol to provide one or more advantages" | "a protocol governing a second network, which protocol has aspects in common with a first network protocol to reduce interference such that the second and first networks can co-exist" |

E. "at least partially disable the wireless connection" ('906 patent, claims 1, 4; '934 patent, claims 1, 4; '504 patent, claims 1, 4)

Term proposed by: Dell and Ozmo

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| "at least partially do not maintain the wireless connection" | Plain and ordinary meaning |

F. "disable the second connection" ('659 patent, claim 6)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| "do not maintain the second connection" | Plain and ordinary meaning |

G. "the disabling" / "the at least part is disabled" ('934 patent, claim 2; 504 patent, claim 2)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| Indefinite | Plain and ordinary meaning |

H. "logic to coordinate a mutually agreeable inactivity period" ('814 patent, claim 5, '991 patent, claims 11, 12, 20)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| Subject to 35 U.S.C. §112(f)<br><br>Function: "coordinate a mutually agreeable inactivity period"<br><br>Structure: none (indefinite) | Subject to 35 U.S.C. §112(f)<br><br>Function: "coordinate a mutually agreeable inactivity period"<br><br>Structure: processing unit 28 executing algorithms at '814 patent, col. 12, ln. 13 to col. 13, ln. 14, and equivalents |

I. "logic for data forwarding between an originating node that is a node in of one of the first and second networks and a destination node that is a node in of the other of the first and second networks, the logic for data forwarding including logic for processing a data packet from the originating node to identify an address of the destination node in the data packet and using that address to transmit data into the second network" ('991 patent, claim 19)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| Subject to 35 U.S.C. §112(f)<br><br>Function: "data forwarding between an originating node that is a node in of one of the first and second networks and a destination node that is a node in of the other of the first and second networks, the logic for data forwarding including logic for processing a | Not subject to 35 U.S.C. §112(f)<br><br>Plain and ordinary meaning |

| | |
|---|---|
| data packet from the originating node to identify an address of the destination node in the data packet and using that address to transmit data into the second network"<br><br>Structure: processing unit 28 executing an algorithm to read the IP address on incoming packets and forward the packets to that IP address | |

J. "logic for uniquely identifying the destination node from data received from the originating node such that the network-enabled hub can use that data to transmit data into the second wireless network" ('814 patent, claim 11)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| Subject to 35 U.S.C. §112(f)<br><br>Function: "uniquely identifying the destination node from data received from the originating node such that the network-enabled hub can use that data to transmit data into the second wireless network"<br><br>Structure: processing unit 28 executing an algorithm to read the IP address on incoming packets and forward the packets to that IP address and equivalents | Subject to 35 U.S.C. §112(f)<br><br>Function: "uniquely identifying the destination node from data received from the originating node such that the network-enabled hub can use that data to transmit data into the second wireless network"<br><br>Structure: processing unit 28 and algorithms at '814 patent, col. 7, ln. 52 to col. 8, ln. 15 |

K. "wherein the network-enabled hub and the device include logic, in one or both of the network-enabled hub and the device, for initiating device discovery by sending broadcast discovery requests on a pre-defined channel" ('991 patent, claim 9)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| Indefinite | Not subject to 35 U.S.C. §112(f)<br><br>Plain and ordinary meaning<br><br>*alternatively,* |

| | |
|---|---|
| | Function: "initiating device discovery by sending broadcast discovery requests on a pre-defined channel" "<br><br>Structure: processing unit 28/24, including algorithms at '814 patent, col. 13, ln. 16 to col. 14, ln. 27 and equivalents |

L. "wherein the network-enabled hub and the device include logic, in one or both of the network-enabled hub and the device, for indicating characteristics and/or state of the network-enabled hub and/or device" ('991 patent, claim 10)

Term proposed by: Dell

| Dell's Proposed Construction | Ozmo's Proposed Construction |
|---|---|
| Indefinite | Not subject to 35 U.S.C. §112(f)<br><br>Plain and ordinary meaning<br><br>*alternatively,*<br><br>Function: "indicating characteristics and/or state of the network-enabled hub and/or device"<br><br>Structure: processing unit 28 and/or 24 and algorithms at '814 patent, col. 13, ln. 38 to col. 14, ln. 3 and equivalents |

Dated: June 21, 2023

Respectfully submitted,

*/s/ Karl Rupp*

KARL RUPP
State Bar No. 24035243
SOREY & HOOVER LLP
100 N. 6th Street, Suite 502
Waco, TX 76701
Tel: 903-230-5600
Fax: 903-230-5656
krupp@soreylaw.com

Matthew D. Vella
Robert R. Gilman
James J. Foster
Aaron S. Jacobs
Alyssa H. Ruderman
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
mvella@princelobel.com
rgilman@princelobel.com
jfoster@princelobel.com
ajacobs@princelobel.com
aruderman@princelobel.com

*COUNSEL for PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing document has been delivered to all counsel of record through the Court's CM/ECF service on this 21st day of June, 2023.

*/s/ Karl Rupp*