**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| OZMO LICENSING LLC, | Civil Action No. 1:23-cv-00747-ADA |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| DELL TECHNOLOGIES INC. and DELL INC., | |
| Defendants. | |

**DEFENDANTS' AMENDED ANSWER AND COUNTERCLAIM TO COMPLAINT FOR PATENT INFRINGEMENT**

Defendants Dell Technologies Inc. and Dell Inc. (collectively "Dell" or "Defendants") serve an amended answer to Plaintiff Ozmo Licensing LLC's ("Plaintiff" or "Ozmo") Complaint for Patent Infringement ("Complaint") as follows:

**THE PARTIES**

**Complaint No. 1:** Ozmo Licensing is a Texas limited liability company having its principal place of business located at 1000 Heritage Center Circle, Suite 508, Round Rock, Texas 78664.

**Answer to Complaint No. 1:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint, and therefore deny them.

**Complaint No. 2:** Defendant Dell Technologies Inc. is a Delaware corporation with its principal place of business at One Dell Way, Round Rock, Texas 78682.

**Answer to Complaint No. 2:** Admitted.

**Complaint No. 3:** Defendant Dell Inc. is a Delaware corporation with its principal place of business at One Dell Way, Round Rock, Texas 78682. Dell Inc. is a wholly-owned subsidiary of Dell Technologies Inc.

**Answer to Complaint No. 3:** Defendants admit that Dell Inc. is a Delaware corporation with a principal place of business at One Dell Way, Round Rock, Texas 78682. The remaining allegations of paragraph 3 are denied.

<div align="center">

**JURISDICTION AND VENUE**

</div>

**Complaint No. 4:** This is an action for patent infringement brought under the Patent Laws of the United States, 35 U.S.C. §§ 271, *et seq.* This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

**Answer to Complaint No. 4:** Defendants admit that Plaintiff's Complaint purports to arise under the patent laws of the United States, Title 35 of the United States Code and that this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) but deny infringement and any and all relief Plaintiff is seeking.

**Complaint No. 5:** This Court has general personal jurisdiction over Dell because Dell has a principal place of business in Round Rock, Texas. This Court has specific personal jurisdiction over Dell because: (1) Dell has purposely availed itself of the privileges of conducting business activities in this judicial district; (2) Dell has committed acts of infringement in this judicial district; and (3) exercising general personal jurisdiction over Dell would be fair and reasonable given Dell's contacts with, and business activities within, this judicial district and elsewhere in Texas. Accordingly, this Court's exercise of jurisdiction over Dell would not offend traditional notions of fair play and substantial justice.

**Answer to Complaint No. 5:** The allegations in paragraph 5 of the Complaint constitute conclusions of law and no response of Defendants is required. To the extent an answer is

<div align="center">

2

</div>

required, Defendants deny the allegations. Defendants also deny infringement and any and all relief Plaintiff is seeking.

**Complaint No. 6:**  Dell has committed acts of infringement in this District, directly and/or through intermediaries, by, among other things, making, using, offering to sell, selling, and/or importing products and/or services that infringe the Asserted Patents, as alleged herein.

**Answer to Complaint No. 6:**  Denied.

**Complaint No. 7:**  Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Dell has a regular and established place of business in Round Rock, Texas and has committed acts of infringement within this judicial district and elsewhere in Texas. Dell is also registered to do business in Texas.

**Answer to Complaint No. 7:**  Defendants do not contest at this time, and solely for the purpose of the present litigation, whether venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b). Defendants admit that they have a place of business within the Austin division of this judicial district. The remaining allegations in paragraph 7 of the Complaint constitute conclusions of law and no response of Defendants is required. To the extent an answer is required, Defendants deny the allegations. Defendants also deny infringement and any and all relief Plaintiff is seeking.

<div align="center">

**FACTUAL BACKGROUND**

</div>

*The Patents-in-Suit*

**Complaint No. 8:**  On February 16, 2016, the United States Patent and Trademark Office ("PTO") issued United States Patent No. 9,264,991 ("the '991 patent"), titled APPARATUS AND METHOD FOR INTEGRATING SHORT-RANGE WIRELESS PERSONAL AREA NETWORKS FOR A WIRELESS LOCAL AREA NETWORK INFRASTRUCTURE. The '991 patent is valid and enforceable. A copy of the '991 patent is attached as Exhibit A.

<div align="center">3</div>

**Answer to Complaint No. 8:**  Defendants admit that U.S. Patent No. 9,264,991 is entitled "Apparatus and Method for Integrating Short-Range Wireless Personal Area Networks for a Wireless Local Area Network Infrastructure" and lists the issuance date on the face of the patent as February 16, 2016. Defendants admit that what purports to be a copy of the '991 patent is attached as Exhibit A. The remaining allegations of paragraph 8 are denied.

**Complaint No. 9:**  Ozmo Licensing is the owner and assignee of all rights, title, and interest in and to the '991 patent and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '991 patent.

**Answer to Complaint No. 9:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9 of the Complaint, and therefore deny them.

**Complaint No. 10:**  On December 22, 2020, the PTO issued United States Patent No. 10,873,906 ("the '906 patent"), titled APPARATUS AND METHOD FOR INTEGRATING SHORT-RANGE WIRELESS PERSONAL AREA NETWORKS FOR A WIRELESS LOCAL AREA NETWORK INFRASTRUCTURE. The '906 patent is valid and enforceable. A copy of the '906 patent is attached as Exhibit B.

**Answer to Complaint No. 10:**  Defendants admit that U.S. Patent No. 10,873,906 is entitled "Apparatus and Method for Integrating Short-Range Wireless Personal Area Networks for a Wireless Local Area Network Infrastructure" and lists the issuance date on the face of the patent as December 22, 2020. Defendants admit that what purports to be a copy of the '906 patent is attached as Exhibit B. The remaining allegations of paragraph 10 are denied.

4

**Complaint No. 11:**  Ozmo Licensing is the owner and assignee of all rights, title, and interest in and to the '906 patent and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '906 patent.

**Answer to Complaint No. 11:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint, and therefore deny them.

**Complaint No. 12:**  On December 3, 2013, the PTO issued United States Patent No. 8,599,814 ("the '814 patent"), titled APPARATUS AND METHOD FOR INTEGRATING SHORT-RANGE WIRELESS PERSONAL AREA NETWORKS FOR A WIRELESS LOCAL AREA NETWORK INFRASTRUCTURE. The '814 patent is valid and enforceable. A copy of the '814 patent is attached as Exhibit C.

**Answer to Complaint No. 12:**  Defendants admit that U.S. Patent No. 8,599,814 is entitled "Apparatus and Method for Integrating Short-Range Wireless Personal Area Networks for a Wireless Local Area Network Infrastructure" and lists the issuance date on the face of the patent as December 3, 2013. Defendants admit that what purports to be a copy of the '814 patent is attached as Exhibit C. The remaining allegations of paragraph 12 are denied.

**Complaint No. 13:**  Ozmo Licensing is the owner and assignee of all rights, title, and interest in and to the '814 patent and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '814 patent.

**Answer to Complaint No. 13:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the Complaint, and therefore deny them.

**Complaint No. 14:**  On May 18, 2021, the PTO issued United States Patent No. 11,012,934 ("the '934 patent"), titled APPARATUS AND METHOD FOR INTEGRATING SHORT-RANGE WIRELESS PERSONAL AREA NETWORKS FOR A WIRELESS LOCAL AREA NETWORK INFRASTRUCTURE. The '934 patent is valid and enforceable. A copy of the '934 patent is attached as Exhibit D.

**Answer to Complaint No. 14:**  Defendants admit that U.S. Patent No. 11,012,934 is entitled "Apparatus and Method for Integrating Short-Range Wireless Personal Area Networks for a Wireless Local Area Network Infrastructure" and lists the issuance date on the face of the patent as May 18, 2021. Defendants admit that what purports to be a copy of the '934 patent is attached as Exhibit D. The remaining allegations of paragraph 14 are denied.

**Complaint No. 15:**  Ozmo Licensing is the owner and assignee of all rights, title, and interest in and to the '934 patent and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '934 patent.

**Answer to Complaint No. 15:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint, and therefore deny them.

**Complaint No. 16:**  On September 14, 2021, the PTO issued United States Patent No. 11,122,504 ("the '504 patent"), titled APPARATUS AND METHOD FOR INTEGRATING SHORT-RANGE WIRELESS PERSONAL AREA NETWORKS FOR A WIRELESS LOCAL

AREA NETWORK INFRASTRUCTURE. The '504 patent is valid and enforceable. A copy of the '504 patent is attached as Exhibit E.

**Answer to Complaint No. 16:**  Defendants admit that U.S. Patent No. 11,122,504 is entitled "Apparatus and Method for Integrating Short-Range Wireless Personal Area Networks for a Wireless Local Area Network Infrastructure" and lists the issuance date on the face of the patent as September 14, 2021. Defendants admit that what purports to be a copy of the '504 patent is attached as Exhibit E. The remaining allegations of paragraph 16 are denied.

**Complaint No. 17:**  Ozmo Licensing is the owner and assignee of all rights, title, and interest in and to the '504 patent and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '504 patent.

**Answer to Complaint No. 17:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint, and therefore deny them.

**Complaint No. 18:**  On February 15, 2022 the PTO issued United States Patent No. 11,252,659 ("the '659 patent"), titled APPARATUS AND METHOD FOR INTEGRATING SHORT-RANGE WIRELESS PERSONAL AREA NETWORKS FOR A WIRELESS LOCAL AREA NETWORK INFRASTRUCTURE. The '659 patent is valid and enforceable. A copy of the '659 patent is attached as Exhibit F.

**Answer to Complaint No. 18:**  Defendants admit that U.S. Patent No. 11,252,659 is entitled "Apparatus and Method for Integrating Short-Range Wireless Personal Area Networks for a Wireless Local Area Network Infrastructure" and lists the issuance date on the face of the

patent as February 15, 2022. Defendants admit that what purports to be a copy of the '659 patent is attached as Exhibit F. The remaining allegations of paragraph 10 are denied.

**Complaint No. 19:** Ozmo Licensing is the owner and assignee of all rights, title, and interest in and to the '659 patent and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '659 patent.

**Answer to Complaint No. 19:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the Complaint, and therefore deny them.

### *The Purported Inventors, Ozmo Devices, and Ozmo Licensing*

**Complaint No. 20:** The inventions of the '991 patent, the '906 patent, the '814 patent, the '934 patent, the '504 patent, and the '659 patent (collectively, "the Ozmo Devices patents" or "the patents-in-suit") were conceived at Ozmo Devices. Founded in 2004 by spouses Katelijn Vleugels and Roel Peeters, Ozmo Devices was a leading provider of low-power Wi-Fi Personal Area Network ("WPAN") products that may be deployed in proximity to Wi-Fi Local Area Networks ("WLAN") products without severe interference arising between the two.

**Answer to Complaint No. 20:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Complaint, and therefore deny them.

**Complaint No. 21:** Named co-inventors of the patents-in-suit, Vleugels, with a Ph.D. in electrical engineering from Stanford University, and Peeters, with an MBA from The Wharton School, are responsible for inventing a solution to integrate WPAN and WLAN functionalities in a way that delivers cost savings to manufacturers, unprecedented performance to users, and solves the interoperability problems that plagued existing methods of attempted WPAN-WLAN

ACTIVE\600131739.9

integrations. These patented inventions gave rise to what has since been promulgated by the Wi-Fi Alliance as the Wi-Fi Peer-to-Peer Technical Specification ("Wi-Fi Direct Standard"), which specification Vleugels and Peeters helped draft. The Wi-Fi Alliance is headquartered in Austin, Texas. Vleugels and Peeters live in the greater Austin area of Texas.

**Answer to Complaint No. 21:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint, and therefore deny them.

**Complaint No. 22:** The Ozmo Devices patents relate to an apparatus for a WPAN that is seamlessly integrated with a WLAN, and methods for using such, to enable a WPAN device that can connect with other WPAN devices without losing connectivity to a WLAN, thereby enabling extended communication with WPAN devices from anywhere within the range of a WLAN infrastructure.

**Answer to Complaint No. 22:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint, and therefore deny them.

**Complaint No. 23:** Ozmo Licensing was founded in 2019. A significant aspect of Ozmo Licensing's business is widely and reasonably licensing its current patent portfolio, including the Ozmo Devices patents, with the support of the inventors. Ozmo Licensing is pursuing related patent applications with the support of inventors Katelijn Vleugels and Roe Peeters.

**Answer to Complaint No. 23:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Complaint, and therefore deny them.

ACTIVE\600131739.9

*Wireless Communication Technology*

**Complaint No. 24:**  Significant accomplishments of the Internet era included standardization of various forms of wireless connectivity, including WLANs and WPANs.

**Answer to Complaint No. 24:**  Paragraph 24 includes characterizations and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 of the Complaint, and therefore deny them.

**Complaint No. 25:**  An example of a WLAN is an 802.11x (x = a, b, g, n, etc.) network, whose operation is specified in a handful of versions of the Institute of Electrical and Electronics Engineers (IEEE) 802.11x standard, including the IEEE Std. 802.11 ("IEEE 802.11-2012," "802.11x," or "IEEE 802.11x"). Since its adoption, the 802.11x standard, commonly known as "Wi-Fi," has been widely deployed for wireless connectivity in a variety of settings, including in homes, offices, and public establishments. 802.11x WLANs generally support two different configurations: infrastructure mode and ad-hoc mode.

**Answer to Complaint No. 25:**  Paragraph 25 includes characterizations and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint, and therefore deny them.

**Complaint No. 26:**  An 802.11x WLAN operating in infrastructure mode requires at least one access point ("AP") to provide connections between mobile stations (STAs), or to provide connections between an STA and other nodes on the Internet or other WLANs. 802.11x-compliant STAs, such as laptop computers, desktop computers, tablet computers, mobile phones, printers, smart televisions, and the like, are capable of joining 802.11x WLAN to participate in

ACTIVE\600131739.9

Wi-Fi communications with each other, with all such communications being routed through at least one AP.

**Answer to Complaint No. 26:** Paragraph 26 includes characterizations and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Complaint, and therefore deny them.

**Complaint No. 27:** Devices in a WPAN communicate directly with each other, in a peer-to-peer (also known as "P2P") manner, without the need for an AP to provide connections between those WPAN devices. The most common example of a WPAN is a Bluetooth connection/network formed between two Bluetooth-equipped devices. Both the range and the data transmission rates of a Bluetooth WPAN are far smaller than those of an 802.11x WLAN.

**Answer to Complaint No. 27:** Paragraph 27 includes characterizations and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint, and therefore deny them.

**Complaint No. 28:** Bluetooth WPAN devices may operate in the same 2.4-GHz frequency band in which WLAN devices frequently operate. The co-existence of WPAN and WLAN communication protocols in a single frequency band often results in severe interference due to their varying methods of accessing the wireless medium and a lack of synchronization between WPAN and WLAN devices when accessing the wireless medium. Furthermore, a device that supports both Bluetooth WPAN and 802.11 WLAN often requires different hardware and software to support each standard, including different transceivers, and drivers for the transceivers and antennas, which can be functionally duplicative and thus wasteful of resources.

11

While the disharmonious coexistence of Bluetooth WPANs and 802.11x WLANs had long been tolerated, there remained a need for a solution that could more seamlessly integrate WPAN and WLAN communication protocols.

**Answer to Complaint No. 28:**  Paragraph 28 includes characterizations and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint, and therefore deny them.

**Complaint No. 29:**  The "Background of the Invention" sections of the Ozmo Devices patents each describe some of the problems pertaining to then-contemplated integrations of WLANs and WPANs. Vleugels and Peeters addressed these problems with their inventions. For example, the Ozmo Devices patents describe the lack of synchronization that occurred with then-existing integrations of WLANs and WPANs, and resulting interference from such integrations. *See, e.g.,* Ex. A at 2:29-36.

**Answer to Complaint No. 29:**  Paragraph 29 includes characterizations of the patents and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 29 of the Complaint.

**Complaint No. 30:**  The Ozmo Devices patents note that the prior art efforts to address these problems were insufficient. For example, one option was to simply implement WLAN protocols in WPAN devices. *Id.* at 2:37-3:6. This led to power dissipation and/or low transmission rate problems, and introduces undesirable amounts of latency in communications involving the WPAN devices.

ACTIVE\600131739.9

**Answer to Complaint No. 30:**  Paragraph 30 includes characterizations of the patents and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 30 of the Complaint.

**Complaint No. 31:**  The Ozmo Devices patents describe noise, linearity and/or overhead protocol problems with integrating then-existing WPAN and WLAN networks. *Id.* at 3:6-19. For example, the patents point out that though WLANs typically operate at relatively high-speed data rates compared to WPANs, they cannot be operated at those faster rates when integrated with WPANs. This is because communication between an AP and its associated STAs occurs at the slowest common data rate supported by any of those associated STAs, and because a WLAN-associated STA that is also capable of associating with a Bluetooth WPAN will typically support low-speed data rates that are typical of Bluetooth devices.

**Answer to Complaint No. 31:**  Paragraph 31 includes characterizations of the patents and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 31 of the Complaint.

**Complaint No. 32:**  Also, although the 802.11x standard specifies power-save modes that allow forms of power savings, there was still a need for other power save modes that were better optimized to meet the power-saving needs of WPAN devices operating over direct P2P connections.

**Answer to Complaint No. 32:**  Paragraph 32 includes characterizations of the patents and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 32 of the Complaint.

**Complaint No. 33:**  There was, thus, a recognized need for seamless integration of WPAN into WLAN infrastructure without the aforementioned problems one would encounter by

ACTIVE\600131739.9

then existing integrations such as those featuring Bluetooth WPAN devices operating inside an 802.11x WLAN network.

**Answer to Complaint No. 33:**  Paragraph 33 includes characterizations of the patents and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 33 of the Complaint.

## COUNT I
### (Dell's Alleged Infringement of U.S. Patent No. 9,264,991)

**Complaint No. 34:**  Paragraphs 1-33 are incorporated by reference as if fully set forth herein.

**Answer to Complaint No. 34:**  Defendants repeat and incorporate each and every response to the allegations of the preceding paragraphs 1-33 above as if fully set forth herein.

**Complaint No. 35:**  The invention of the '991 patent represented a technical solution to an unsolved technological problem. The written description of the '991 patent describes in technical detail each of the limitations of the claims, allowing a person of ordinary skill in the art to understand what the limitations cover and how the combination of claim elements differed markedly from and improved upon what may have been considered conventional or generic. For example, the specification and incorporated references detail the inventors' novel approach to seamlessly integrating a WPAN into a WLAN infrastructure.

**Answer to Complaint No. 35:**  Denied.

**Complaint No. 36:**  The elements claimed by the '991 patent, taken alone or in combination, were not well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention. Rather, the '991 patent claims and teaches, *inter alia,* an improved network-enabled hub to facilitate communications between WLAN and WPAN wireless devices. The invention improved upon existing wireless communications, which were

14

unable to integrate a WPAN into a WLAN infrastructure without suffering from one or more of the aforementioned problems, by allowing the network-enabled hub to initiate and maintain connections with nodes of an external wireless network via a first network connection using a first network WLAN protocol and, a second network connection using a second network WPAN protocol that is an overlay protocol with respect to the WLAN protocol, and that is partially consistent with respect to the WLAN protocol.

**Answer to Complaint No. 36:** Denied.

**Complaint No. 37:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more cost effective, since communications using the second network WPAN protocol impinge on at least some of the antennae used for communications using the first network WLAN protocol.

**Answer to Complaint No. 37:** Denied.

**Complaint No. 38:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN allows the two to operate in the same frequency spectrum without causing excessive interference with each other.

**Answer to Complaint No. 38:** Denied.

**Complaint No. 39:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more energy efficient, which can extend the battery life of WPAN devices that are battery powered or otherwise enable power-hungry WPAN devices to enter power-save modes more readily.

**Answer to Complaint No. 39:** Denied.

**Complaint No. 40:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN, also enables lower latency communication involving WPAN devices,

15

which enables a device serving as a hub between a WPAN and WLAN to more effectively forward video streams between the two.

**Answer to Complaint No. 40:**  Denied.

**Complaint No. 41:**  Participants in the communications industry chose to incorporate a subset of the claimed apparatus into the Wi-Fi Direct Standard to enjoy at least some of their aforementioned advantages.

**Answer to Complaint No. 41:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint, and therefore deny them.

**Complaint No. 42:**  Dell has infringed, and continues to infringe, the '991 patent by making, importing, using, offering for sale, and selling in the United States numerous wireless devices, including laptop computers, desktop computers, tablets, and monitors, that implement the Wi-Fi Direct protocol (i.e., the "Accused Products"). A subset of these Accused Products comprise network-enabled hubs that can receive, for example, video from an IEEE 802.11x AP and forward such video to a Wi-Fi STA device using the Wi-Fi Direct protocol (i.e., the "Hub Accused Products").

**Answer to Complaint No. 42:**  Denied.

**Complaint No. 43:**  Examples of the Hub Accused Products are Dell's laptop computers (including, but not limited to, XPS Laptops, Inspiron Laptops, Alienware Gaming Laptops, Vostro Laptops, and Latitude Laptops); desktop computers (including, but not limited to, XPS Desktops, Inspiron Desktops, Alienware Gaming Desktops, OptiPlex Desktops, Vostro Desktops, and New Precision Workstations); and tablets (including, but not limited to, Latitude

16

2-in-1 devices and Latitude Rugged Extreme tablets), and all other Dell products that include

Wi-Fi Direct circuitry and drivers.

**Answer to Complaint No. 43:**  Defendants admit that Dell products include certain Dell-

branded laptops, desktops, and tablets. Defendants deny that any Dell products infringe the '991

patent and deny the remaining allegations in paragraph 43 of the Complaint.

**Complaint No. 44:**  Claim 1 of the '991 patent is reproduced below:

1. A network-enabled hub, usable for facilitating data communications between two or more wireless devices that are configured to communicate indirectly with each other via the network-enabled hub, comprising:

an interface to a wireless radio circuit that can send and receive data wirelessly, providing the hub with bi-directional wireless data communication capability;

a processor configured to:

process data received via the wireless radio circuit;

generate data to be transmitted by the wireless radio circuit;

initiate and maintain network connections with nodes of a wireless network external to the network-enabled hub, maintaining at least a first network connection using a first network protocol and a second network connection using a second network protocol, that can be maintained, at times, simultaneously with each other, wherein the second network protocol is an overlay protocol with respect to the first network protocol in that communications using the second network protocol are partially consistent with the first network protocol and wherein at least some of the communications using the second network protocol impinge on at least some antennae used for communications using the first network protocol; and

implement data forwarding logic, implemented in a network-enabled hub using hardware and/or software, that forwards data between an originating node and a destination node, wherein the originating node is a node in one of the first and second networks and the destination node is a node in the other of the first and second networks.

**Answer to Complaint No. 44:**  Defendants admit that this paragraph purports to recite

claim 1 of the '991 patent. Defendants are without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations in paragraph 44 of the Complaint, and therefore deny them.

**Complaint No. 45:** The Hub Accused Products that infringe the '991 patent include, *inter alia,* a network-enabled hub, usable for facilitating data communications between two or more wireless devices that are configured to communicate indirectly with each other via the network-enabled hub. For example, the Dell XPS 13 9310 Laptop ("XPS 13 Laptop") is a Hub Accused Product comprising a network-enabled hub that implements the Wi-Fi and Wi-Fi Direct standards. It also supports applications such as Miracast, which is a standard that allows a user to "mirror" a video image being displayed at one STA onto the display of another STA, by having it communicated over a Wi-Fi Direct connection between the two STAs. The XPS 13 Laptop infringes the '991 patent because it comprises Wi-Fi and Wi-Fi Direct circuitry and drivers, and applications, such as Miracast, that enable the XPS 13 Laptop to act as a network-enabled hub that concurrently receives data from a node in a WLAN over an 802.11x connection (e.g., streamed video), and forwards that data to a node in a WPAN over a Wi-Fi Direct connection:





ACTIVE\600131739.9



⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

> ℹ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

**Connect to a compatible smart TV**

If you own a smart TV, chances are you will be able to connect your Windows 10 computer to the smart TV. To learn if your smart TV supports a wireless connection to a computer and how to set it up, see the User Guide of the smart TV on the manufacturers website.

**Connect to an HDTV with a wireless display adapter**

A wireless display adapter is a device that allows you to display the content of the computer onto your TV. This adapter or dongle (sometimes called a wireless display receiver) is a small device that connects to your TV through an available HDMI port and a USB port for power.

There are several third-party wireless display adapters available in the market. Some of the most popular ones are Microsoft Wireless Display Adapter, Google's Chromecast, Roku's Streaming Stick, Amazon's Fire Stick, and so on. The features of each wireless display adapter varies, see the manufacturers website for more information.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

## Standards-based Miracast advances life without wires

Miracast is an industry-wide solution, allowing technology to work across device types and vendors. Connections are easy to set up and use since Miracast devices choose the appropriate settings automatically. Miracast can connect two devices using network infrastructure or **Wi-Fi Direct®**. When content to be shared is stored on a Miracast-certified device, such as a smartphone to an automobile infotainment display, a Wi-Fi network connection is not required.

Only devices marked Wi-Fi CERTIFIED Miracast have been certified by Wi-Fi Alliance® to work well with other Wi-Fi CERTIFIED™ devices, employ the latest security protections, and deliver a high-quality user experience.

Source: https://www.wi-fi.org/discover-wi-fi/miracast



**2.3    Concurrent operation**

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.

**Figure 4—P2P Concurrent device**

As an example, Figure 4 shows a P2P Concurrent Device that has one MAC entity operating as a WLAN-STA and the second MAC entity operating as a P2P Device. The dual MAC functionality can be provided via two separate physical MAC entities each associated with its own PHY entity, two virtual MAC entities over one PHY entity, or any other approach. Implementation of multiple MAC functionality is out of scope of this specification.

Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3, Fig. 4



ACTIVE\600131739.9



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

**Answer to Complaint No. 45:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell products and product components, the Wi-Fi Direct Standard v 1.7, Wi-Fi.org, and a purported technical support video. Defendants deny the remaining allegations in paragraph 45 of the Complaint.

**Complaint No. 46:** The XPS 13 Laptop includes an interface to a wireless radio circuit that can send and receive data wirelessly, providing the hub with bi-directional wireless data communication capability. For example, the XPS 13 Laptop, designed and manufactured by Dell, includes the Intel Killer AX1650 wireless module (wireless radio circuit that can send and receive data wirelessly), which includes Wi-Fi functionality (bi-directional wireless data communications). The XPS 13 Laptop can serve as the claimed hub when, for example, a video is streamed over a Wi-Fi connection from the Internet to the XPS 13 Laptop, and the XPS 13 Laptop's Wi-Fi Direct-circuitry and drivers are used (e.g., under control of, for example, its Miracast application) to mirror that Internet-sourced video to a second device, such as a wireless display:

23



## XPS 13 Laptop



**Operating System** Help Me Choose

(FREE Upgrade to Windows 11 * )

| Windows 11 Home, English | Windows 10 Home, English |

**Wireless**

Killer™ Wi-Fi 6 AX1650 (2 x 2) and Bluetooth 5.1

Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

24

## Intel® Killer™ Wi-Fi 6 AX1650
### Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

| **Experience the Intel® Difference** | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| **GENERAL** | |
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)] M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/– 0.3 g M.2 1216: 0.67 +/– 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

ACTIVE\600131739.9

## Me and My Dell
### For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

(i) NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

> ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

P2P Group Owner role:
- — "AP-like" entity that provides BSS functionality and services for associated Clients (P2P Clients or Legacy Clients) when not operating within DMG, or a PCP that provides PBSS functionality and services for Clients (P2P Clients) when operating within DMG.
- — Provides WSC Internal Registrar functionality.
- — May provide communication between associated Clients.
- — May provide access to a simultaneous WLAN connection for its associated Clients.

Source: Wi-Fi Direct Standard, v. 1.7, Section 2.1

**Answer to Complaint No. 46:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, and the Wi-Fi Direct Standard v 1.7. Paragraph 46 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 46 of the Complaint.

**Complaint No. 47:** The XPS 13 Laptop includes a processor. For example, the XPS 13 Laptop includes the Intel Core i3-1115G4 system processor:




XPS 13 Laptop

**Tech Specs**

**Processor**
11th Generation Intel® Core™ i3-1115G4 Processor (6MB Cache, up to 4.1 GHz)

**Operating System**
(FREE Upgrade to Windows 11)
Windows 11 Home, English

**Graphics Card** ⓘ
Intel® UHD Graphics with shared graphics memory

**Display**
13.4" UHD+ (3840 x 2400) InfinityEdge Touch Anti-Reflective 500-Nit Display

**Memory** ⓘ
8GB 4267MHz LPDDR4x Memory Onboard

**Hard Drive**
256GB M.2 PCIe NVMe Solid State Drive

Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

**Processor**

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one | |
|---|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor | |
| Processor wattage | 15 W | |
| Processor core count | 2 | |
| Processor thread count | 4 | |
| Processor speed | Up to 4.10 GHz | |
| Processor cache | 6 MB | |
| Integrated graphics | Intel UHD Graphics | |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 47:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components. Paragraph 47 includes characterizations of the patents and Accused Products and alleges legal

27

conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 47 of the Complaint.

**Complaint No. 48:**  The processor in the XPS 13 Laptop is configured to process data received via the wireless radio circuit. For example, the XPS 13 Laptop includes the Intel Core i3-1115G4 system processor which is configured to process data received via the Intel Killer AX1650 wireless module (wireless radio circuit):

## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one |
|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor |
| Processor wattage | 15 W |
| Processor core count | 2 |
| Processor thread count | 4 |
| Processor speed | Up to 4.10 GHz |
| Processor cache | 6 MB |
| Integrated graphics | Intel UHD Graphics |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 48:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components. Paragraph 48 includes characterizations of the patents and Accused Products and alleges legal

conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 48 of the Complaint.

**Complaint No. 49:** The processor in the XPS 13 Laptop is configured to generate data to be transmitted by the wireless radio circuit. For example, the XPS 13 Laptop includes the Intel Core i3-1115G4 system processor, which is configured to generate data to be transmitted by the Intel Killer AX1650 wireless module (wireless radio circuit):

## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one |  |
| --- | --- | --- |
| Processor type | 11th Generation Intel Core i3-1115G4 processor |  |
| Processor wattage | 15 W |  |
| Processor core count | 2 |  |
| Processor thread count | 4 |  |
| Processor speed | Up to 4.10 GHz |  |
| Processor cache | 6 MB |  |
| Integrated graphics | Intel UHD Graphics |  |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
| --- | --- |
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
| --- | --- |
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

Data is exchanged between the P2P Group Owner and each connected Client. Both the Group Owner and the Client may employ power savings techniques, so each shall use the appropriate data delivery mechanisms as described in Section 3.3.

The P2P Group Owner may provide a data distribution service between all connected Clients in the P2P Group. A P2P Group Owner that provides such a service shall set the Intra-BSS Distribution bit to 1 in the Group Capability Bitmap field that it sends describing its own capabilities.

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.6.1

ACTIVE\600131739.9

**Answer to Complaint No. 49:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components and the Wi-Fi Direct Standard v. 1.7. Paragraph 49 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 49 of the Complaint.

**Complaint No. 50:** The processor in the XPS 13 Laptop is configured to initiate and maintain network connections with nodes of a wireless network external to the network-enabled hub. For example, the XPS 13 Laptop (network-enabled hub) may initiate and maintain a connection (network connection) with an AP that is external to the XPS 13 Laptop. The XPS 13 Laptop may also, for example, initiate and maintain a connection with an STA that is external to the XPS 13 Laptop, such as a wireless monitor or television:

ACTIVE\600131739.9

**Concurrent operation**

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.



Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3

## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one | |
|---|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor | |
| Processor wattage | 15 W | |
| Processor core count | 2 | |
| Processor thread count | 4 | |
| Processor speed | Up to 4.10 GHz | |
| Processor cache | 6 MB | |
| Integrated graphics | Intel UHD Graphics | |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

ACTIVE\600131739.9





Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

   ⓘ   NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

ACTIVE\600131739.9



**Answer to Complaint No. 50:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7, Dell websites showing purported Dell product components, a purported technical support video, and screenbeam.com. Paragraph 50 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 50 of the Complaint.

**Complaint No. 51:** The processor in the XPS 13 Laptop is configured to maintain at least a first network connection using a first network protocol and a second network connection using a second network protocol that can be maintained simultaneously with each other. For example, the XPS 13 Laptop is configured to connect to an access point using 802.11x Wi-Fi (first network connection using a first network protocol) and to a receiver display screen using Wi-Fi Direct (second network connection using a second network protocol):

ACTIVE\600131739.9

| Experience the Intel® Difference | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html to embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf

∨ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"



Figure 2. Wi-Fi Direct Concurrent Mode

Source: https://arxiv.org/ftp/arxiv/papers/1810/1810.06964.pdf



Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3

**Answer to Complaint No. 51:** Defendants admit that the images in this paragraph

purport to show screenshots from Intel websites, Dell websites showing purported Dell product

36

components, a purported technical support video, arXiv, and Wi-Fi Direct Standard v. 1.7. Paragraph 51 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 51 of the Complaint.

**Complaint No. 52:**  The following illustrations provided by Dell include step-by-step instructions, depictions of the user interface prompts as provided in Dell's Hub Accused Products, and provide support to teach and instruct users how to set up a wireless connection to mirror a display, for example, on an XPS 13 Laptop:

## Me and My Dell
For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

(i) NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

(i) NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

• Connect to a compatible smart TV.
• Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

ACTIVE\600131739.9



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)")

This article provides the information about "Miracast users may encounter various issues in the Windows 10 operating system."

**Miracast in Windows 10.**

During pre-release testing of Dell Client and Consumer line systems (Inspiron Desktops, Inspiron, XPS, Vostro, and Latitude Notebooks and Tablets) users encountered various problems when trying to use Miracast □ with the Windows 10 operating system. These issues include but are not limited to:

- Network Connectivity Issues
- Degraded Audio
- Jittery Video
- Hanging of the Wireless Display

**Solution**

Installation of the Microsoft Windows 10 Threshold 2 (TH2) November 2015 □ update should resolve Miracast issues in Windows 10. Installation of the lates BIOS, Video, and Wireless drivers are also recommended.

ⓘ NOTE: Under normal circumstances, most non-Domain configured Windows 10 systems should automatically install this update during the normal Windows update process.

Source:     https://www.dell.com/support/kbdoc/en-us/000129880/miracast-users-may-encounter-various-issues-in-the-windows-10-operating-system

**Answer to Complaint No. 52:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components and a purported technical support video. Paragraph 52 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 52 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 53:** In further detail, the XPS 13 Laptop, in supporting Wi-Fi, is configured to maintain at least a first network connection using a first network protocol (i.e., Wi-Fi). For example, the XPS 13 Laptop provides connections compliant with IEEE 802.11x:

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

## Intel® Killer™ Wi-Fi 6 AX1650
### Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage)<br>IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

**10.1.3 Maintaining synchronization**

**10.1.3.1 General**

Each STA shall maintain a TSF timer with modulus $2^{64}$ counting in increments of microseconds. STAs expect to receive Beacon frames at a nominal rate. The interval between Beacon frames is defined by the dot11BeaconPeriod parameter of the STA. A STA sending a Beacon frame shall set the value of the Beacon frame's timestamp so that it equals the value of the STA's TSF timer at the time that the data symbol containing the first bit of the timestamp is transmitted to the PHY plus the transmitting STA's delays through its local PHY from the MAC-PHY interface to its interface with the WM [e.g., antenna, light-emitting diode (LED) emission surface].

Source: IEEE 802.11-2012, Section 10.1.3.1

**10.3.5 Association, reassociation, and disassociation**

**10.3.5.1 General**

Subclause 10.3.5 describes the procedures used for IEEE 802.11 association, reassociation and disassociation.

The states used in this description are defined in 10.3.1.

Successful association enables a STA to exchange Class 3 frames. Successful association sets the STA's state to State 3 or State 4.

Successful reassociation enables a STA to exchange Class 3 frames. Unsuccessful reassociation when not in State 1 leaves the STA's state unchanged (with respect to the AP that was sent the Reassociation Request (which may be the current STA)). Successful reassociation sets the STA's state to State 3 or State 4 (with respect to the AP that was sent the Reassociation Request). Successful reassociation when not in State 1 sets the STA's state to State 2 (with respect to the current AP, if this is not the AP that was sent the Reassociation Request). Reassociation shall be performed only if the originating STA is already associated in the same ESS.

Disassociation notification when not in State 1 sets the STA's state to State 2. The STA shall become associated again prior to sending Class 3 frames. A STA may disassociate a peer STA at any time, for any reason.

Source: IEEE 802.11-2012, Section 10.3.5.1

**Answer to Complaint No. 53:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, and the IEEE 802.11-2012 standard. Paragraph 53 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 53 of the Complaint.

**Complaint No. 54:** In further detail, the XPS 13 Laptop, in supporting Wi-Fi Direct, is configured to maintain a second network connection using a second network protocol (e.g., Wi-

Fi Direct). For example, the XPS 13 Laptop, which supports Wi-Fi Direct connections, provides

connections using the Wi-Fi Direct Standard:



Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

> ∨ Connect the computer to a TV wirelessly
>
> Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:
>
> ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.
>
> • Connect to a compatible smart TV.
> • Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

> **3.2.2   Starting and maintaining a P2P Group session**
>
> The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.
>
> * * *
>
> The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.2.2 & 3.2.3

ACTIVE\600131739.9

**Answer to Complaint No. 54:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, and the IEEE 802.11-2012 standard. Paragraph 54 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 54 of the Complaint

**Complaint No. 55:** In the XPS 13 Laptop, the second network protocol (Wi-Fi Direct) is an overlay protocol with respect to the first network protocol (Wi-Fi). Wi-Fi Direct frames are based on 802.11x frames and use the vendor specific field of an 802.11x management frame. The Wi-Fi Direct protocol processes the data in the vendor-specific field that is overlaid on a Wi-Fi management frame.

**2.4.1  Basic functions and services**

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]
— IEEE 802.11i (AES-CCMP) [1]
— Wi-Fi Simple Configuration [2]
— Wi-Fi Multimedia [3]

Any required 'AP-like' functions and services required for P2P Group Owner operation outside DMG are described within this specification. A P2P Group Owner operating within DMG is required to support PCP functions and services.


## 3.2    P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

* * *

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE Std 802.11-2012 [1] with the WFA OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1, 3.2 & 4

### 8.3.3 Management frames

#### 8.3.3.1 Format of management frames

The format of a management frame is defined in Figure 8-34. The Frame Control, Duration, Address 1, Address 2, Address 3, and Sequence Control fields are present in all management frame subtypes. The maximum unencrypted MMPDU size, excluding the MAC header and FCS, is 2304 octets.



**Figure 8-34—Management frame format**

The HT Control field is defined in 8.2.4.6. The presence of the HT Control field is determined by the Order subfield of the Frame Control field, as specified in 8.2.4.1.10.

The frame body consists of the fields followed by the elements defined for each management frame subtype. All fields and elements are mandatory unless stated otherwise and appear in the specified, relative order. STAs that encounter an element ID they do not recognize in the frame body of a received management frame ignore that element and continue to parse the remainder of the management frame body (if any) for additional elements with recognizable element IDs. See 9.24.7. Unused element ID codes are reserved.

Gaps may exist in the ordering of fields and elements within frames. The order that remains is ascending.

ACTIVE\600131739.9



Source: IEEE 802.11-2012, Sections 8.3.3.1, 8.4.2.1 & 8.5.6

**Answer to Complaint No. 55:** Defendants admit that the images in this paragraph purport to show screenshots from Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 standard. Paragraph 55 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 55 of the Complaint.

**Complaint No. 56:**  In the XPS 13 Laptop, the WPAN protocol (second wireless network protocol) is an overlay protocol with respect to the WLAN protocol (first wireless network protocol). For example, the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN protocol power-saving procedure that is different as compared to a power-saving protocol supported by the WLAN protocol. For example, in Wi-Fi Direct (the WPAN protocol) the WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) field of an 802.11x protocol frame (a WLAN protocol frame) to carry information not defined by the IEEE 802.11x Standard so that interoperability operations that are not part of the 802.11x Standard can be implemented, such as those required by the power save features defined by the Wi-Fi Direct Standard. For example, in Wi-Fi Direct, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

* * *

**3.3    P2P Power Management**

The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management delivery mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.

**3.3.2    Power Management and discovery**

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

CTWindow is also used for P2P Group Owner Opportunistic Power Save as described in Section 3.3.3.1. It should be noted that it may take a number of DTIM intervals to successfully communicate new, updated or cancelled CTWindow timing to all P2P Clients in a P2P Group.

**4.1.14    Notice of Absence attribute**

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
| Length | 2 | n*13+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

ACTIVE\600131739.9

> The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 4, 3.3.1, 3.3.2, & 4.1.14

**Answer to Complaint No. 56:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 56 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 56 of the Complaint.

**Complaint No. 57:** In the XPS 13 Laptop, the second network protocol (Wi-Fi Direct) is an overlay protocol with respect to the first network protocol (Wi-Fi) in that communications using the second network protocol (Wi-Fi Direct) are partially consistent with the first network protocol (Wi-Fi). Aspects of communications using the overlay protocol (Wi-Fi Direct) which are consistent with the first network protocol (Wi-Fi) include, for example, how P2P device communications utilize and access the physical medium. For example, the XPS 13 Laptop, in supporting Wi-Fi Direct, is required to implement the underlying IEEE 802.11g (or newer) Standard at the PHY level, as shown below. By implementing the underlying PHY protocol, P2P device communications (communications in the second wireless network) use and access the physical medium in a manner that is coordinated with 802.11x communications occurring outside of the second wireless network, yet in a common wireless space, such that the problems of device interference are reduced.

ACTIVE\600131739.9

> **2.4.1  Basic functions and services**
>
> For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:
>
> — IEEE 802.11g or newer 2.4 GHz PHY [1]
> — IEEE 802.11i (AES-CCMP) [1]
> — Wi-Fi Simple Configuration [2]
> — Wi-Fi Multimedia [3]
>
> **3.2  P2P Group operation**
>
> P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1 & 3.2

**Answer to Complaint No. 57:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard, v. 1. Paragraph 57 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 57 of the Complaint.

**Complaint No. 58:**  In the XPS 13 Laptop, the second network protocol (Wi-Fi Direct) is an overlay protocol with respect to the first network protocol (Wi-Fi) in that communications using the Wi-Fi Direct protocol are partially consistent with the Wi-Fi protocol. Aspects of communications using the Wi-Fi Direct protocol which are not consistent with the Wi-Fi protocol include, for example, aspects of P2P Discovery, P2P Power Management, and Managed P2P Device Operation as set out below:

> **2.4.2  P2P specific functions and services**
>
> In addition to the assumed functions listed in Section 2.4.1, a P2P Device supports the following P2P specific functions:
>
> — **P2P Discovery** provides a set of functions to allow a device to easily and quickly identify and connect to another P2P Device and its services in its vicinity.
> — **P2P Group Operation** resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] when operating outside DMG and PBSS operation as defined in IEEE 802.11-REVmc [11] when operating within DMG, and provides additions for a P2P Group operation.
> — **P2P Power Management** provides a set of functions to reduce power consumption of P2P Devices that operate outside DMG.
> — **Managed P2P Device Operation** (optional) describes the ability for P2P Devices to operate in an enterprise environment where P2P Devices may be managed by the Information Technology (IT) department of the enterprise.
>
> * * *

49

A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:

— The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")

— When a P2P Group Owner responds to a Probe Request frame containing the P2P IE it shall include the P2P Group Info attribute in the P2P IE in the Probe Response frame. The P2P IE shall include the P2P Group Info attribute unless there are zero connected P2P Clients. A P2P Group Owner shall not include a P2P IE in the Probe Response frame if the received Probe Request frame does not contain a P2P IE.

— If one or more Requested Device Type attributes are present in the Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if it has one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values, or if it has a connected P2P Client with one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values. The P2P Group Owner may filter the P2P Group Information returned in the Probe Response frame to include only devices with matching Primary or Secondary Device Type values.

— If a Device ID attribute is present in the P2P IE in a Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if its Device Address, or the Device Address of a connected P2P Client matches that in the Device Address field in the Device ID attribute.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.2 & 3.2.2

**Answer to Complaint No. 58:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 58 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 58 of the Complaint.

**Complaint No. 59:** For example, the Wi-Fi Direct protocol is not consistent with the 802.11x protocol for aspects of P2P Group Operation, such as when a P2P Group Owner shall respond to Probe Request frames. As shown below, there is an 802.11x protocol rule that applies to STAs, in an infrastructure BSS, receiving Probe Request frames which require those STAs to respond with a probe response when one the following are true: (1) the SSID in the probe request frame is the wildcard SSID; (2) the SSID in the probe request frame is the specific SSID of the

STA; or (3) the specific SSID of the STA is included in the SSID List element. However, as can

be seen in the below Wi-Fi Direct protocol excerpt, there are different rules for setting this same

SSID field of a Probe Request frame that include, for example, the use of a P2P wildcard SSID.

Thus, when the XPS 13 Laptop communicates using the Wi-Fi Direct protocol to, for example,

respond to Probe Request frames, it disobeys the analogous 802.11x protocol rule.

---

**10.1.4.3.2 Sending a probe response**

STAs, subject to the criteria below, receiving Probe Request frames shall respond with a probe response
only if:

a)   The Address 1 field in the probe request is the broadcast address or the specific MAC address of the
     STA, and either item b) or item c) below.

b)   The STA is a mesh STA and the Mesh ID in the probe request is the wildcard Mesh ID or the
     specific Mesh ID of the STA.

c)   The STA is not a mesh STA and

     1)   The SSID in the probe request is the wildcard SSID, the SSID in the probe request is the
          specific SSID of the STA, or the specific SSID of the STA is included in the SSID List
          element, and

     2)   The Address 3 field in the probe request is the wildcard BSSID or the BSSID of the STA.

In an infrastructure BSS or in an IBSS, STAs receiving Probe Request frames shall respond with a probe
response when the SSID in the probe request is the wildcard SSID or matches the specific SSID of the STA
or when the specific SSID of the STA is included in the SSID List element. Furthermore, a STA with
dot11RadioMeasurementActivated true receiving a probe request with a DSSS Parameter Set element
containing a Current Channel field value that is not the same as the value of dot11CurrentChannel shall not
respond with a probe response. An AP shall respond to all probe requests meeting the above criteria. In an
IBSS a STA that transmitted a Beacon frame since the last TBTT shall respond to group addressed Probe
Request frames. A STA in an IBSS shall respond to Probe Request frames sent to the individual address of
the STA.

Source: IEEE 802.11-2012 Standard, Section 10.1.4.3.2

---

A P2P Group Owner shall respond to Probe Request frames following the rules
in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE
802.11-REVmc [11] for operation within DMG, with the following modifications:

   — The P2P Wildcard SSID shall be treated the same as the Wildcard SSID
     for the purposes of deciding to transmit a response (i.e. in IEEE
     802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the
     probe request is the wildcard SSID or the specific SSID of the STA" to
     "The SSID in the probe request is the wildcard SSID, the P2P wildcard
     SSID, or the specific SSID of the STA,")

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.2

---

**Answer to Complaint No. 59:**  Defendants admit that the images in this paragraph

purport to show screenshots from the IEEE 802.11-2012 standard and Wi-Fi Direct Standard v.

1.7. Paragraph 59 includes characterizations of the patents and Accused Products and alleges

legal conclusions to which no response is required. To the extent a response is required,

Defendants deny the remaining allegations in paragraph 59 of the Complaint.

51

**Complaint No. 60:** In the XPS 13 Laptop, at least some of the communications using the second network protocol (Wi-Fi Direct) impinge on at least some antennae used for communications using the first network protocol (802.11x Wi-Fi). For example, the XPS 13 Laptop contains a wireless radio circuit (Intel Killer AX1650 wireless module) and one or more associated drivers, which include support for communications using an 802.11x protocol and the Wi-Fi Direct protocol, and which uses the same antennae for both Wi-Fi Direct and 802.11x Wi-Fi communications.



| Experience the Intel® Difference | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast®. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED® 6, Wi-Fi CERTIFIED® a/b/g/n/ac, WMM®, WMM®-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband® and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html to embedded Product Brief link:
https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf

**Steps**
1. Loosen the captive screw that secures the wireless-card bracket to the system board.
2. Lift the wireless-card bracket off the system board.
3. Using a plastic scribe, disconnect the left antenna cable from the wireless card.
4. Note the routing of the left antenna cable.
5. Starting from the wireless card, remove each antenna cable from the routing guides, toward the respective antennas.

Source: https://dl.dell.com/topicspdf/xps-13-9300-laptop_service_manual_en-us.pdf

ACTIVE\600131739.9

**Answer to Complaint No. 60:**  Defendants admit that the images in this paragraph purport to show screenshots from Intel websites showing purported product specifications and Dell websites showing purported product components. Paragraph 60 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 60 of the Complaint.

**Complaint No. 61:**  The processor in the XPS 13 Laptop is configured to implement data forwarding logic, implemented in a network-enabled hub using hardware and/or software, that forwards data between an originating node and a destination node, wherein the originating node is a node in one of the first and second networks and the destination node is a node in the other of the first and second networks. For example, the XPS 13 Laptop (a network-enabled hub) includes Wi-Fi Direct circuitry and drivers, which enable applications that involve forwarding data, including, for example, Miracast (also known as "screen mirroring"). The XPS 13 Laptop forwards data, for example, from a Wi-Fi access point (originating node in the first (802.11x) network) to a wireless screen or television (destination node in the second (Wi-Fi Direct) network):

ACTIVE\600131739.9

## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one | |
|---|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor | |
| Processor wattage | 15 W | |
| Processor core count | 2 | |
| Processor thread count | 4 | |
| Processor speed | Up to 4.10 GHz | |
| Processor cache | 6 MB | |
| Integrated graphics | Intel UHD Graphics | |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (Wi-Fi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Experience the Intel® Difference**

| Wirelessly Project to the Big Screen | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast®. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
|---|---|
| Operating Systems | Microsoft Windows® 10, Linux®, Chrome OS® |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED® 6, Wi-Fi CERTIFIED® a/b/g/n/ac, WMM®, WMM®-Power Save, WPA2®, WPA3®, WPS®, PMF®, Wi-Fi Direct®, Wi-Fi Agile Multiband® and Wi-Fi TimeSync® |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage)<br>IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth® | Bluetooth® 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

## Me and My Dell

For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

ⓘ NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778



Figure 2. Wi-Fi Direct Concurrent Mode

Source: https://arxiv.org/ftp/arxiv/papers/1810/1810.06964.pdf

With *Miracast on Windows 10,* you can conveniently mirror the content from your computer to any other display, be it a TV, a projector or a set-top box. The best part of the Miracast is that it does not need your home network to work since it creates its own network.

Source: https://www.technorms.com/68339/miracast-windows-10

**Answer to Complaint No. 61:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported product components, Intel websites showing purported product specifications, arXiv website, and Technorms website. Paragraph 61 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in paragraph 61 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 62:**  As set forth above, Dell has directly infringed at least claim 1 of the '991 patent by making, importing, using, offering for sale and/or selling the Hub Accused Products into or in the United States.

**Answer to Complaint No. 62:**  Denied.

**Complaint No. 63:**  Dell intentionally designed and incorporated the IEEE 802.11x and the Wi-Fi Direct features and functionalities described above into the Hub Accused Products.

**Answer to Complaint No. 63:**  Denied.

**Complaint No. 64:**  Dell provides instructions (in the form of at least user interface prompts and customer support instructional videos) to its customers, advertising, encouraging, and directing the customers to use the Hub Accused Products in an infringing manner as described above to implement the IEEE 802.11x/Wi-Fi Direct functionality, as intended by Dell. For example, Dell provides operating instructions and the like for the Hub Accused Products, including, but not limited to, the citations above and the following:

- https://www.youtube.com/watch?v=k)(BwdWp7sFM

- https://www.dell.com/support/kbdoc/en-us/000155875/how-to -connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

- https://www.dell.com/support/kbdoc/en-us/000136674/miracast-to-replace-wi-di

- https://www.dell.com/support/kbdoc/en-us/000129880/miracast-users-may-encounter-various-issues-in-the-windows-10-operating-system

- https://www.dell.com/support/kbdoc/en-us/000130716/guide-to-dell-wireles s-monitors

- https://www.dell.com/support/kbdoc/en-us/000152972/how-do-i-enable -widi-miracast-on-my-venue-7-3740-or-venue-8-3840?lang=en

- https://www.dell.com/support/kbdoc/en-us/000129818/a-guide-to -miracast-on-the-latitude-13-7350-tablet-pc?lang=en

- https://www.dell.com/support/kbdoc/en-us/000141601/xps-13-9350-touch-cursor-and-sound-may-have-a-lag-when-system-connected-wifi-miracast-and-bluetooth-audio?lang=en

- https://www.dell.com/support/manuals/en-us/latitude-13-7390-laptop/latitude 7290 7390 7490 tgb/wlan--miracast-support-matrix?guid=guid-76975785-70c3-4039-b5bb-eb0b 83 e669b3 &lang=en-us

- https://www.dell.com/support/manuals/en-us/inspiron-11-3179-2-in-1-laptop/inspiron 11 3179 setupandspecs/communications?guid=guid-5fea805b-7f8a-420f-b984-b0e93e13048e&lang=en-us

- https://www.dell.com/support/manuals/en-us/alienware-15-laptop/alienware-15-r3 -setupandspecifications/communications?guid=guid-93 5baab6-b4b4 -  4960-9783 -971e87de151 c&lang=en-us

**Answer to Complaint No. 64:**  Denied.

**Complaint No. 65:**  By its instructions, including those set forth above, and with intent that its customers use the IEEE 802.11x/Wi-Fi Direct features described above, Dell has induced its customers to infringe the '991 patent. Dell's customers who use the Hub Accused Products as described above directly infringe the '991 patent. Upon information and belief, as a result of attempts by the inventors to sell or license their patents to the PC industry, of which Dell is a member, Dell has had knowledge of (or has been willfully blind to) the '991 patent. Further, Dell has had knowledge of (or has been willfully blind to) the '991 patent since at least September 9, 2020, as a result of a letter from Christian Dubuc, Chief Executive Officer of Ozmo Licensing, to Richard Rothberg, General Counsel for Dell, regarding Ozmo Licensing's patent portfolio and the Accused Dell Products, informing Dell that it required a license. On September 9, 2020, Ozmo Licensing had only eight patents and patent applications that embodied the inventions of Vleugels and Peeters. In light of the letter from Ozmo Licensing, as well as the size of the portfolio, Dell was, at least, willfully blind to the existence of the '991 patent, in the event that Dell did not have actual knowledge thereof. In addition, upon information and belief, Dell would have gained knowledge of the '991 patent by virtue of the litigation filed against HP Inc. (Docket

No: 6:21-cv-00383-ADA) and against Acer Inc. (Docket No. 6:21-cv-01225-ADA). Dell also induces such direct infringement by its customers by failing to remove the infringing features from the Hub Accused Products.

**Answer to Complaint No. 65:**  Denied.

**Complaint No. 66:**  By its instructions, including those set forth above, as well as by offering for sale, selling, commercially distributing, and importing the Hub Accused Products, Dell has also contributed to its customers' infringement of the '991 patent. The Hub Accused Products are used by Dell's customers to practice the inventions claimed in the '991 patent. The IEEE 802.11x/Wi-Fi Direct features as performed by the Hub Accused Products as described above constitute material parts of the claimed inventions of the '991 patent. Dell knows or was willfully blind that portions of the hardware and software in the Hub Accused Products were specifically made or adapted by Dell solely to provide such functionality and that such features are not staple articles or commodities of commerce suitable for substantial non-infringing use. Dell also knows or was willfully blind that such combinations of hardware and software have no use other than to provide such functionality as intentionally designed into the Hub Accused Products by Dell. As described above, Dell has had knowledge since at the latest September 2020 that its customers were infringing the '991 patent.

**Answer to Complaint No. 66:**  Denied.

**Complaint No. 67:**  By the time of trial, Dell will have known and intended that its continued actions would directly infringe, and would induce and contribute to the infringement by its customers of, at least claim 1 of the '991 patent.

**Answer to Complaint No. 67:**  Denied.

**Complaint No. 68:**  Ozmo Licensing has been damaged by Dell's past and ongoing direct and indirect infringement of the '991 patent.

**Answer to Complaint No. 68:**  Denied.

**Complaint No. 69:**  With knowledge of the allegations set forth herein, Dell continues to incorporate the infringing functionalities in the Hub Accused Products, and has failed to compensate Ozmo Licensing for the use of such features. Dell's unlawful activities described above have continued despite Dell's receipt of the correspondence described above. Dell's infringement will continue unabated unless and until Dell is enjoined or ordered to pay a reasonable royalty for a license to the '991 patent.

**Answer to Complaint No. 69:**  Denied.

## COUNT II
(Dell's Alleged Infringement of U.S. Patent No. 10,873,906)

**Complaint No. 70:**  Paragraphs 1-69 are incorporated by reference as if fully set forth herein.

**Answer to Complaint No. 70:**  Defendants repeat and incorporate each and every response to the allegations of the preceding paragraphs 1-69 above as if fully set forth herein.

**Complaint No. 71:**  The invention of the '906 patent represented a technical solution to an unsolved technological problem. The written description of the '906 patent describes in technical detail each of the limitations of the claims, allowing a person of ordinary skill in the art to understand what the limitations cover and how the combination of claim elements differed markedly from and improved upon what may have been considered conventional or generic. For example, the specification and incorporated references detail the inventors' novel approach to seamlessly integrating a WPAN into a WLAN infrastructure.

**Answer to Complaint No. 71:**  Denied.

59

**Complaint No. 72:** The elements claimed by the '906 patent, taken alone or in combination, were not well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention. Rather, the '906 patent claims and teaches, *inter alia,* an improved wireless device for connecting to or coordinating a WPAN. The invention improved upon existing wireless communications, which were unable to integrate a WPAN into a common wireless space with a WLAN infrastructure without suffering from one or more of the aforementioned problems, by allowing the wireless device to associate with another wireless device over a wireless connection using a WPAN protocol, wherein the WPAN protocol is an overlay protocol with respect to a WLAN protocol, and such that communications using the WPAN protocol are partially consistent with respect to the WLAN protocol.

**Answer to Complaint No. 72:** Denied.

**Complaint No. 73:** Compared to the prior art, the claimed apparatus for connecting to or coordinating a WPAN is also more cost effective, since communications using the second network WPAN protocol impinge on at least some of the antennae used for communications using a WLAN protocol.

**Answer to Complaint No. 73:** Denied.

**Complaint No. 74:** Compared to the prior art, the claimed apparatus for connecting to or coordinating a WPAN is also more energy efficient, which can extend the battery life of WPAN devices that are battery powered or otherwise enable power-hungry WPAN devices to enter power-save modes more readily.

**Answer to Complaint No. 74:** Denied

**Complaint No. 75:** Compared to the prior art, the claimed apparatus for connecting to or coordinating a WPAN also enables lower latency communication involving WPAN devices,

60

which enables a device serving as a hub between a WPAN and a WLAN to more effectively forward video streams between the two.

**Answer to Complaint No. 75:** Denied.

**Complaint No. 76:** Participants in the communications industry chose to incorporate a subset of the claimed apparatus into the Wi-Fi Direct Standard to enjoy at least some of their aforementioned advantages.

**Answer to Complaint No. 76:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 of the Complaint, and therefore deny them.

**Complaint No. 77:** Dell has infringed, and continues to infringe, the '906 patent by making, importing, using, offering for sale and selling in the United States numerous wireless devices, including laptop computers, desktop computers, tablets, and monitors, that implement the Wi-Fi Direct protocol (i.e., the "Accused Products").

**Answer to Complaint No. 77:** Denied.

**Complaint No. 78:** Examples of the Accused Products are Dell's laptop computers (including, but not limited to, XPS Laptops, Inspiron Laptops, Alienware Gaming Laptops, Vostro Laptops, and Latitude Laptops); desktop computers (including, but not limited to, XPS Desktops, Inspiron Desktops, Alienware Gaming Desktops, OptiPlex Desktops, Vostro Desktops, and New Precision Workstations); tablets (including, but not limited to, Latitude 2-in-1 devices and Latitude Rugged Extreme tablets); monitors (including, but not limited to, Dell Wireless Monitors), and all other Dell products that include Wi-Fi Direct circuitry and drivers.

**Answer to Complaint No. 78:**  Defendants admit that Dell products include certain Dell-branded laptops, desktops, tablets, and monitors. Defendants deny that any Dell products infringe the '906 patent and deny the remaining allegations in paragraph 78 of the Complaint.

**Complaint No. 79:**  Claim 4 of the '906 patent is reproduced below:

4.      A first wireless device for connecting to a wireless personal area network (WPAN), comprising:

>  a wireless radio circuit configured to communicate over a physical medium of a wireless local area network (WLAN) using a WLAN protocol;

>  a memory; and

>  at least one processor coupled to the wireless radio circuit and the memory, the at least one processor configured to:

>>  discover, via the wireless radio circuit, a second wireless device using a WPAN protocol;

>>  associate, via the wireless radio circuit, with the second wireless device to establish a wireless connection, the wireless connection using the WPAN protocol, wherein upon associating, the first wireless device is configured to become a member of a WPAN network; and

>>  maintain, via the wireless radio circuit, the association with the second wireless device over the wireless connection using the WPAN protocol;

>  wherein the WPAN protocol is an overlay protocol that is partially compliant with respect to the WLAN protocol such that the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN power-saving protocol that is different as compared to a power-saving protocol supported by the WLAN protocol;

>>  wherein the wireless radio circuit is configured to operate in at least one of a 2.4 GHz or 5 GHz frequency band;

>>  wherein the WLAN protocol is an 802.11x protocol that uses a frame defined by the 802.11x protocol, and the WPAN protocol uses a WPAN-adapted frame in which at least one field of the frame defined by

>  the 802.11x protocol is adapted to support the WPAN power-saving protocol;

>>  wherein the WPAN-adapted frame is adapted from a WLAN protocol management frame;

>>  wherein the WPAN protocol provides for an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection;

ACTIVE\600131739.9

wherein the first wireless device and the second wireless device are configured to agree on the inactivity time in accordance with the WPAN protocol; and

wherein the first wireless device is configured to disable data exchanges with the second wireless device via the wireless connection following a start of the inactivity time, wherein the disabling is such that less power per unit time is consumed by the wireless radio circuit relative to a power per unit time consumed by the wireless radio circuit when the data exchanges are not disabled.

**Answer to Complaint No. 79:** Defendants admit that this paragraph purports to recite claim 4 of the '934 patent. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 79 of the Complaint, and therefore deny them.

**Complaint No. 80:** The Accused Products that infringe the '906 patent include, *inter alia,* a first wireless device for connecting to a wireless personal area network (WPAN). For example, the Dell XPS 13 9310 Laptop ("XPS 13 Laptop") is an Accused Product comprising a first wireless device that implements the Wi-Fi Direct standard to connect to a WPAN. The XPS 13 Laptop infringes the '906 patent because it comprises Wi-Fi Direct circuitry and drivers, and applications, such as Miracast, that enable the XPS 13 Laptop to connect to and/or coordinate a WPAN:



ACTIVE\600131739.9

# Intel® Killer™ Wi-Fi 6 AX1650
## Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

### Experience the Intel® Difference

| | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |

| GENERAL | |
|---|---|
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)] <br> M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/– 0.3 g <br> M.2 1216: 0.67 +/– 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) <br> IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

# Me and My Dell

## For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

### Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

ⓘ NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

---

∨ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

• Connect to a compatible smart TV.
• Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

**Connect to a compatible smart TV**

If you own a smart TV, chances are you will be able to connect your Windows 10 computer to the smart TV. To learn if your smart TV supports a wireless connection to a computer and how to set it up, see the User Guide of the smart TV on the manufacturers website.

**Connect to an HDTV with a wireless display adapter**

A wireless display adapter is a device that allows you to display the content of the computer onto your TV. This adapter or dongle (sometimes called a wireless display receiver) is a small device that connects to your TV through an available HDMI port and a USB port for power.

There are several third-party wireless display adapters available in the market. Some of the most popular ones are Microsoft Wireless Display Adapter, Google's Chromecast, Roku's Streaming Stick, Amazon's Fire Stick, and so on. The features of each wireless display adapter varies, see the device manufacturers website for more information.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

---

**2.1    P2P components**

The P2P architecture consists of components that interact to support device-to-device communication.

P2P Device:
— Supports both P2P Group Owner and P2P Client roles.
— Negotiates P2P Group Owner or P2P Client role.
— Supports WSC and P2P Discovery mechanism.
— May support WLAN and P2P concurrent operation.



**Figure 1—P2P components and topology when operating outside DMG**

Source: Wi-Fi Direct Standard, v. 1.7, Section 2.1, Fig. 1

ACTIVE\600131739.9

**Answer to Complaint No. 80:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing Dell products and product components, Intel product specifications, and the Wi-Fi Direct Standard v 1.7. Paragraph 80 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 80 of the Complaint.

**Complaint No. 81:** The Accused Products are first wireless devices comprising a wireless radio circuit configured to communicate over a physical medium of a wireless local area network (WLAN) using a WLAN protocol. For example, the XPS 13 Laptop (first wireless device) includes the Intel Killer AX1650 wireless module (wireless radio circuit configured to communicate over a physical medium), which is a wireless radio circuit with 802.11x capabilities (802.11x WLAN protocol), as seen below:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor



Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

### Intel® Killer™ Wi‑Fi 6 AX1650
#### Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi‑Fi CERTIFIED* | WiFi 6 (802.11ax) |

| **Experience the Intel* Difference** | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2‑in‑1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi‑Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| GENERAL | |
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)] |
| | M.2 1216: 12mm x 16mm x 1.67 (+‑0.08) mm |
| Weight | M.2 2230: 2.83 +/‑ 0.3 g |
| | M.2 1216: 0.67 +/‑ 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non‑Operating | 50% to 90% RH non‑condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi‑Fi Alliance® | Wi‑Fi CERTIFIED* 6, Wi‑Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*‑Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi‑Fi Direct*, Wi‑Fi Agile Multiband* and Wi‑Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11‑2016 and select amendments (selected feature coverage) |
| | IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11‑2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

**Answer to Complaint No. 81:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing Dell products and product components and Intel websites. Paragraph 81 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 81 of the Complaint.

**Complaint No. 82:**  The Accused Products are first wireless devices comprising a memory. For example, the XPS 13 Laptop includes system memory as seen below:



| XPS 13 Laptop | **Memory** ⓘ |
|---|---|
| | 8GB 4267MHz LPDDR4x Memory Onboard |

Source:  https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

67

## Memory

The following table lists the memory specifications of your XPS 13 9310.

Table 6. Memory specifications

| Description | Values |
|---|---|
| Memory slots | No memory slots<br>ⓘ NOTE: The memory module is integrated on the system board. |
| Memory type | LPDDR4x |
| Memory speed | 4267 MHz |
| Maximum memory configuration | 32 GB |
| Minimum memory configuration | 8 GB |
| Memory configurations supported | • 8 GB (4 x 2 GB) LPDDR4x at 4267 MHz<br>• 16 GB (4 x 4 GB) LPDDR4x at 4267 MHz<br>• 32 GB (4 x 8 GB) LPDDR4x at 4267 MHz |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 82:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing Dell products and product components. Paragraph 82 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 82 of the Complaint.

**Complaint No. 83:** The Accused Products are first wireless devices comprising at least one processor coupled to the wireless radio circuit and the memory. For example, the XPS 13 Laptop includes the Intel Core i3-1115G4 system processor coupled to the wireless radio circuit and the memory, as seen below:



XPS 13 Laptop

**Tech Specs**

**Processor**
11th Generation Intel® Core™ i3-1115G4 Processor (6MB Cache, up to 4.1 GHz)

**Operating System**
(FREE Upgrade to Windows 11)
Windows 11 Home, English

**Graphics Card** ⓘ
Intel® UHD Graphics with shared graphics memory

**Display**
13.4" UHD+ (3840 x 2400) InfinityEdge Touch Anti-Reflective 500-Nit Display

**Memory** ⓘ
8GB 4267MHz LPDDR4x Memory Onboard

**Hard Drive**
256GB M.2 PCIe NVMe Solid State Drive

Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor



## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one | |
|---|---|---|
| Processor type | 11ᵗʰ Generation Intel Core i3-1115G4 processor | |
| Processor wattage | 15 W | |
| Processor core count | 2 | |
| Processor thread count | 4 | |
| Processor speed | Up to 4.10 GHz | |
| Processor cache | 6 MB | |
| Integrated graphics | Intel UHD Graphics | |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

ⓘ NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11ᵗʰ Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

## Memory

The following table lists the memory specifications of your XPS 13 9310.

Table 6. Memory specifications

| Description | Values |
|---|---|
| Memory slots | No memory slots<br>ⓘ NOTE: The memory module is integrated on the system board. |
| Memory type | LPDDR4x |
| Memory speed | 4267 MHz |
| Maximum memory configuration | 32 GB |
| Minimum memory configuration | 8 GB |
| Memory configurations supported | • 8 GB (4 x 2 GB) LPDDR4x at 4267 MHz<br>• 16 GB (4 x 4 GB) LPDDR4x at 4267 MHz<br>• 32 GB (4 x 8 GB) LPDDR4x at 4267 MHz |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 83:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing Dell products and product components. Paragraph 83 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 83 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 84:**  The Accused Products are first wireless devices comprising at least one processor configured to discover, via the wireless radio circuit, a second wireless device using a WPAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor configured to support the Wi-Fi Direct protocol (as shown above) by, for example, discovering a second wireless device, such as a wireless monitor or other peripheral (including, but not limited to, other Accused Products), using Wi-Fi Direct (a WPAN protocol):

---

### Standards-based Miracast advances life without wires

Miracast is an industry-wide solution, allowing technology to work across device types and vendors. Connections are easy to set up and use since Miracast devices choose the appropriate settings automatically. Miracast can connect two devices using network infrastructure or **Wi-Fi Direct®**. When content to be shared is stored on a Miracast-certified device, such as a smartphone to an automobile infotainment display, a Wi-Fi network connection is not required.

Only devices marked Wi-Fi CERTIFIED Miracast have been certified by Wi-Fi Alliance® to work well with other Wi-Fi CERTIFIED™ devices, employ the latest security protections, and deliver a high-quality user experience.

Source: https://www.wi-fi.org/discover-wi-fi/miracast

---

ACTIVE\600131739.9



ACTIVE\600131739.9



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

---

**3.1    P2P discovery**

**3.1.1    Introduction**

P2P Discovery enables P2P Devices to quickly find each other and form a connection.

P2P Discovery consists of the following major components:

— **Device Discovery** facilitates two P2P Devices arriving on a common channel and exchanging device information (e.g. device name and device type).

— **Service Discovery** is an optional feature that allows a P2P Device to discover available higher-layer services prior to forming a connection.

— **Group Formation** is used to determine which device will be the P2P Group Owner and form a new P2P Group.

**3.1.2.2    P2P Device discovering a P2P Device that is in a P2P Group**

A searching P2P Device discovers a P2P Group Owner in the Scan Phase through received Beacon, DMG Beacon, SSW, or Probe Response frames. The searching P2P Device will also discover other P2P Devices that are associated to that P2P Group Owner from Group Information Advertisement (see Section 3.2.4) or, when operating within DMG, through a STA Availability element or Information Response frame (see Section 11.30.1 of IEEE 802.11-REVmc [11]).

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.1.1 & 3.1.2.2

---

**Answer to Complaint No. 84:**  Defendants admit that the images in this paragraph purport to show screenshots from wi-fi.org, a purported technical support video, and Wi-Fi Direct Standard v. 1.7. Paragraph 84 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 84 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 85:** The Accused Products are first wireless devices comprising at least one processor configured to associate, via the wireless radio circuit, with the second wireless device to establish a wireless connection, the wireless connection using the WPAN protocol, wherein upon associating, the first wireless device is configured to become a member of a WPAN network. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, establishing a Wi-Fi Direct connection (a wireless connection using a WPAN protocol) with a second wireless device, such as a wireless monitor or other peripheral (including, but not limited to, other Accused Products), wherein, upon associating, the XPS 13 Laptop and the second wireless device are members of the Wi-Fi Direct network (WPAN network):

| Experience the Intel® Difference | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html to embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

### 3.2.3  Connecting to a P2P Group

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

When a P2P Client associates with a P2P Group Owner, it provides its Device Name, Primary Device Type, and optionally Secondary Device Type List information to the P2P Group Owner by including the P2P Device Info attribute (see Section 4.1.15) and the P2P Capability attribute (see Section 4.1.4) in the P2P IE in the Association Request frame. This information shall be used by the

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.3

ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

**Answer to Complaint No. 85:** Defendants admit that the images in this paragraph purport to show screenshots from Intel websites, Dell websites showing purported Dell product components, Wi-Fi Direct Standard v. 1.7, and a purported technical support video. Paragraph 85 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 85 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 86:**  The Accused Products are first wireless devices comprising at least one processor configured to maintain, via the wireless radio circuit, the association with the second wireless device over the wireless connection using the WPAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, maintaining the association with the second wireless device, such as a wireless monitor or other peripheral (including, but not limited to, other Accused Products), in providing connections compliant with the Wi-Fi Direct Standard (a WPAN protocol):

---

**3.2.2    Starting and maintaining a P2P Group session**

The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.2

---

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

* * *

A P2P Device shall not respond to Probe Request frames unless it is:

 — a P2P Group Owner or
 — in the Listen State, or
 — in the Search State and the P2P Device operates within DMG, or
 — a P2P Device associated with an infrastructure AP on the channel on which the Probe Request was sent — in which case the P2P Device may respond provided it is not already a member of a P2P Group, or
 — a P2P Client supporting Peer-to-Peer services (P2Ps) [10], having a Service Advertiser with a Service Hash matching the hash value in the incoming Probe Request, as described in 3.4.3.2 (Advertise Service fields in Probe Response) of [10], on the operating channel of the P2P group that the client connected.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.2.3 & 3.1.2.1

ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

**Answer to Complaint No. 86:** Defendants admit that the images in this paragraph purport to show screenshots from Wi-Fi Direct Standard v. 1.7 and a purported technical support video. Paragraph 86 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 86 of the Complaint.

79

**Complaint No. 87:** In the Accused Products, the WPAN protocol (Wi-Fi Direct) is an overlay protocol with respect to the WLAN protocol (802.11x Wi-Fi). For example, Wi-Fi Direct frames are based on 802.11x frames and use the vendor specific field of an 802.11x management frame. The Wi-Fi Direct protocol processes the data in the vendor-specific field that is overlaid on a Wi-Fi management frame.

| |
|---|
| **2.4.1   Basic functions and services**<br><br>For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:<br><br>   — IEEE 802.11g or newer 2.4 GHz PHY [1]<br>   — IEEE 802.11i (AES-CCMP) [1]<br>   — Wi-Fi Simple Configuration [2]<br>   — Wi-Fi Multimedia [3]<br><br>Any required 'AP-like' functions and services required for P2P Group Owner operation outside DMG are described within this specification. A P2P Group Owner operating within DMG is required to support PCP functions and services.<br><br>**3.2   P2P Group operation**<br><br>P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.<br><br>* * *<br><br>P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE Std 802.11-2012 [1] with the WFA OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes. |
| Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1, 3.2 & 4 |

ACTIVE\600131739.9

### 8.3.3 Management frames

#### 8.3.3.1 Format of management frames

The format of a management frame is defined in Figure 8-34. The Frame Control, Duration, Address 1, Address 2, Address 3, and Sequence Control fields are present in all management frame subtypes. The maximum unencrypted MMPDU size, excluding the MAC header and FCS, is 2304 octets.



**Figure 8-34—Management frame format**

The HT Control field is defined in 8.2.4.6. The presence of the HT Control field is determined by the Order subfield of the Frame Control field, as specified in 8.2.4.1.10.

The frame body consists of the fields followed by the elements defined for each management frame subtype. All fields and elements are mandatory unless stated otherwise and appear in the specified, relative order. STAs that encounter an element ID they do not recognize in the frame body of a received management frame ignore that element and continue to parse the remainder of the management frame body (if any) for additional elements with recognizable element IDs. See 9.24.7. Unused element ID codes are reserved.

Gaps may exist in the ordering of fields and elements within frames. The order that remains is ascending.

### 8.4 Management frame body components

#### 8.4.1 Fields that are not information elements

#### 8.4.2 Information elements

##### 8.4.2.1 General

Elements are defined to have a common general format consisting of a 1 octet Element ID field, a 1 octet Length field, and a variable-length element-specific Information field. Each element is assigned a unique Element ID as defined in this standard. The Length field specifies the number of octets in the Information field. See Figure 8-81.



**Figure 8-81—Element format**

The set of valid elements is defined in Table 8-54.

**Table 8-54—Element IDs**

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| SSID (see 8.4.2.2) | 0 | 2 to 34 | |
| Supported rates (see 8.4.2.3) | 1 | 3 to 10 | |

**Table 8-54—Element IDs** *(continued)*

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| U-APSD Coexistence (see 8.4.2.93) | 142 | 14 to 257 | Subelements |
| Reserved | 143–173 | | |
| MCCAOP Advertisement Overview (see 8.4.2.110) | 174 | 8 | Yes |
| Reserved | 175–220 | | |
| Vendor Specific (see 8.4.2.28) | 221 | 3 to 257 | |
| Reserved | 222–255 | | |

81

### 8.5.6 Vendor-specific action details

The Vendor Specific Action frame is defined for vendor-specific signaling. The format of the Action field of the Vendor Specific Action frame is shown in Figure 8-437. An Organization Identifier, in the octet field immediately after the Category field, differentiates the vendors (see 8.4.1.31).

NOTE—If management frame protection is negotiated, then Vendor Specific Protected Action frames (see Table 8-38) are protected; otherwise they are unprotected.

| | Category | Organization Identifier | Vendor Specific Content |
|---|---|---|---|
| Octets: | 1 | *j* | Variable |

**Figure 8-437—Vendor Specific Action frame Action field format**

The Category field is set to the value indicating the vendor-specific category, as specified in Table 8-38.

The Organization Identifier contains a public organizationally unique identifier assigned by the IEEE and is specified in 8.4.1.31. The order of the Organization Identifier field is described in 8.2.2.

The Vendor Specific Content contains vendor-specific field(s). The length of the Vendor Specific Content in a Vendor Specific Action frame is limited by the maximum allowed MMPDU size.

Source: IEEE 802.11-2012, Sections 8.3.3.1, 8.4.2.1 & 8.5.6

**Answer to Complaint No. 87:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and IEEE 802.11-2012 standard. Paragraph 87 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 87 of the Complaint.

**Complaint No. 88:** In the Accused Products, the WPAN protocol is an overlay protocol with respect to the WLAN protocol, such that the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN protocol power-saving procedure that is different as compared to a power-saving protocol supported by the WLAN protocol. For example, in Wi-Fi Direct (the WPAN protocol) the WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) field of an 802.11x protocol frame (a WLAN protocol frame) to carry information not defined by the IEEE 802.11x Standard so that interoperability operations that are not part of the 802.11x standard can be implemented, such as those required by the power save features defined by the Wi-Fi Direct Standard. For example, in Wi-Fi Direct, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

ACTIVE\600131739.9

P2P protocol communication is based on the use of P2P Information Element (P2P IF), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

\* \* \*

### 3.3    P2P Power Management

The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management delivery mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.

#### 3.3.2    Power Management and discovery

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

CTWindow is also used for P2P Group Owner Opportunistic Power Save as described in Section 3.3.3.1. It should be noted that it may take a number of DTIM intervals to successfully communicate new, updated or cancelled CTWindow timing to all P2P Clients in a P2P Group.

#### 4.1.14    Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
| Length | 2 | n*(13)+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 4, 3.3.1, 3.3.2, & 4.1.14

**Answer to Complaint No. 88:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 88 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 88 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 89:**  In the Accused Products, the WPAN protocol is an overlay protocol that is partially compliant with respect to the WLAN protocol. Aspects of the overlay protocol (Wi-Fi Direct) which are compliant with the WLAN protocol (Wi-Fi) include, for example, how P2P devices utilize and access the physical medium. For example, the XPS 13 Laptop, in supporting Wi-Fi Direct, is required to implement the underlying IEEE 802.11g (or newer) Standard at the PHY level, as shown below. By implementing the underlying PHY protocol, WPAN devices use and access the physical medium in a manner that is coordinated with 802.11x communications occurring outside of the WPAN, yet in a common wireless space, such that the problems of device interference are reduced.

2.4.1   Basic functions and services

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:
— IEEE 802.11g or newer 2.4 GHz PHY [1]
— IEEE 802.11i (AES-CCMP) [1]
— Wi-Fi Simple Configuration [2]
— Wi-Fi Multimedia [3]

3.2   P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1 & 3.2

**Answer to Complaint No. 89:**  Defendants admit that the images in this paragraph purport to show screenshots from Intel websites the Wi-Fi Direct Standard v. 1.7. Paragraph 89 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 89 of the Complaint.

**Complaint No. 90:**  In the Accused Products, the WPAN protocol is an overlay protocol that is partially compliant with respect to the WLAN protocol. Aspects of the overlay protocol (Wi-Fi Direct) which are not compliant with the WLAN protocol (Wi-Fi) include, for example, aspects of P2P Discovery, P2P Power Management, and Managed P2P Device Operation as set out below:

**2.4.2  P2P specific functions and services**

In addition to the assumed functions listed in Section 2.4.1, a P2P Device supports the following P2P specific functions:

— **P2P Discovery** provides a set of functions to allow a device to easily and quickly identify and connect to another P2P Device and its services in its vicinity.

— **P2P Group Operation** resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] when operating outside DMG and PBSS operation as defined in IEEE 802.11-REVmc [11] when operating within DMG, and provides additions for a P2P Group operation.

— **P2P Power Management** provides a set of functions to reduce power consumption of P2P Devices that operate outside DMG.

— **Managed P2P Device Operation** (optional) describes the ability for P2P Devices to operate in an enterprise environment where P2P Devices may be managed by the Information Technology (IT) department of the enterprise.

* * *

A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:

— The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")

— When a P2P Group Owner responds to a Probe Request frame containing the P2P IE it shall include the P2P Group Info attribute in the P2P IE in the Probe Response frame. The P2P IE shall include the P2P Group Info attribute unless there are zero connected P2P Clients. A P2P Group Owner shall not include a P2P IE in the Probe Response frame if the received Probe Request frame does not contain a P2P IE.

— If one or more Requested Device Type attributes are present in the Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if it has one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values, or if it has a connected P2P Client with one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values. The P2P Group Owner may filter the P2P Group Information returned in the Probe Response frame to include only devices with matching Primary or Secondary Device Type values.

— If a Device ID attribute is present in the P2P IE in a Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if its Device Address, or the Device Address of a connected P2P Client matches that in the Device Address field in the Device ID attribute.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.2 & 3.2.2

ACTIVE\600131739.9

**Answer to Complaint No. 90:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 90 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 90 of the Complaint.

**Complaint No. 91:** In the Accused Products, the WPAN protocol is partially compliant with respect to the WLAN protocol such that the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN power-saving protocol that is different as compared to a power-saving protocol supported by the WLAN protocol. For example, the Wi-Fi Direct protocol is not compliant with the 802.11x protocol for aspects of P2P Power Management including, for example, the Wi-Fi Direct rules that modify 802.11x protocol rules to permit the Accused Products to be absent for defined periods. For example, the 802.11x protocol rule requiring an AP to "remain in the Awake state and always respond to probe requests" is not followed when the second wireless device (a P2P Group Owner which, per the Wi-Fi Direct protocol, assumes the role of an 802.11x AP) is "Absent."

## 3.3    P2P Power Management

### 3.3.1    Introduction

P2P power management supports power save mechanisms for P2P Group Owners and P2P Clients when the P2P Group operates outside DMG.  If the The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management delivery mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.



Source: Wi-Fi Direct Standard, v. 1.7, Section 3.3.1 & Fig. 15

Only APs and STAs in an IBSS or in an MBSS respond to probe requests. A result of the procedures defined in this subclause is that in each infrastructure BSS and IBSS there is at least one STA that is awake at any given time to receive and respond to probe requests. In an MBSS, STAs might not be awake at any given time to respond to probe requests. In an infrastructure BSS or in an IBSS, a STA that sent a Beacon frame shall remain in the Awake state and shall respond to probe requests, subject to criteria in the next paragraph, until a Beacon frame with the current BSSID is received. If the STA is contained within an AP, it shall remain in the Awake state and always respond to probe requests, subject to criteria in the next paragraph. There may be more than one STA in an IBSS that responds to any given probe request, particularly in cases where more than one STA transmitted a Beacon frame following the most recent TBTT, either due to not receiving successfully a previous Beacon frame or due to collisions between beacon transmissions.

Source: IEEE 802.11-2012 Standard, Section 10.1.4.3.2

ACTIVE\600131739.9

**Answer to Complaint No. 91:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and IEEE 802.11-2012 Standard. Paragraph 91 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 91 of the Complaint

**Complaint No. 92:** As another example, the 802.11x protocol rule requiring there "is at least one STA awake at any given time" is not followed when the first wireless device (a P2P Client which, per the Wi-Fi Direct protocol, assumes the role of an 802.11x STA) enters a "Doze" state.



**Figure 14—Example of P2P Group Owner Opportunistic Power Save**

Source: Wi-Fi Direct Standard, v. 1.7, Fig. 14

ACTIVE\600131739.9

> Only APs and STAs in an IBSS or in an MBSS respond to probe requests. A result of the procedures defined in this subclause is that in each infrastructure BSS and IBSS there is at least one STA that is awake at any given time to receive and respond to probe requests. In an MBSS, STAs might not be awake at any given time to respond to probe requests. In an infrastructure BSS or in an IBSS, a STA that sent a Beacon frame shall remain in the Awake state and shall respond to probe requests, subject to criteria in the next paragraph, until a Beacon frame with the current BSSID is received. If the STA is contained within an AP, it shall remain in the Awake state and always respond to probe requests, subject to criteria in the next paragraph. There may be more than one STA in an IBSS that responds to any given probe request, particularly in cases where more than one STA transmitted a Beacon frame following the most recent TBTT, either due to not receiving successfully a previous Beacon frame or due to collisions between beacon transmissions.

Source: IEEE 802.11-2012 Standard, Section 10.1.4.3.2

**Answer to Complaint No. 92:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and IEEE 802.11-2012 Standard. Paragraph 92 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 92 of the Complaint

**Complaint No. 93:** In the Accused Products, the wireless radio circuit is configured to operate in at least one of a 2.4 GHz or 5 GHz frequency band. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Killer AX1650 wireless module (a wireless radio circuit) that operates in both the 2.4 and 5 GHz frequency bands:



ACTIVE\600131739.9

> In-band Device Discovery uses Probe Request and Probe Response frames to
> exchange device information. When operating outside DMG, the P2P Devices
> in a P2P Group are discovered via a Probe Response frame from the P2P
> Group Owner. When operating within DMG, P2P Devices in a P2P Group are
>
> Source: Wi-Fi Direct Standard, v. 1.7, Section 3.1.2.1

**Answer to Complaint No. 93:** Defendants admit that the images in this paragraph

purport to show screenshots from Dell websites showing purported Dell product components,

Intel websites, and the Wi-Fi Direct Standard v. 1.7. Paragraph 93 includes characterizations of

the patents and Accused Products and alleges legal conclusions to which no response is required.

To the extent a response is required, Defendants deny the allegations in paragraph 93 of the

Complaint.

**Complaint No. 94:** In the Accused Products, the WLAN protocol is an 802.11x protocol

that uses a frame defined by the 802.11x protocol, and the WPAN protocol uses a WPAN-

adapted frame in which at least one field of the frame defined by the 802.11x protocol is adapted

to support the WPAN power-saving protocol. For example, in Wi-Fi Direct (the WPAN

protocol) the WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) of

an 802.11x protocol frame to specify the organizationally unique identifier (OUI) as the Wi-Fi

Alliance OUI and the type indicating P2P (an 802.11x protocol that uses a frame defined by the

802.11x protocol). The modified frame is used to carry information not defined by the IEEE

802.11x Standard when implementing operations that are not part of the 802.11x standard, such

as those required by the power save features defined by the Wi-Fi Direct Standard. P2P attributes

used in this manner may, for example, enable a power-saving protocol that allows the P2P Group

Owner (the second wireless device) to take on a role similar to that of an AP in an IEEE 802.11x

network, while also implementing power management for a P2P Group, by for example allowing

the P2P Group Owner to be absent for certain periods of time (using a WPAN-adapted frame in

which at least one field of the frame defined by the 802.11x protocol, namely the aforementioned

vendor-specific field, is adapted to support the WPAN power-saving protocol). In the Wi-Fi Direct protocol, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

| |
|---|
| P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes. |

Source: Wi-Fi Direct Standard, v. 1.7, Section 4

| | |
|---|---|
| **P2P PS** | IEEE802.11 Power Save adapted for P2P operation |
| **P2P WMM-PS** | WMM-PS adapted for P2P operation |

Source: Wi-Fi Direct Standard, v. 1.7, Section 1.4

**4.1.14  Notice of Absence attribute**

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
| Length | 2 | $n*(13)+2$ | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | $n*13$ | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

Source: Wi-Fi Direct Standard, v. 1.7, Section 4.1.14

**Answer to Complaint No. 94:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 94 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 94 of the Complaint.

**Complaint No. 95:** In the Accused Products, the WPAN-adapted frame is adapted from a WLAN protocol management frame; *i.e.,* a WPAN-adapted MAC frame of type management (as defined by IEEE 802.11-2012 at Section 8.2.4.1). For example, per IEEE 802.11x, management frames are used by stations (STAs) to join and leave a Basic Service Set (BSS). By adapting a WLAN protocol management frame to specify, for example, the Wi-Fi Alliance OUI and an OUI type indicating P2P, all devices in the P2P Group may communicate according to the Wi-Fi Direct Standard, however with reduced interference from Wi-Fi STA devices, and potentially at reduced power dissipation:

> P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

Source: Wi-Fi Direct Standard, v. 1.7, Section 4

### 8.4 Management frame body components

**8.4.1 Fields that are not information elements**

**8.4.2 Information elements**

**8.4.2.1 General**

Elements are defined to have a common general format consisting of a 1 octet Element ID field, a 1 octet Length field, and a variable-length element-specific Information field. Each element is assigned a unique Element ID as defined in this standard. The Length field specifies the number of octets in the Information field. See Figure 8-81.

|  | Element ID | Length | Information |
|---|---|---|---|
| Octets: | 1 | 1 | variable |

**Figure 8-81—Element format**

The set of valid elements is defined in Table 8-54.

**Table 8-54—Element IDs**

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| SSID (see 8.4.2.2) | 0 | 2 to 34 | |
| Supported rates (see 8.4.2.3) | 1 | 3 to 10 | |

**Table 8-54—Element IDs** *(continued)*

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| U-APSD Coexistence (see 8.4.2.93) | 142 | 14 to 257 | Subelements |
| Reserved | 143–173 | | |
| MCCAOP Advertisement Overview (see 8.4.2.110) | 174 | 8 | Yes |
| Reserved | 175–220 | | |
| Vendor Specific (see 8.4.2.28) | 221 | 3 to 257 | |
| Reserved | 222–255 | | |

Source: IEEE 802.11-2012, Section 8.4

ACTIVE\600131739.9

**Answer to Complaint No. 95:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012. Paragraph 95 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 95 of the Complaint.

**Complaint No. 96:**  In the Accused Products, the WPAN protocol provides for an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection. For example, a P2P Group Owner (the second wireless device) utilizing the Notice of Absence procedure shall not send frames within the P2P Group during periods it has indicated it will be absent, and a P2P Client (the first wireless device) that received the Notice of Absence and that does not try modifying any of the periods using P2P Presence procedures, shall not send frames to a P2P Group Owner during the specified absence. According to the Wi-Fi Direct Standard, for example, during a P2P Group Owner's absence, the P2P Client shall buffer frames until frame delivery may be attempted in a presence period, such that during the absence, the wireless connection between the P2P Group Owner and the P2P Client is partially disabled (an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection):

ACTIVE\600131739.9

### 3.3.3.2  P2P Group Owner Notice of Absence procedure

Notice of Absence timing is specified by the values of the combination of Start Time, Interval, Duration and Count fields in the Notice of Absence attribute — see Table 26. The Start Time field shall indicate the start time of the timing schedule. The Interval field shall indicate the absence interval. The Duration field shall indicate the length of each absence. The Count field shall indicate the number of absences.



**Figure 15—P2P Group Owner Notice of Absence**

ACTIVE\600131739.9

P2P Clients may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing. This mechanism may be used whenever the P2P Client has requirements on the interval between and/or duration of P2P Group Owner presence periods, e.g. where the P2P Client has WMM Traffic Stream (TS), or latency sensitive traffic.

On receipt of a P2P Presence Request, the P2P Group Owner shall determine whether to accept the request. If the P2P Group Owner accepts the P2P Presence Request, it shall respond with a P2P Presence Response action frame containing a Status attribute indicating success and a Notice of Absence attribute describing the Notice of Absence timing that it will use in response to the request. The P2P Group Owner may adopt revised Notice of Absence

### 3.3.4.4  Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,

— use the timing indicated in the returned Notice of Absence attribute, or

— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

#### 3.3.3.3  P2P Group Owner Power Save delivery

A P2P Group Owner shall not send frames within the P2P Group during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

The procedures for data delivery from the P2P Group Owner to Clients using PS mode are as specified for an AP in Section 10.2.1.6 of IEEE 802.11-2012 [1].

If the P2P Group Owner receives a PS-Poll frame from a connected P2P Client and is not able to deliver the buffered frame prior to the start of an absence period, it shall defer its transmission until it receives a new PS-Poll from that P2P Client, see Section 3.3.4.2.

ACTIVE\600131739.9

**3.3.4  Power Management at a P2P Client**

**3.3.4.1  P2P Client operation with P2P Group Owner Power Management**

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.3.2, 3.3.4.4, 3.3.3.3, & 3.3.4.1

**Answer to Complaint No. 96:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 96 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 96 of the Complaint.

**Complaint No. 97:**  As another example, the Wi-Fi Direct protocol provides for an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection using the Opportunistic Power Save procedure:

**3.3.3.1  P2P Group Owner Opportunistic Power Save procedure**

P2P Group Owner Opportunistic Power Save is a power management scheme that allows a P2P Group Owner to gain additional power savings on an opportunistic basis.

Opportunistic Power Save uses the CTWindow described in Section 3.3.2. The P2P Group Owner shall indicate that Opportunistic Power Save is enabled by setting the OppPS bit to 1 in the CTWindow and OppPS Parameters field of the Notice of Absence attribute. The CTWindow field shall be set to a non-zero value if the OppPS bit is set to 1.

At any time after the end of each CTWindow, if all of the connected P2P Clients are determined to be in Doze state by the P2P Group Owner, the P2P Group Owner may enter Doze state from that time until the next TBTT. After a DTIM, the P2P Group Owner shall complete delivery of all queued broadcast/multicast frames prior to entering Doze state, even if the total time taken to send these frames exceeds the CTWindow. Delivery of queued broadcast/multicast frames that is interrupted by a NoA absence period, shall continue after the absence period has ended.

As long as any Client is determined to be in Awake state, the P2P Group Owner shall remain in Awake state subject to any advertised Notice of Absence schedule. A P2P Group Owner shall determine that a P2P Client is in the Awake state if it is in the Active mode or if it is in the Power Save mode and has a WMM Unscheduled Service Period (USP) in progress or an unanswered PS-Poll. Figure 14 illustrates an example of P2P Group Owner Opportunistic Power Save with two connected P2P Clients, both using P2P PS.

ACTIVE\600131739.9



**Figure 14—Example of P2P Group Owner Opportunistic Power Save**

### 3.3.2    Power Management and discovery

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

### 3.3.4.4    Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,
— use the timing indicated in the returned Notice of Absence attribute, or
— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

---

### 3.3.4    Power Management at a P2P Client

#### 3.3.4.1    P2P Client operation with P2P Group Owner Power Management

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the presence period frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.3.1, Fig. 14, 3.3.2, 3.3.4.4, & 3.3.4.1

ACTIVE\600131739.9

**Answer to Complaint No. 97:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 97 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 97 of the Complaint.

**Complaint No. 98:** In the Accused Products, the first wireless device and the second wireless device are configured to agree on the inactivity time in accordance with the WPAN protocol as described above and reiterated below when utilizing, for example, the Notice of Absence procedure:

**3.3.3.2 P2P Group Owner Notice of Absence procedure**

A P2P Group Owner establishing a Notice of Absence schedule shall include a P2P Notice of Absence attribute describing the planned absence timing within transmitted Beacon and Probe Response frames.

A P2P Group Owner may indicate Notice of Absence timing directly to a P2P Client using a Notice of Absence Action frame.

P2P Clients may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing. This mechanism may be used whenever the P2P Client has requirements on the interval between and/or duration of P2P Group Owner presence periods, e.g. where the P2P Client has WMM Traffic Stream (TS), or latency sensitive traffic.

On receipt of a P2P Presence Request, the P2P Group Owner shall determine whether to accept the request. If the P2P Group Owner accepts the P2P Presence Request, it shall respond with a P2P Presence Response action frame containing a Status attribute indicating success and a Notice of Absence attribute describing the Notice of Absence timing that it will use in response to the request. The P2P Group Owner may adopt revised Notice of Absence

ACTIVE\600131739.9

**Table 28—Notice of Absence Descriptor format**

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Count/Type | 1 | 1 – 255 | Count in Notice of Absence Descriptors sent by a P2P Group Owner; indicates the number of absence intervals. 255 shall mean a continuous schedule; 0 is reserved and shall not be used. |
| | | | Type in Notice of Absence Descriptors sent by a P2P Client in a P2P Presence Request; qualifies the Duration and Interval fields. A Type value of 1 shall indicate preferred values, a Type value of 2 shall indicate acceptable limits. |
| Duration | 4 | — | In Notice of Absence Descriptors sent by a P2P Group Owner; indicates the maximum duration in units of microseconds that the P2P Group Owner can remain absent following the start of a Notice of Absence interval. |
| | | | In Notice of Absence Descriptors sent by a P2P Client in a P2P Presence Request; indicates a preferred, or minimum acceptable presence period duration. |
| Interval | 4 | — | In Notice of Absence Descriptors sent by a P2P Group Owner; indicates the length of the Notice of Absence interval in units of microseconds. |
| | | | In Notice of Absence Descriptors sent by a P2P Client in a P2P Presence Request; indicates a preferred, or maximum acceptable interval between presence periods. |
| Start Time | 4 | — | The start time for the schedule expressed in terms of the lower 4 bytes of the TSF timer. |
| | | | The Start Time field is reserved and shall be set to 0 on transmission and ignored on reception in Notice of Absence attributes transmitted by a P2P Client. |

## 3.3.4.4  Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,

— use the timing indicated in the returned Notice of Absence attribute, or

— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

### 4.2.10.2 Notice of Absence frame

The Notice of Absence P2P action frame uses the P2P Specific Action frame format and may be transmitted by a P2P Group Owner to advertise a Notice of Absence schedule.

The Dialog Token field in a Notice of Absence P2P action frame shall be set to 0 on transmission and ignored on reception.

The Elements field in a Notice of Absence action frame shall contain a P2P IE with a single Notice of Absence attribute.

### 4.2.10.3 P2P Presence Request frame

The P2P Presence Request action frame uses the P2P Action frame format and may be transmitted by a P2P Client to influence P2P Group Owner power management timing.

The Dialog Token field in a Client P2P action frame shall be set to a non-zero value selected by the P2P Client to identify the P2P Presence Request-Response transaction.

The Elements field in a P2P Presence Request action frame shall contain a P2P IE with a single Notice of Absence attribute describing the requested P2P Group Owner presence timing, see Section 3.3.4.4.

### 4.1.14 Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | n*(13)+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27 |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

### 4.2.1   Beacon frame format

One or more P2P IEs and the WSC IE shall be inserted after other information elements in the Beacon frames transmitted by a P2P Group Owner. P2P attributes for a P2P IE that is included in the Beacon frame are shown in Table 48.

Table 48—P2P attributes in the Beacon frame

| Attributes | Attribute ID | Note |
|---|---|---|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| P2P Device ID | 3 | The P2P Device ID attribute shall be present in the P2P IE. |

| Attributes | Attribute ID | Note |
|---|---|---|
| Notice of Absence | 12 | The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised (see Section 3.3.3.2), or when the CTWindow is non-zero (see Section 3.3.2). |

### 4.2.3   Probe Response frame format

The Probe Response frames can be transmitted by a P2P Device either in its Operating Channel or Listen Channel.

One or more P2P IEs and the WSC IE shall be inserted after other information elements in Probe Response frames transmitted by a P2P Device. P2P attributes for a P2P IE that is included in the Probe Response frame are shown in Table 52.

Table 52—P2P attributes in the Probe Response frame

| Attributes | Attribute ID | Note |
|---|---|---|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| Extended Listen Timing | 8 | The Extended Listen Timing attribute may be present in the P2P IE. |
| Notice of Absence | 12 | The Notice of Absence attribute shall only be present in the P2P IE in the Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule (see Section 3.3.3.2) or non-zero CTWindow (see Section 3.3.2) is being advertised in the Beacon frames (see Section 3.3.3.2). |
| P2P Device Info | 13 | The P2P Device Info attribute shall be present in the P2P IE to indicate the P2P Device information. |
| P2P Group Info | 14 | The P2P Group Info attribute shall only be present in the P2P IE in the Probe Response frame that is transmitted by a P2P Group Owner. The P2P Group Info attribute shall be omitted if there are zero connected P2P Clients. |
| Advertised Service Info | 25 | The Service Instance attribute may be present in the P2P IE if P2Ps is supported. The usage of this attribute is defined in the Wi-Fi Peer-to-Peer Services specification [10]. |

**3.3.3.3 P2P Group Owner Power Save delivery**

A P2P Group Owner shall not send frames within the P2P Group during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

The procedures for data delivery from the P2P Group Owner to Clients using PS mode are as specified for an AP in Section 10.2.1.6 of IEEE 802.11-2012 [1].

If the P2P Group Owner receives a PS-Poll frame from a connected P2P Client and is not able to deliver the buffered frame prior to the start of an absence period, it shall defer its transmission until it receives a new PS-Poll from that P2P Client, see Section 3.3.4.2.

**3.3.4 Power Management at a P2P Client**

**3.3.4.1 P2P Client operation with P2P Group Owner Power Management**

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.3.2, Table 28, 3.3.4.4, 4.2.10.2, 4.2.10.3, 4.1.14, Table 26, 4.2.1, 4.2.3, 3.3.3.3, & 3.3.4.1

**Answer to Complaint No. 98:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 98 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 98 of the Complaint.

**Complaint No. 99:** Alternatively, in the Accused Products, the first and second wireless devices are configured to agree on the inactivity time in accordance with the WPAN protocol as described above and reiterated below when utilizing, for example, the Opportunistic Power Save procedure:

### 3.3.2   Power Management and discovery

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

#### 3.3.3.1   P2P Group Owner Opportunistic Power Save procedure

P2P Group Owner Opportunistic Power Save is a power management scheme that allows a P2P Group Owner to gain additional power savings on an opportunistic basis.

Opportunistic Power Save uses the CTWindow described in Section 3.3.2. The P2P Group Owner shall indicate that Opportunistic Power Save is enabled by setting the OppPS bit to 1 in the CTWindow and OppPS Parameters field of the Notice of Absence attribute. The CTWindow field shall be set to a non-zero value if the OppPS bit is set to 1.

At any time after the end of each CTWindow, if all of the connected P2P Clients are determined to be in Doze state by the P2P Group Owner, the P2P Group Owner may enter Doze state from that time until the next TBTT. After a DTIM, the P2P Group Owner shall complete delivery of all queued broadcast/multicast frames prior to entering Doze state, even if the total time taken to send these frames exceeds the CTWindow. Delivery of queued broadcast/multicast frames that is interrupted by a NoA absence period, shall continue after the absence period has ended.

As long as any Client is determined to be in Awake state, the P2P Group Owner shall remain in Awake state subject to any advertised Notice of Absence schedule. A P2P Group Owner shall determine that a P2P Client is in the Awake state if it is in the Active mode or if it is in the Power Save mode and has a WMM Unscheduled Service Period (USP) in progress or an unanswered PS-Poll. Figure 14 illustrates an example of P2P Group Owner Opportunistic Power Save with two connected P2P Clients, both using P2P PS.

### 3.3.4   Power Management at a P2P Client

#### 3.3.4.1   P2P Client operation with P2P Group Owner Power Management

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

## 4.1.14 Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

### 4.2.10.2 Notice of Absence frame

The Notice of Absence P2P action frame uses the P2P Specific Action frame format and may be transmitted by a P2P Group Owner to advertise a Notice of Absence schedule.

The Dialog Token field in a Notice of Absence P2P action frame shall be set to 0 on transmission and ignored on reception.

The Elements field in a Notice of Absence action frame shall contain a P2P IE with a single Notice of Absence attribute.

### 4.2.10.3 P2P Presence Request frame

The P2P Presence Request action frame uses the P2P Action frame format and may be transmitted by a P2P Client to influence P2P Group Owner power management timing.

The Dialog Token field in a Client P2P action frame shall be set to a non-zero value selected by the P2P Client to identify the P2P Presence Request-Response transaction.

The Elements field in a P2P Presence Request action frame shall contain a P2P IE with a single Notice of Absence attribute describing the requested P2P Group Owner presence timing, see Section 3.3.4.4.

### 3.3.4.4 Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,

— use the timing indicated in the returned Notice of Absence attribute, or

— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

#### Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | n*(13)+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

ACTIVE\600131739.9

**Table 27— CTWindow and OppPS Parameters field format**

| Bit | Subfield | Notes |
|---|---|---|
| 7 | OppPS | Set to 1 to indicate that the P2P Group Owner is using opportunistic power save. Set to 0 if opportunistic power save is disabled. The CTWindow field shall be non-zero when the OppPS bit is set to 1. |
| | | Set to 0 in Notice of Absence attributes transmitted by a P2P Client in a P2P Presence Request frame. |
| 0-6 | CTWindow | Client Traffic Window (CTWindow). A period of time in TU after a TBTT during which the P2P Group Owner is present. 0 indicates that there shall be no CTWindow. |
| | | Set to 0 in Notice of Absence attributes transmitted by a P2P Client in a P2P Presence Request frame. |

**4.2.1   Beacon frame format**

One or more P2P IEs and the WSC IE shall be inserted after other information elements in the Beacon frames transmitted by a P2P Group Owner. P2P attributes for a P2P IE that is included in the Beacon frame are shown in Table 48.

**Table 48—P2P attributes in the Beacon frame**

| Attributes | Attribute ID | Note |
|---|---|---|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| P2P Device ID | 5 | The P2P Device ID attribute shall be present in the P2P IE. |

| Attributes | Attribute ID | Note |
|---|---|---|
| Notice of Absence | 12 | The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised (see Section 3.3.3.2), or when the CTWindow is non-zero (see Section 3.3.2). |

**4.2.3   Probe Response frame format**

The Probe Response frames can be transmitted by a P2P Device either in its Operating Channel or Listen Channel.

One or more P2P IEs and the WSC IE shall be inserted after other information elements in Probe Response frames transmitted by a P2P Device. P2P attributes for a P2P IE that is included in the Probe Response frame are shown in Table 52.

**Table 52—P2P attributes in the Probe Response frame**

| Attributes | Attribute ID | Note |
|---|---|---|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| Extended Listen Timing | 8 | The Extended Listen Timing attribute may be present in the P2P IE. |
| Notice of Absence | 12 | The Notice of Absence attribute shall only be present in the P2P IE in the Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule (see Section 3.3.3.2) or non-zero CTWindow (see Section 3.3.2) is being advertised in the Beacon frames (see Section 3.3.3.2). |
| P2P Device Info | 13 | The P2P Device Info attribute shall be present in the P2P IE to indicate the P2P Device information. |
| P2P Group Info | 14 | The P2P Group Info attribute shall only be present in the P2P IE in the Probe Response frame that is transmitted by a P2P Group Owner. The P2P Group Info attribute shall be omitted if there are zero connected P2P Clients. |
| Advertised Service Info | 25 | The Service Instance attribute may be present in the P2P IE if P2Ps is supported. The usage of this attribute is defined in the Wi-Fi Peer-to-Peer Services specification [10]. |

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.2, 3.3.3.1, 3.3.4.1, 4.1.14, 4.2.10.2, 4.2.10.3, 3.3.4.4, Table 26, Table 27, 4.2.1, & 4.2.3

**Answer to Complaint No. 99:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 99 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 99 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 100:**  In the Accused Products, the first wireless device is configured to disable data exchanges with the second wireless device via the wireless connection following a start of the inactivity time, wherein the disabling is such that less power per unit time is consumed by the wireless radio circuit relative to a power per unit time consumed by the wireless radio circuit when the data exchanges are not disabled, such as can be seen in the following:

> **3.3.3.3  P2P Group Owner Power Save delivery**
>
> A P2P Group Owner shall not send frames within the P2P Group during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.
>
> The procedures for data delivery from the P2P Group Owner to Clients using PS mode are as specified for an AP in Section 10.2.1.6 of IEEE 802.11-2012 [1].
>
> If the P2P Group Owner receives a PS-Poll frame from a connected P2P Client and is not able to deliver the buffered frame prior to the start of an absence period, it shall defer its transmission until it receives a new PS-Poll from that P2P Client, see Section 3.3.4.2.
>
> **3.3.4  Power Management at a P2P Client**
>
> **3.3.4.1  P2P Client operation with P2P Group Owner Power Management**
>
> A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.
>
> The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.
>
> A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.
>
> A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.
>
> A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.
>
> **3.3.3.2  P2P Group Owner Notice of Absence procedure**
>
> Notice of Absence timing is specified by the values of the combination of Start Time, Interval, Duration and Count fields in the Notice of Absence attribute — see Table 26. The Start Time field shall indicate the start time of the timing schedule. The Interval field shall indicate the absence interval. The Duration field shall indicate the length of each absence. The Count field shall indicate the number of absences.

ACTIVE\600131739.9



**Figure 15—P2P Group Owner Notice of Absence**

At any time after the end of each CTWindow, if all of the connected P2P Clients are determined to be in Doze state by the P2P Group Owner, the P2P Group Owner may enter Doze state from that time until the next TBTT. After a DTIM,

**Figure 14—Example of P2P Group Owner Opportunistic Power Save**

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.3.3, 3.3.4.1, 3.3.3.2, Fig. 15, 3.3.3.1, & Fig. 14

**Answer to Complaint No. 100:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 100 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 100 of the Complaint.

106

**Complaint No. 101:**  As set forth above, Dell has directly infringed at least claim 4 of the '906 patent by making, importing, using, offering for sale, and/or selling the Accused Products into or in the United States.

**Answer to Complaint No. 101:**  Denied.

**Complaint No. 102:**  Dell intentionally designed and incorporated the IEEE 802.11x and the Wi-Fi Direct features and functionalities described above into the Accused Products.

**Answer to Complaint No. 102:**  Denied.

**Complaint No. 103:**  Dell provides instructions (in the form of at least user interface prompts and customer support instructional videos) to its customers, advertising, encouraging, and directing the customers to use the Accused Products in an infringing manner as described above to implement the IEEE 802.11x/Wi-Fi Direct functionality, as intended by Dell. For example, Dell provides operating instructions and the like for the Accused Products, including, but not limited to, the citations above and the following:

- https://www.youtube.com/watch?v=kXBwdWp7sFM

- https://www.dell.com/support/kbdoc/en-us/000155875/how-to -connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

- https://www.dell.com/support/kbdoc/en-us/000136674/miracast-to-replace-wi-di

- https://www.dell.com/support/kbdoc/en-us/000129880/miracast-users-may-encounter-various-issues-in-the-windows-10-operating- system

- https://www.dell.com/support/kbdoc/en-us/000130716/guide-to-dell-wireless-monitors

- https://www.dell.com/support/kbdoc/en-us/000152972/how-do-i-enable -widi-miracast-on-my-venue-7-3740-or-venue-8-3840?lang=en

- https://www.dell.com/support/kbdocien-us/000129818/a-guide-to-miracast-on-the-latitude-13-7350-tablet-pc?lang=en

- https://www.dell.com/support/kbdoc/en-us/000141601/xps-13 -9350-touch-cursor-and-sound-may-have-a-lag-when-system-connected-wifi-miracast-and-bluetooth-audio?lang=en

- https://www.dell.com/support/manuals/en-us/latitude-13-7390-laptop/latitude 7290 7390 7490 tgb/wlan--miracast-support-matrix?guid=guid-76975785-70c3-4039-b5bb-eb0b 83 e669b3 &lang=en-us

- https://www.dell.com/support/manuals/en-us/inspiron-11-3179-2-in-1 -laptop/inspiron 11 3179 setupandspecs/communications?guid=guid-5fea805b-7f8a-420f-b984-b0e93e13048e&lang=en-us

- https://www.dell.com/support/manuals/en-us/alienware-15-laptop/alienware-15-r3 -setupandspecifications/communications ?guid=guid-935baab6-b4b4 - 4960-9783 -971 e87de151 c&lang=en-us

**Answer to Complaint No. 103:** Denied.

**Complaint No. 104:** By its instructions, including those set forth above, and with intent that they use the IEEE 802.11x/Wi-Fi Direct features described above, Dell has induced its customers to infringe the '906 patent. Dell's customers who use the Accused Products as described above directly infringe the '906 patent. Upon information and belief, as a result of attempts by the inventors to sell or license their patents to the PC industry, of which Dell is a member, Dell has had knowledge of (or has been willfully blind to) the '906 patent, a child of the '991 patent. Further, Dell has had knowledge of (or has been willfully blind to) the '906 patent since at least September 9, 2020, as a result of a letter from Christian Dubuc, Chief Executive Officer of Ozmo Licensing, to Richard Rothberg, General Counsel for Dell, regarding Ozmo Licensing's patent portfolio and the Accused Dell Products, informing Dell that it required a license. On September 9, 2020, Ozmo Licensing had only eight patents and patent applications that embodied the inventions of Vleugels and Peeters. In addition, upon information and belief, Dell would have gained knowledge of the '906 patent by virtue of the litigation filed against HP Inc. (Docket No. 6:21-cv-00383-ADA) and against Acer Inc. (Docket No. 6:21-cv-01225-ADA).

ACTIVE\600131739.9

Dell also induces such direct infringement by its customers by failing to remove the infringing features from the Accused Products.

**Answer to Complaint No. 104:** Denied.

**Complaint No. 105:** By its instructions, including those set forth above, as well as by offering for sale, selling, commercially distributing, and importing the Accused Products, Dell has also contributed to its customers' infringement of the '906 patent. The Accused Products are used by Dell's customers to practice the inventions claimed in the '906 patent. The IEEE 802.11x/Wi-Fi Direct features as performed by the Accused Products as described above constitute material parts of the claimed inventions of the '906 patent. Dell knows or was willfully blind that portions of the hardware and software in the Accused Products were specifically made or adapted by Dell solely to provide such functionality and that such features are not staple articles or commodities of commerce suitable for substantial non-infringing use. Dell also knows or was willfully blind that such combinations of hardware and software have no use other than to provide such functionality as intentionally designed into the Accused Products by Dell. As described above, Dell has had knowledge since, at the latest, September 2020 that its customers were infringing the '906 patent.

**Answer to Complaint No. 105:** Denied.

**Complaint No. 106:** By the time of trial, Dell will have known and intended that its continued actions would directly infringe, and would induce and contribute to the infringement by its customers of, at least claim 4 of the '906 patent.

**Answer to Complaint No. 106:** Denied.

**Complaint No. 107:** Ozmo Licensing has been damaged by Dell's past and ongoing direct and indirect infringement of the '906 patent.

**Answer to Complaint No. 107:** Denied.

**Complaint No. 108:** With knowledge of the allegations set forth herein, Dell nonetheless refuses to remove the infringing functionalities from the Accused Products or to compensate Ozmo Licensing for the use of such features. Dell's infringement described above will continue unabated unless and until Dell is enjoined or ordered to pay a reasonable royalty for a license to the '906 patent.

**Answer to Complaint No. 108:** Denied.

<div align="center">

**COUNT III**
(Dell's Alleged Infringement of U.S. Patent No. 8,599,814)

</div>

**Complaint No. 109:** Paragraphs 1-108 are incorporated by reference as if fully set forth herein.

**Answer to Complaint No. 109:** Defendants repeat and incorporate each and every response to the allegations of the preceding paragraphs 1-108 above as if fully set forth herein.

**Complaint No. 110:** The invention of the '814 patent represented a technical solution to an unsolved technological problem. The written description of the '814 patent describes in technical detail each of the limitations of the claims, allowing a person of ordinary skill in the art to understand what the limitations cover and how the combination of claim elements differed markedly from and improved upon what may have been considered conventional or generic. For example, the specification and incorporated references detail the inventors' novel approach to seamlessly integrating a WPAN into a WLAN infrastructure.

**Answer to Complaint No. 110:** Denied.

**Complaint No. 111:** The elements claimed by the '814 patent, taken alone or in combination, were not well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention. Rather, the '814 patent claims and teaches, *inter alia,* an

improved network-enabled hub to facilitate communications between WLAN and WPAN wireless devices. The invention improved upon existing wireless communications, which were unable to integrate a WPAN into a WLAN infrastructure without suffering from one or more of the aforementioned problems, by allowing the network-enabled hub to initiate and maintain connections with nodes of an external wireless network via a first network connection using a first network WLAN protocol and, a second network connection using a second network WPAN protocol that is an overlay protocol with respect to the WLAN protocol, and that is partially consistent with respect to the WLAN protocol.

**Answer to Complaint No. 111:** Denied.

**Complaint No. 112:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more cost effective, since communications using the second network WPAN protocol impinge on at least some of the antennae used for communications using the first network WLAN protocol.

**Answer to Complaint No. 112:** Denied.

**Complaint No. 113:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN allows the two to operate in the same frequency spectrum without causing excessive interference with each other.

**Answer to Complaint No. 113:** Denied.

**Complaint No. 114:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more energy efficient, which can extend the battery life of WPAN devices that are battery powered or otherwise enable power-hungry WPAN devices to enter power-save modes more readily.

**Answer to Complaint No. 114:** Denied.

111

**Complaint No. 115:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN, also enables lower latency communication involving WPAN devices, which enables a device serving as a hub between a WPAN and a WLAN to more effectively forward video streams between the two.

**Answer to Complaint No. 115:** Denied.

**Complaint No. 116:** Participants in the communications industry chose to incorporate a subset of the claimed apparatus into the Wi-Fi Direct Standard to enjoy at least some of their aforementioned advantages.

**Answer to Complaint No. 116:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116 of the Complaint, and therefore deny them.

**Complaint No. 117:** Dell has infringed, and continues to infringe, the '814 patent by making, importing, using, offering for sale, and selling in the United States numerous wireless devices, including laptop computers, desktop computers, tablets, and monitors, that implement the Wi-Fi Direct protocol (i.e., the "Accused Products"). A subset of these Accused Products comprise network-enabled hubs that can receive, for example, video from an IEEE 802.11x AP and forward such video to a Wi-Fi STA device using the Wi-Fi Direct protocol (i.e., the "Hub Accused Products").

**Answer to Complaint No. 117:** Denied.

**Complaint No. 118:** Examples of the Hub Accused Products are Dell's laptop computers (including, but not limited to, XPS Laptops, Inspiron Laptops, Alienware Gaming Laptops, Vostro Laptops, and Latitude Laptops); desktop computers (including, but not limited to, XPS Desktops, Inspiron Desktops, Alienware Gaming Desktops, OptiPlex Desktops, Vostro

Desktops, and New Precision Workstations); and tablets (including, but not limited to, Latitude

2-in-1 devices and Latitude Rugged Extreme tablets), and all other Dell products that include

Wi-Fi Direct circuitry and drivers. Examples of the Accused Products are Dell's aforementioned

Hub Accused Products, as well as Dell's monitors (including, but not limited to, Dell Wireless

Monitors), and all other Dell products that include Wi-Fi Direct circuitry and drivers.

**Answer to Complaint No. 118:**  Defendants admit that Dell products include certain

Dell-branded laptops, desktops, tablets, and monitors. Defendants deny that any Dell products

infringe the '814 patent and deny the remaining allegations in paragraph 118 of the Complaint.

**Complaint No. 119:**  Claim 1 of the '814 patent is reproduced below:

1.     A network-enabled hub, usable for facilitating data communications between two or more wireless devices that are configured to communicate indirectly with each other via the network-enabled hub, comprising:

an interface to a wireless radio circuit that can send and receive data wirelessly, providing the hub with bi-directional wireless data communication capability;

logic for processing data received via the wireless radio circuit; logic for generating data to be transmitted by the wireless radio circuit;

logic for initiating and maintaining wireless network connections with nodes of a wireless network external to the network-enabled hub, maintaining at least a first wireless network connection using a first wireless network protocol and a second wireless network connection using a second wireless network protocol, that can be maintained, at times, simultaneously with each other in a common wireless space, wherein the second wireless network protocol is an overlay protocol with respect to the first wireless network protocol in that communications using the second wireless network protocol are partially consistent with the first wireless network protocol and at least some of the communications using the second wireless network protocol impinge on at least some antennae used for the first wireless network; and

data forwarding logic, implemented in the network-enabled hub using hardware and/or software, that forwards data between an originating node and a destination node, wherein the originating node is a node in one of the first and second wireless networks and the destination node is a node in the other of the first and second wireless networks.

**Answer to Complaint No. 119:**  Defendants admit that this paragraph purports to recite claim 1 of the '814 patent. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 119 of the Complaint, and therefore deny them.

**Complaint No. 120:**  The Hub Accused Products that infringe the '814 patent include, *inter alia,* a network-enabled hub, usable for facilitating data communications between two or more wireless devices that *are* configured to communicate indirectly with each other via the network-enabled hub. For example, the Dell XPS 13 9310 Laptop ("XPS 13 Laptop") is a Hub Accused Product comprising a network-enabled hub that implements the Wi-Fi and Wi-Fi Direct standards. It also supports applications such as Miracast, which is a standard that allows a user to "mirror" a video image being displayed at one STA onto the display of another STA, by having it communicated over a Wi-Fi Direct connect between the two STAs. The XPS 13 Laptop infringes the '814 patent because it comprises Wi-Fi and Wi-Fi Direct circuitry and drivers, and applications, such as Miracast, that enable the XPS 13 Laptop to act as a network-enabled hub that concurrently receives data from a node in a WLAN over an 802.11x connection (e.g., streamed video), and forwards that data to a node in a WPAN over a Wi-Fi Direct connection:

ACTIVE\600131739.9

## XPS 13 Laptop



| | |
|---|---|
| **Operating System** Help Me Choose | |
| (FREE Upgrade to Windows 11 *) | |
| Windows 11 Home, English | Windows 10 Home, English |

**Wireless**
Killer™ Wi-Fi 6 AX1650 (2 x 2) and Bluetooth 5.1

Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

---

## Me and My Dell

For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

(i) NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

---

∨ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

> ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

**Connect to a compatible smart TV**

If you own a smart TV, chances are you will be able to connect your Windows 10 computer to the smart TV. To learn if your smart TV supports a wireless connection to a computer and how to set it up, see the User Guide of the smart TV on the manufacturers website.

**Connect to an HDTV with a wireless display adapter**

A wireless display adapter is a device that allows you to display the content of the computer onto your TV. This adapter or dongle (sometimes called a wireless display receiver) is a small device that connects to your TV through an available HDMI port and a USB port for power.

There are several third-party wireless display adapters available in the market. Some of the most popular ones are Microsoft Wireless Display Adapter, Google's Chromecast, Roku's Streaming Stick, Amazon's Fire Stick, and so on. The features of each wireless display adapter varies, see the device manufacturers website for more information.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

ACTIVE\600131739.9

## Standards-based Miracast advances life without wires

Miracast is an industry-wide solution, allowing technology to work across device types and vendors. Connections are easy to set up and use since Miracast devices choose the appropriate settings automatically. Miracast can connect two devices using network infrastructure or **Wi-Fi Direct®**. When content to be shared is stored on a Miracast-certified device, such as a smartphone to an automobile infotainment display, a Wi-Fi network connection is not required.

Only devices marked Wi-Fi CERTIFIED Miracast have been certified by Wi-Fi Alliance® to work well with other Wi-Fi CERTIFIED™ devices, employ the latest security protections, and deliver a high-quality user experience.

Source: https://www.wi-fi.org/discover-wi-fi/miracast

### 2.3  Concurrent operation

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.



Figure 4—P2P Concurrent device

As an example, Figure 4 shows a P2P Concurrent Device that has one MAC entity operating as a WLAN-STA and the second MAC entity operating as a P2P Device. The dual MAC functionality can be provided via two separate physical MAC entities each associated with its own PHY entity, two virtual MAC entities over one PHY entity, or any other approach. Implementation of multiple MAC functionality is out of scope of this specification.

Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3, Fig. 4

ACTIVE\600131739.9



117



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

**Answer to Complaint No. 120:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, wi-fi.org, the Wi-Fi Direct Standard v. 1.7, and a purported technical support video. Paragraph 120 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 120 of the Complaint.

**Complaint No. 121:** The XPS 13 Laptop includes an interface to a wireless radio circuit that can send and receive data wirelessly, providing the hub with bi-directional wireless data communication capability. For example, the XPS 13 Laptop, designed and manufactured by Dell, includes the Intel Killer AX1650 wireless module (wireless radio circuit that can send and receive data wirelessly), which includes Wi-Fi functionality (bi-directional wireless data communications). The XPS 13 Laptop can serve as the claimed hub when, for example, a video is streamed over a Wi-Fi connection from the Internet to the XPS 13 Laptop, and the XPS 13 Laptop's Wi-Fi Direct-circuitry and drivers are used (e.g., under control of, for example, its

120

Miracast application) to mirror that Internet-sourced video to a second device, such as a wireless display:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

ⓘ NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

ACTIVE\600131739.9

## Intel® Killer™ Wi-Fi 6 AX1650
### Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

### Experience the Intel® Difference

| | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |

**GENERAL**

| | |
|---|---|
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)]<br>M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/- 0.3 g<br>M.2 1216: 0.67 +/- 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance* | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage)<br>IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

ACTIVE\600131739.9



**Answer to Complaint No. 121:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, and the Wi-Fi Direct Standard v. 1.7. Paragraph 121 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 121 of the Complaint.

**Complaint No. 122:** The XPS 13 Laptop includes logic for processing data received via the wireless radio circuit and logic for generating data to be transmitted by the wireless radio circuit. For example, the XPS 13 Laptop includes the Intel Core i3-1115G4 system processor which processes data received from the Intel Killer AX1650 wireless module and generates data to be transmitted by the Intel Killer AX1650 wireless module:

ACTIVE\600131739.9



XPS 13 Laptop

## Tech Specs

**Processor**
11th Generation Intel® Core™ i3-1115G4 Processor (6MB Cache, up to 4.1 GHz)

**Operating System**
(FREE Upgrade to Windows 11)
Windows 11 Home, English

**Graphics Card** ⓘ
Intel® UHD Graphics with shared graphics memory

**Display**
13.4" UHD+ (3840 x 2400) InfinityEdge Touch Anti-Reflective 500-Nit Display

**Memory** ⓘ
8GB 4267MHz LPDDR4x Memory Onboard

**Hard Drive**
256GB M.2 PCIe NVMe Solid State Drive

Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

ACTIVE\600131739.9

**Processor**

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one |
|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor |
| Processor wattage | 15 W |
| Processor core count | 2 |
| Processor thread count | 4 |
| Processor speed | Up to 4.10 GHz |
| Processor cache | 6 MB |
| Integrated graphics | Intel UHD Graphics |

**Wireless module**

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

**Chipset**

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

Data is exchanged between the P2P Group Owner and each connected Client. Both the Group Owner and the Client may employ power savings techniques, so each shall use the appropriate data delivery mechanisms as described in Section 3.3.

The P2P Group Owner may provide a data distribution service between all connected Clients in the P2P Group. A P2P Group Owner that provides such a service shall set the Intra-BSS Distribution bit to 1 in the Group Capability Bitmap field that it sends describing its own capabilities.

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.6.1

**Answer to Complaint No. 122:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components and the Wi-Fi Direct Standard v. 1.7. Paragraph 122 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 122 of the Complaint.

**Complaint No. 123:** The XPS 13 Laptop includes logic for initiating and maintaining wireless network connections with nodes of a wireless network external to the network-enabled hub. For example, the XPS 13 Laptop (network-enabled hub) may initiate and maintain a

connection (network connection) with an AP that is external to the XPS 13 Laptop. The XPS 13

Laptop may also, for example, initiate and maintain a connection with an STA that is external to

the XPS 13 Laptop, such as a wireless monitor or television:



Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3

## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one | |
|---|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor | |
| Processor wattage | 15 W | |
| Processor core count | 2 | |
| Processor thread count | 4 | |
| Processor speed | Up to 4.10 GHz | |
| Processor cache | 6 MB | |
| Integrated graphics | Intel UHD Graphics | |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

ACTIVE\600131739.9

∨ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

and providing added security. Miracast also allows for devices to remain connected to an existing Wi-Fi network while simultaneously connected to a display directly, ensuring network services are always available for presentations or content viewing.

Source: https://www.screenbeam.com/solutions/miracast/

**3.2.2  Starting and maintaining a P2P Group session**

The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.

**3.2.7  Disconnecting from a P2P Group**

A P2P Client shall, when possible, indicate intent to disconnect from a P2P Group by using either:

— the deauthentication procedure in Section 10.3.4.4 of IEEE 802.11-2012 [1] to send a Deauthentication frame to the P2P Group Owner if the P2P Group was established outside DMG, or
— the STA disassociation procedure in Section 10.3.5.6 of IEEE 802.11-2012 [1] to send a Disassociation frame to the P2P Group Owner if operating outside DMG, or the STA disassociation procedure in Section 11.3.5.6 of IEEE 802.11-REVmc [11] to send a Disassociation frame to the P2P Group Owner when operating within DMG.

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.2.2, 3.2.3 & 3.2.7.

**Answer to Complaint No. 123:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7, Dell websites showing purported Dell product components, a purported technical support video, and screenbeam.com.com. Paragraph 123 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 123 of the Complaint.

**Complaint No. 124:**  The XPS 13 Laptop includes logic for maintaining at least a first wireless network connection using a first wireless network protocol and a second wireless

network connection using a second wireless network protocol, that can be maintained, at times, simultaneously with each other in a common wireless space. For example, the XPS 13 Laptop includes logic to connect to an access point using 802.11x Wi-Fi (first wireless network connection using a first wireless network protocol) and to a receiver display screen (second wireless network connection) using Wi-Fi Direct (second wireless network protocol) that can be maintained, at times, simultaneously with each other in a common wireless space:

| **Experience the Intel® Difference** | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html to embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf

ˇ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

• Connect to a compatible smart TV.
• Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

ACTIVE\600131739.9



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"



Figure 2. Wi-Fi Direct Concurrent Mode

Source: https://arxiv.org/ftp/arxiv/papers/1810/1810.06964.pdf



Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3

ACTIVE\600131739.9

**Answer to Complaint No. 124:** Defendants admit that the images in this paragraph purport to show screenshots from Intel websites, Dell websites showing purported Dell product components, a purported technical support video, arXiv.org, and the Wi-Fi Direct Standard v. 1.7. Paragraph 124 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 124 of the Complaint.

**Complaint No. 125:** In further detail, the XPS 13 Laptop, in supporting Wi-Fi, includes logic to maintain at least a first wireless network connection using a first wireless network protocol (i.e., Wi-Fi). For example, the XPS 13 Laptop provides connections compliant with IEEE 802.11x:

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

ACTIVE\600131739.9

## Intel® Killer™ Wi-Fi 6 AX1650
Networking Specifications

| TX/RX Streams | 2x2 |
|---|---|
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

### 10.1.3 Maintaining synchronization

#### 10.1.3.1 General

Each STA shall maintain a TSF timer with modulus $2^{64}$ counting in increments of microseconds. STAs expect to receive Beacon frames at a nominal rate. The interval between Beacon frames is defined by the dot11BeaconPeriod parameter of the STA. A STA sending a Beacon frame shall set the value of the Beacon frame's timestamp so that it equals the value of the STA's TSF timer at the time that the data symbol containing the first bit of the timestamp is transmitted to the PHY plus the transmitting STA's delays through its local PHY from the MAC-PHY interface to its interface with the WM [e.g., antenna, light-emitting diode (LED) emission surface].

Source: IEEE 802.11-2012, Section 10.1.3.1

### 10.3.5 Association, reassociation, and disassociation

#### 10.3.5.1 General

Subclause 10.3.5 describes the procedures used for IEEE 802.11 association, reassociation and disassociation.

The states used in this description are defined in 10.3.1.

Successful association enables a STA to exchange Class 3 frames. Successful association sets the STA's state to State 3 or State 4.

Successful reassociation enables a STA to exchange Class 3 frames. Unsuccessful reassociation when not in State 1 leaves the STA's state unchanged (with respect to the AP that was sent the Reassociation Request (which may be the current STA)). Successful reassociation sets the STA's state to State 3 or State 4 (with respect to the AP that was sent the Reassociation Request). Successful reassociation when not in State 1 sets the STA's state to State 2 (with respect to the current AP, if this is not the AP that was sent the Reassociation Request). Reassociation shall be performed only if the originating STA is already associated in the same ESS.

Disassociation notification when not in State 1 sets the STA's state to State 2. The STA shall become associated again prior to sending Class 3 frames. A STA may disassociate a peer STA at any time, for any reason.

Source: IEEE 802.11-2012, Section 10.3.5.1

**Answer to Complaint No. 125:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, and IEEE 802.11-2012. Paragraph 125 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 125 of the Complaint.

**Complaint No. 126:**  In further detail, the XPS 13 Laptop, in supporting Wi-Fi Direct, includes logic to maintain a second wireless network connection using a second wireless network protocol (e.g., Wi-Fi Direct). For example, the XPS 13 Laptop, which supports Wi-Fi Direct connections, provides connections using the Wi-Fi Direct Standard:

| Intel® Killer™ Wi-Fi 6 AX1650 | |
| Networking Specifications | |
| **Experience the Intel® Difference** | |
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance* | WI-FI CERTIFIED™ 6, WI-FI CERTIFIED™ a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

ACTIVE\600131739.9

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

---

**3.2.2    Starting and maintaining a P2P Group session**

The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.2

---

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.3

**Answer to Complaint No. 126:** Defendants admit that the images in this paragraph purport to show screenshots from Intel websites, Dell websites showing purported Dell product components, and the Wi-Fi Direct Standard v. 1.7. Paragraph 126 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 126 of the Complaint.

**Complaint No. 127:** In further detail, the XPS 13 Laptop can maintain the first wireless network connection and the second wireless network connection simultaneously with each other

in a common wireless space. For example, the XPS 13 Laptop can maintain its connection to an access point via 802.11x Wi-Fi (first wireless network connection using a first wireless network protocol) and to a wireless receiver display screen (second wireless network connection) using Wi-Fi Direct (second wireless network protocol), at times, simultaneously with each other in a common wireless space via concurrent operation, as explained herein and in the Wi-Fi Direct Standard:



**Answer to Complaint No. 127:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, wi-fi.org, and arXiv.org. Paragraph 127 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 127 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 128:** In the XPS 13 Laptop, the second wireless network protocol (Wi-Fi Direct) is an overlay protocol with respect to the first wireless network protocol (Wi-Fi). Wi-Fi Direct frames are based on 802.11x frames and use the vendor specific field of an 802.11x management frame. The Wi-Fi Direct protocol processes the data in the vendor-specific field that is overlaid on a Wi-Fi management frame.

### 2.4.1  Basic functions and services

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]
— IEEE 802.11i (AES-CCMP) [1]
— Wi-Fi Simple Configuration [2]
— Wi-Fi Multimedia [3]

Any required 'AP-like' functions and services required for P2P Group Owner operation outside DMG are described within this specification. A P2P Group Owner operating within DMG is required to support PCP functions and services.

### 3.2  P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

* * *

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE Std 802.11-2012 [1] with the WFA OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1, 3.2 & 4

ACTIVE\600131739.9

### 8.3.3 Management frames

### 8.3.3.1 Format of management frames

The format of a management frame is defined in Figure 8-34. The Frame Control, Duration, Address 1, Address 2, Address 3, and Sequence Control fields are present in all management frame subtypes. The maximum unencrypted MMPDU size, excluding the MAC header and FCS, is 2304 octets.



**Figure 8-34—Management frame format**

The HT Control field is defined in 8.2.4.6. The presence of the HT Control field is determined by the Order subfield of the Frame Control field, as specified in 8.2.4.1.10.

The frame body consists of the fields followed by the elements defined for each management frame subtype. All fields and elements are mandatory unless stated otherwise and appear in the specified, relative order. STAs that encounter an element ID they do not recognize in the frame body of a received management frame ignore that element and continue to parse the remainder of the management frame body (if any) for additional elements with recognizable element IDs. See 9.24.7. Unused element ID codes are reserved.

Gaps may exist in the ordering of fields and elements within frames. The order that remains is ascending.

ACTIVE\600131739.9



8.4 Management frame body components

8.4.1 Fields that are not information elements

8.4.2 Information elements

8.4.2.1 General

Elements are defined to have a common general format consisting of a 1 octet Element ID field, a 1 octet Length field, and a variable-length element-specific Information field. Each element is assigned a unique Element ID as defined in this standard. The Length field specifies the number of octets in the Information field. See Figure 8-81.

| | Element ID | Length | Information |
|---|---|---|---|
| Octets: | 1 | 1 | variable |

Figure 8-81—Element format

The set of valid elements is defined in Table 8-54.

Table 8-54—Element IDs

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| SSID (see 8.4.2.2) | 0 | 2 to 34 | |
| Supported rates (see 8.4.2.3) | 1 | 3 to 10 | |

Table 8-54—Element IDs  (continued)

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| U-APSD Coexistence (see 8.4.2.93) | 142 | 14 to 257 | Subelements |
| Reserved | 143–173 | | |
| MCCAOP Advertisement Overview (see 8.4.2.110) | 174 | 8 | Yes |
| Reserved | 175–220 | | |
| Vendor Specific (see 8.4.2.28) | 221 | 3 to 257 | |
| Reserved | 222–255 | | |

**8.5.6 Vendor-specific action details**

The Vendor Specific Action frame is defined for vendor-specific signaling. The format of the Action field of the Vendor Specific Action frame is shown in Figure 8-437. An Organization Identifier, in the octet field immediately after the Category field, differentiates the vendors (see 8.4.1.31).

NOTE—If management frame protection is negotiated, then Vendor Specific Protected Action frames (see Table 8-38) are protected; otherwise they are unprotected.

| | Category | Organization Identifier | Vendor Specific Content |
|---|---|---|---|
| Octets: | 1 | j | Variable |

Figure 8-437—Vendor Specific Action frame Action field format

The Category field is set to the value indicating the vendor-specific category, as specified in Table 8-38.

The Organization Identifier contains a public organizationally unique identifier assigned by the IEEE and is specified in 8.4.1.31. The order of the Organization Identifier field is described in 8.2.2.

The Vendor Specific Content contains vendor-specific field(s). The length of the Vendor Specific Content in a Vendor Specific Action frame is limited by the maximum allowed MMPDU size.

Source: IEEE 802.11-2012, Sections 8.3.3.1, 8.4.2.1 & 8.5.6

**Answer to Complaint No. 128:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and IEEE 802.11-2012 Standard. Paragraph 128 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 128 of the Complaint.

**Complaint No. 129:**  In the XPS 13 Laptop, the WPAN protocol (second wireless network protocol) is an overlay protocol with respect to the WLAN protocol (first wireless

140

network protocol). For example, the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN protocol power-saving procedure that is different as compared to a power-saving protocol supported by the WLAN protocol. For example, in Wi-Fi Direct (the WPAN protocol) the WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) field of an 802.11x protocol frame (a WLAN protocol frame) to carry information not defined by the IEEE 802.11x Standard so that interoperability operations that are not part of the 802.11x standard can be implemented, such as those required by the power save features defined by the Wi-Fi Direct Standard. For example, in Wi-Fi Direct, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

* * *

**3.3    P2P Power Management**

The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management delivery mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.

**3.3.2    Power Management and discovery**

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

CTWindow is also used for P2P Group Owner Opportunistic Power Save as described in Section 3.3.3.1. It should be noted that it may take a number of DTIM intervals to successfully communicate new, updated or cancelled CTWindow timing to all P2P Clients in a P2P Group.

**4.1.14 Notice of Absence attribute**

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
| Length | 2 | n*(13)+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27 |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

ACTIVE\600131739.9

> The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence attribute shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.
>
> Source: Wi-Fi Direct Standard, v. 1.7, Sections 4, 3.3.1, 3.3.2, & 4.1.14

**Answer to Complaint No. 129:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 129 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 129 of the Complaint.

**Complaint No. 130:** In the XPS 13 Laptop, the second wireless network protocol (Wi-Fi Direct) is an overlay protocol with respect to the first wireless network protocol (Wi-Fi) in that communications using the second wireless network protocol are partially consistent with the first wireless network protocol. Aspects of communications using the overlay protocol (Wi-Fi Direct) which are consistent with the first network protocol (Wi-Fi) include, for example, how P2P device communications utilize and access the physical medium. For example, the XPS 13 Laptop, in supporting Wi-Fi Direct, is required to implement the underlying IEEE 802.11g (or newer) Standard at the PHY level, as shown below. By implementing the underlying PHY protocol, P2P device communications (communications in the second wireless network) use and access the physical medium in a manner that is coordinated with 802.11x communications occurring outside of the second wireless network, yet in a common wireless space, such that the problems of device interference are reduced.

> **2.4.1  Basic functions and services**
>
> For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:
>
> — IEEE 802.11g or newer 2.4 GHz PHY [1]
> — IEEE 802.11i (AES-CCMP) [1]
> — Wi-Fi Simple Configuration [2]
> — Wi-Fi Multimedia [3]
>
> **3.2  P2P Group operation**
>
> P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1 & 3.2

**Answer to Complaint No. 130:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 130 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 130 of the Complaint.

**Complaint No. 131:**  In the XPS 13 Laptop, the second wireless network protocol (Wi-Fi Direct) is an overlay protocol with respect to the first network protocol (Wi-Fi) in that communications using the Wi-Fi Direct protocol are partially consistent with the Wi-Fi protocol. Aspects of communications using the Wi-Fi Direct protocol which are not consistent with the Wi-Fi protocol include, for example, aspects of P2P Discovery, P2P Power Management, and Managed P2P Device Operation as set out below:

> **2.4.2  P2P specific functions and services**
>
> In addition to the assumed functions listed in Section 2.4.1, a P2P Device supports the following P2P specific functions:
>
> — **P2P Discovery** provides a set of functions to allow a device to easily and quickly identify and connect to another P2P Device and its services in its vicinity.
> — **P2P Group Operation** resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] when operating outside DMG and PBSS operation as defined in IEEE 802.11-REVmc [11] when operating within DMG, and provides additions for a P2P Group operation.
> — **P2P Power Management** provides a set of functions to reduce power consumption of P2P Devices that operate outside DMG.
> — **Managed P2P Device Operation** (optional) describes the ability for P2P Devices to operate in an enterprise environment where P2P Devices may be managed by the Information Technology (IT) department of the enterprise.
>
> * * *

ACTIVE\600131739.9

A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:

— The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")

— When a P2P Group Owner responds to a Probe Request frame containing the P2P IE it shall include the P2P Group Info attribute in the P2P IE in the Probe Response frame. The P2P IE shall include the P2P Group Info attribute unless there are zero connected P2P Clients. A P2P Group Owner shall not include a P2P IE in the Probe Response frame if the received Probe Request frame does not contain a P2P IE.

— If one or more Requested Device Type attributes are present in the Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if it has one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values, or if it has a connected P2P Client with one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values. The P2P Group Owner may filter the P2P Group Information returned in the Probe Response frame to include only devices with matching Primary or Secondary Device Type values.

— If a Device ID attribute is present in the P2P IE in a Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if its Device Address, or the Device Address of a connected P2P Client matches that in the Device Address field in the Device ID attribute.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.2 & 3.2.2

**Answer to Complaint No. 131:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 131 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 131 of the Complaint.

**Complaint No. 132:** For example, the Wi-Fi Direct protocol is not consistent with the 802.11x protocol for aspects of P2P Group Operation, such as when a P2P Group Owner shall respond to Probe Request frames. As shown below, there is an 802.11x protocol rule that applies to STAs, in an infrastructure BSS, receiving Probe Request frames which require those STAs to respond with a probe response when one the following are true: (1) the SSID in the probe request frame is the wildcard SSID; (2) the SSID in the probe request frame is the specific SSID of the

STA; or (3) the specific SSID of the STA is included in the SSID List element. However, as can be seen in the below Wi-Fi Direct protocol excerpt, there are different rules for setting this same SSID field of a Probe Request frame that include, for example, the use of a P2P wildcard SSID. Thus, when the XPS 13 Laptop communicates using the Wi-Fi Direct protocol to, for example, respond to Probe Request frames, it disobeys the analogous 802.11x protocol rule.

---

**10.1.4.3.2 Sending a probe response**

STAs, subject to the criteria below, receiving Probe Request frames shall respond with a probe response only if:

a) The Address 1 field in the probe request is the broadcast address or the specific MAC address of the STA, and either item b) or item c) below.

b) The STA is a mesh STA and the Mesh ID in the probe request is the wildcard Mesh ID or the specific Mesh ID of the STA.

c) The STA is not a mesh STA and

1) The SSID in the probe request is the wildcard SSID, the SSID in the probe request is the specific SSID of the STA, or the specific SSID of the STA is included in the SSID List element, and

2) The Address 3 field in the probe request is the wildcard BSSID or the BSSID of the STA.

In an infrastructure BSS or in an IBSS, STAs receiving Probe Request frames shall respond with a probe response when the SSID in the probe request is the wildcard SSID or matches the specific SSID of the STA or when the specific SSID of the STA is included in the SSID List element. Furthermore, a STA with dot11RadioMeasurementActivated true receiving a probe request with a DSSS Parameter Set element containing a Current Channel field value that is not the same as the value of dot11CurrentChannel shall not respond with a probe response. An AP shall respond to all probe requests meeting the above criteria. In an IBSS a STA that transmitted a Beacon frame since the last TBTT shall respond to group addressed Probe Request frames. A STA in an IBSS shall respond to Probe Request frames sent to the individual address of the STA.

Source: IEEE 802.11-2012 Standard, Section 10.1.4.3.2

---

A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:

— The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")

Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.2

ACTIVE\600131739.9

**Answer to Complaint No. 132:**  Defendants admit that the images in this paragraph purport to show screenshots from the IEEE 802.11-2012 Standard and the Wi-Fi Direct Standard v. 1.7. Paragraph 132 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 132 of the Complaint.

**Complaint No. 133:**  In the XPS 13 Laptop, at least some of the communications using the second wireless network protocol (Wi-Fi Direct) impinge on at least some antennae used for communications using the first wireless network protocol (802.11x Wi-Fi). For example, the XPS 13 Laptop contains a wireless radio circuit (Intel Killer AX1650 wireless module) and one or more associated drivers, which include support for communications using an 802.11x protocol and the Wi-Fi Direct protocol, and which uses the same antennae for both Wi-Fi Direct and 802.11x Wi-Fi communications.

| Experience the Intel® Difference | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast®. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED® 6, Wi-Fi CERTIFIED® a/b/g/n/ac, WMM®, WMM®-Power Save, WPA2®, WPA3®, WPS®, PMF®, Wi-Fi Direct®, Wi-Fi Agile Multiband® and Wi-Fi TimeSync® |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html to embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf

ACTIVE\600131739.9



**Steps**

1. Loosen the captive screw that secures the wireless-card bracket to the system board.
2. Lift the wireless-card bracket off the system board.
3. Using a plastic scribe, disconnect the left antenna cable from the wireless card.
4. Note the routing of the left antenna cable.
5. Starting from the wireless card, remove each antenna cable from the routing guides, toward the respective antennas.

Source: https://dl.dell.com/topicspdf/xps-13-9300-laptop_service-manual_en-us.pdf

**Answer to Complaint No. 133:** Defendants admit that the images in this paragraph purport to show screenshots from Intel websites and Dell websites showing purported Dell product components. Paragraph 133 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 133 of the Complaint.

**Complaint No. 134:** The processor in the XPS 13 Laptop is configured to implement data forwarding logic, implemented in a network-enabled hub using hardware and/or software, that forwards data between an originating node and a destination node, wherein the originating node is a node in one of the first and second wireless networks and the destination node is a node

ACTIVE\600131739.9

in the other of the first and second wireless networks. For example, the XPS 13 Laptop (a network-enabled hub) includes Wi-Fi Direct circuitry and drivers, which enable applications that involve forwarding data, including, for example, Miracast (also known as "screen mirroring"). The XPS 13 Laptop forwards data, for example, from a Wi-Fi access point (originating node in the first (802.11x) wireless network) to a wireless screen or television (destination node in the second (Wi-Fi Direct) wireless network):

## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one |
|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor |
| Processor wattage | 15 W |
| Processor core count | 2 |
| Processor thread count | 4 |
| Processor speed | Up to 4.10 GHz |
| Processor cache | 6 MB |
| Integrated graphics | Intel UHD Graphics |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

148

| Experience the Intel® Difference | |
|---|---|
| Wirelessly Project to the Big Screen | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast®. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Operating Systems | Microsoft Windows® 10, Linux®, Chrome OS® |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED® 6, Wi-Fi CERTIFIED® a/b/g/n/ac, WMM®, WMM®-Power Save, WPA2®, WPA3®, WPS®, PMF®, Wi-Fi Direct®, Wi-Fi Agile Multiband® and Wi-Fi TimeSync® |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth® | Bluetooth® 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

## Me and My Dell

### For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

### Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

ⓘ NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

• Connect to a compatible smart TV.
• Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778



Figure 2. Wi-Fi Direct Concurrent Mode

Source: https://arxiv.org/ftp/arxiv/papers/1810/1810.06964.pdf

With **Miracast on Windows 10**, you can conveniently mirror the content from your computer to any other display, be it a TV, a projector or a set-top box. The best part of the Miracast is that it does not need your home network to work since it creates its own network.

Source: https://www.technorms.com/68339/miracast-windows-10

**Answer to Complaint No. 134:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, arXiv.org, and technorms.com. Paragraph 134 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 134 of the Complaint.

**Complaint No. 135:** As set forth above, Dell has directly infringed at least claim 1 of the '814 patent by making, importing, using, offering for sale, and/or selling the Hub Accused Products into or in the United States.

**Answer to Complaint No. 135:** Denied.

**Complaint No. 136:** Dell intentionally designed and incorporated the IEEE 802.11x and the Wi-Fi Direct features and functionalities described above into the Accused Products.

**Answer to Complaint No. 136:** Denied.

**Complaint No. 137:** Dell provides instructions (in the form of at least user interface prompts and customer support instructional videos) to its customers, advertising, encouraging, and directing the customers to use the Accused Products in an infringing manner as described above to implement, as Dell intends, the IEEE 802.11x/Wi-Fi Direct functionality. For further example, Dell provides operating instructions and the like for the Accused Products, including, but not limited to, the citations above and the following:

- https://www.youtube.com/watch?v=kXBwdWp7sFM

- https://www.dell.com/support/kbdoc/en-us/000155875/how-to -connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

- https://www.dell.com/support/kbdoc/en-us/000136674/miracast-to-replace-wi-di

- https://www.dell.com/support/kbdoc/en-us/000129880/miracast-users-may-encounter-various-issues-in-the-windows-10-operating-system

ACTIVE\600131739.9

- https://www.dell.com/support/kbdoc/en-us/000130716/guide-to-dell-wireless-monitors

- https://www.dell.com/support/kbdoc/en-us/000152972/how-do-i-enable-widi-miracast-on-my-venue-7-3740-or-venue-8-3840?lang=en

- https://www.dell.com/support/kbdoc/en-us/000129818/a-guide-to-miracast-on-the-latitude-13-7350-tablet-pc?lang=en

- https://www.dell.com/support/kbdoc/en-us/000141601/xps-13-9350-touch-cursor-and-sound-may-have-a-lag-when-system-connected-wifi-miracast-and-bluetooth-audio?lang=en

- https://www.dell.com/support/manuals/en-us/latitude-13-7390-laptop/latitude 7290 7390 7490 tgb/wlan--miracast-support-matrix?guid=guid-76975785-70c3-4039-b5bb-eb0b83e669b3&lang=en-us

- https://www.dell.com/support/manuals/en-us/inspiron-11-3179-2-in-l-laptop/inspiron 11 3179 setupandspecs/communications?guid=guid-5fea805b-7f8a-420f-b984-b0e93e13048e&lang=en-us

- https://www.dell.com/support/manuals/en-us/alienware-15-laptop/alienware-15-r3-setupandspecifications/communications?guid=guid-935baab6-b4b4-4960-9783-971e87de151c&lang=en-us

**Answer to Complaint No. 137:**  Denied.

**Complaint No. 138:**  By its instructions, including those set forth above, and with intent that they use the IEEE 802.11x/Wi-Fi Direct features described above, Dell has induced its customers to infringe the '814 patent. Dell's customers who use the Accused Products as described above directly infringe the '814 patent. Upon information and belief, as a result of attempts by the inventors to sell or license their patents to the PC industry, of which Dell is a member, Dell has had knowledge of (or has been willfully blind to) the '814 patent. Further, Dell has had knowledge of (or has been willfully blind to) the '814 patent since at least September 9, 2020, as a result of a letter from Christian Dubuc, Chief Executive Officer of Ozmo Licensing, to Richard Rothberg, General Counsel for Dell, regarding Ozmo Licensing's patent portfolio and the Accused Dell Products, informing Dell that it required a license. On September 9, 2020,

Ozmo Licensing had only eight patents and patent applications that embodied the inventions of Vleugels and Peeters. In addition, upon information and belief, Dell would have gained knowledge of the '814 patent by virtue of the litigation filed against HP Inc. (Docket No: 6:21-cv-00383-ADA) and against Acer Inc. (Docket No. 6:21-cv-01225-ADA). Dell also induces such direct infringement by its customers by failing to remove the infringing features from the Accused Products.

**Answer to Complaint No. 138:** Denied.

**Complaint No. 139:** By its instructions, including those set forth above, as well as by offering for sale, selling, commercially distributing, and importing the Accused Products, Dell has also contributed to its customers' infringement of the '814 patent. The Accused Products are used by Dell's customers to practice the inventions claimed in the '814 patent. The IEEE 802.11x/Wi-Fi Direct features as performed by the Accused Products as described above constitute material parts of the claimed inventions of the '814 patent. Dell knows or was willfully blind that portions of the hardware and software in the Accused Products were specifically made or adapted by Dell solely to provide such functionality and that such features are not staple articles or commodities of commerce suitable for substantial non-infringing use. Dell also knows or was willfully blind that such combinations of hardware and software have no use other than to provide such functionality as intentionally designed into the Accused Products by Dell. Dell has had knowledge since, at the latest, September 2020 that its customers were infringing the '814 patent.

**Answer to Complaint No. 139:** Denied.

**Complaint No. 140:**  By the time of trial, Dell will have known and intended that its continued actions would directly infringe, and would induce and contribute to the infringement by its customers of, at least claim 1 of the '814 patent.

**Answer to Complaint No. 140:**  Denied.

**Complaint No. 141:**  Ozmo Licensing has been damaged by Dell's past and ongoing direct and indirect infringement of the '814 patent.

**Answer to Complaint No. 141:**  Denied.

**Complaint No. 142:**  With knowledge of the allegations set forth herein, Dell continues to incorporate the infringing functionalities in the Accused Products, and has failed to compensate Ozmo Licensing for the use of such features. Dell's unlawful activities described above have continued despite Dell's receipt of the correspondence described above. Dell's infringement will continue unabated unless and until Dell is enjoined or ordered to pay a reasonable royalty for a license to the '814 patent.

**Answer to Complaint No. 142:**  Denied.

**COUNT IV**
(Dell's Alleged Infringement of U.S. Patent No. 11,012,934)

**Complaint No. 143:**  Paragraphs 1-142 are incorporated by reference as if fully set forth herein.

**Answer to Complaint No. 143:**  Defendants repeat and incorporate each and every response to the allegations of the preceding paragraphs 1-143 above as if fully set forth herein.

**Complaint No. 144:**  The invention of the '934 patent represented a technical solution to an unsolved technological problem. The written description of the '934 patent describes in technical detail each of the limitations of the claims, allowing a person of ordinary skill in the art to understand what the limitations cover and how the combination of claim elements differed

153

markedly from and improved upon what may have been considered conventional or generic. For example, the specification and incorporated references detail the inventors' novel approach to seamlessly integrating a WPAN into a WLAN infrastructure.

**Answer to Complaint No. 144:**  Denied.

**Complaint No. 145:**  The elements claimed by the '934 patent, taken alone or in combination, were not well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention. Rather, the '934 patent claims and teaches, *inter alia,* an improved wireless device for connecting to or coordinating a WPAN, and for coordinating usage of a wireless medium where a WPAN is integrated into a WLAN infrastructure. The invention improved upon existing wireless communications, which were unable to integrate a WPAN into a common wireless space with a WLAN infrastructure without suffering from one or more of the aforementioned problems, by allowing the wireless device to associate with another wireless device over a wireless connection using a WPAN protocol, wherein the WPAN protocol is an overlay protocol with respect to a WLAN protocol, and such that communications using the WPAN protocol are partially compliant with respect to the WLAN protocol.

**Answer to Complaint No. 145:**  Denied.

**Complaint No. 146:**  Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more cost effective, since communications using the second network WPAN protocol impinge on at least some of the antennae used for communications using a WLAN protocol.

**Answer to Complaint No. 146:**  Denied.

ACTIVE\600131739.9

**Complaint No. 147:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN allows the two to operate in the same frequency spectrum without causing excessive interference with each other.

**Answer to Complaint No. 147:** Denied.

**Complaint No. 148:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more energy efficient, which can extend the battery life of WPAN devices that are battery powered or otherwise enable power-hungry WPAN devices to enter power-save modes more readily.

**Answer to Complaint No. 148:** Denied.

**Complaint No. 149:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more seamless, insofar as it facilitates association and synchronization across multiple devices, without the need to repeatedly engage in the time- and power-consuming processes of re-associating and re-resynchronizing the devices.

**Answer to Complaint No. 149:** Denied.

**Complaint No. 150:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN also enables lower latency communication involving WPAN devices, which enables a device serving as a hub between a WPAN and a WLAN to more effectively forward video streams between the two.

**Answer to Complaint No. 150:** Denied.

**Complaint No. 151:** Participants in the communications industry chose to incorporate a subset of the claimed apparatus into the Wi-Fi Direct Standard to enjoy at least some of their aforementioned advantages.

ACTIVE\600131739.9

**Answer to Complaint No. 151:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151 of the Complaint, and therefore deny them.

**Complaint No. 152:**  Dell has infringed, and continues to infringe, the '934 patent by making, importing, using, offering for sale, and selling in the United States numerous wireless devices, including laptop computers, desktop computers, tablets, and wireless monitors that implement the Wi-Fi Direct protocol (i.e., the "Accused Products").

**Answer to Complaint No. 152:**  Denied.

**Complaint No. 153:**  Examples of the Accused Products are Dell's laptop computers (including, but not limited to, XPS Laptops, Inspiron Laptops, Alienware Gaming Laptops, Vostro Laptops, and Latitude Laptops); desktop computers (including, but not limited to, XPS Desktops, Inspiron Desktops, Alienware Gaming Desktops, OptiPlex Desktops, Vostro Desktops, and New Precision Workstations); tablets (including, but not limited to, Latitude 2-in-1 devices and Latitude Rugged Extreme tablets); monitors (including, but not limited to, Dell Wireless Monitors), and all other Dell products that include Wi-Fi Direct circuitry and drivers.

**Answer to Complaint No. 153:**  Defendants admit that Dell products include certain Dell-branded laptops, desktops, tablets, and monitors. Defendants deny that any Dell products infringe the '934 patent and deny the remaining allegations in paragraph 153 of the Complaint.

**Complaint No. 154:**  Claim 4 of the '934 patent is reproduced below:

4.        A first wireless device for connecting to a wireless personal area network (WPAN), comprising:

a wireless radio circuit configured to communicate over a wireless medium of a wireless local area network (WLAN) using a WLAN protocol;

a memory; and

at least one processor coupled to the wireless radio circuit and the memory, the at least one processor configured to:

156

discover, via the wireless radio circuit, a second wireless device using a WPAN protocol;

establish an association and synchronization, via the wireless radio circuit, with the second wireless device to establish a wireless connection, the wireless connection using the WPAN protocol, wherein upon establishing such association and synchronization, the first wireless device is configured to become a member of the WPAN;

maintain, via the wireless radio circuit, such association and the synchronization with the second wireless device over the wireless connection using the WPAN protocol; and

participate in a coordination of usage of the wireless medium by the wireless connection using the WPAN protocol;

wherein the WPAN protocol is an overlay protocol that is partially compliant with respect to the WLAN protocol such that said usage occurs without interference from the WLAN, and such that the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN power-saving protocol that is different as compared to a power-saving protocol supported by the WLAN protocol;

wherein the wireless radio circuit is configured to operate in at least one of a 2.4 GHz or 5 GHz frequency band;

wherein the WLAN protocol is an 802.11x protocol that uses a frame defined by the 802.11x protocol, and the WPAN protocol uses a WPAN-adapted frame in which at least one field of the frame defined by the 802.11x protocol is adapted to support the WPAN power-saving protocol;

wherein the WPAN-adapted frame is adapted from a WLAN protocol management frame;

wherein the WPAN protocol provides for an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection;

wherein the WPAN protocol provides for the first wireless device and the second wireless device to agree on the inactivity time; and,

wherein the WPAN protocol provides for the first wireless device to disable at least a part of said coordination following a start of the inactivity time.

**Answer to Complaint No. 154:**  Defendants admit that this paragraph purports to recite claim 4 of the '934 patent. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 154 of the Complaint, and therefore deny them.

**Complaint No. 155:** The Accused Products that infringe the '934 patent include, *inter alia,* a first wireless device for connecting to a wireless personal area network (WPAN). For example, the Dell XPS 13 9310 Laptop ("XPS 13 Laptop") is an Accused Product comprising a first wireless device that implements the Wi-Fi Direct standard to connect to a WPAN. The XPS 13 Laptop infringes the '934 patent because it comprises Wi-Fi Direct circuitry and drivers, and applications, such as Miracast, that enable the XPS 13 Laptop to connect to and/or coordinate a WPAN:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

| Intel® Killer™ Wi-Fi 6 AX1650 | |
|---|---|
| Networking Specifications | |
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

| **Experience the Intel® Difference** | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| GENERAL | |
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)]<br>M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/- 0.3 g<br>M.2 1216: 0.67 +/- 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage)<br>IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

ACTIVE\600131739.9

## Me and My Dell

For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

(i) NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

(i) NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

**Connect to a compatible smart TV**

If you own a smart TV, chances are you will be able to connect your Windows 10 computer to the smart TV. To learn if your smart TV supports a wireless connection to a computer and how to set it up, see the User Guide of the smart TV on the manufacturers website.

**Connect to an HDTV with a wireless display adapter**

A wireless display adapter is a device that allows you to display the content of the computer onto your TV. This adapter or dongle (sometimes called a wireless display receiver) is a small device that connects to your TV through an available HDMI port and a USB port for power.

There are several third-party wireless display adapters available in the market. Some of the most popular ones are Microsoft Wireless Display Adapter, Google's Chromecast, Roku's Streaming Stick, Amazon's Fire Stick, and so on. The features of each wireless display adapter varies, see the device manufacturers website for more information.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

---

### 2.1 P2P components

The P2P architecture consists of components that interact to support device-to-device communication.

P2P Device:

— Supports both P2P Group Owner and P2P Client roles.
— Negotiates P2P Group Owner or P2P Client role.
— Supports WSC and P2P Discovery mechanism.
— May support WLAN and P2P concurrent operation.



**Figure 1—P2P components and topology when operating outside DMG**

Source: Wi-Fi Direct Standard, v. 1.7, Section 2.1, Fig. 1

**Answer to Complaint No. 155:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, and the Wi-Fi Direct Standard v. 1.7. Paragraph 155 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 155 of the Complaint.

**Complaint No. 156:** The Accused Products are first wireless devices comprising a wireless radio circuit configured to communicate over a wireless medium of a wireless local area network (WLAN) using a WLAN protocol. For example, the XPS 13 Laptop (first wireless device) includes the Intel Killer AX1650 wireless module (wireless radio circuit configured to communicate over a wireless medium), which is a wireless radio circuit with 802.11x capabilities (802.11x WLAN protocol), as seen below:



Source:  https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor



Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

ACTIVE\600131739.9

### Intel® Killer™ Wi-Fi 6 AX1650
Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

**Experience the Intel* Difference**

| Wirelessly Project to the Big Screen | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
|---|---|

GENERAL

| | |
|---|---|
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)] M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/- 0.3 g M.2 1216: 0.67 +/- 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

**Answer to Complaint No. 156:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components and Intel websites. Paragraph 156 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 156 of the Complaint.

**Complaint No. 157:** The Accused Products are first wireless devices comprising a memory. For example, the XPS 13 Laptop includes system memory as seen below:



| XPS 13 Laptop | Memory ⓘ 8GB 4267MHz LPDDR4x Memory Onboard |
|---|---|
| Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor | |

## Memory

The following table lists the memory specifications of your XPS 13 9310.

Table 6. Memory specifications

| Description | Values |
|---|---|
| Memory slots | No memory slots<br>ⓘ NOTE: The memory module is integrated on the system board. |
| Memory type | LPDDR4x |
| Memory speed | 4267 MHz |
| Maximum memory configuration | 32 GB |
| Minimum memory configuration | 8 GB |
| Memory configurations supported | • 8 GB (4 x 2 GB) LPDDR4x at 4267 MHz<br>• 16 GB (4 x 4 GB) LPDDR4x at 4267 MHz<br>• 32 GB (4 x 8 GB) LPDDR4x at 4267 MHz |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 157:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components. Paragraph 157 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 157 of the Complaint.

**Complaint No. 158:** The Accused Products are first wireless devices comprising at least one processor coupled to the wireless radio circuit and the memory. For example, the XPS 13 Laptop includes the Intel Core i3-1115G4 system processor coupled to wireless radio circuit and the memory, as seen below:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

ACTIVE\600131739.9



## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one | |
|---|---|---|
| Processor type | 11ᵗʰ Generation Intel Core i3-1115G4 processor | |
| Processor wattage | 15 W | |
| Processor core count | 2 | |
| Processor thread count | 4 | |
| Processor speed | Up to 4.10 GHz | |
| Processor cache | 6 MB | |
| Integrated graphics | Intel UHD Graphics | |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11ᵗʰ Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

## Memory

The following table lists the memory specifications of your XPS 13 9310.

Table 6. Memory specifications

| Description | Values |
|---|---|
| Memory slots | No memory slots<br>(i) NOTE: The memory module is integrated on the system board. |
| Memory type | LPDDR4x |
| Memory speed | 4267 MHz |
| Maximum memory configuration | 32 GB |
| Minimum memory configuration | 8 GB |
| Memory configurations supported | • 8 GB (4 x 2 GB) LPDDR4x at 4267 MHz<br>• 16 GB (4 x 4 GB) LPDDR4x at 4267 MHz<br>• 32 GB (4 x 8 GB) LPDDR4x at 4267 MHz |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 158:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components. Paragraph 158 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 158 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 159:** The Accused Products are first wireless devices comprising at least one processor configured to discover, via the wireless radio circuit, a second wireless device using a WPAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor configured to support the Wi-Fi Direct protocol (as shown above) by, for example, discovering a second wireless device, such as a wireless monitor or other peripheral (including, but not limited to, other Accused Products), using Wi-Fi Direct (a WPAN protocol):

---

## Standards-based Miracast advances life without wires

Miracast is an industry-wide solution, allowing technology to work across device types and vendors. Connections are easy to set up and use since Miracast devices choose the appropriate settings automatically. Miracast can connect two devices using network infrastructure or **Wi-Fi Direct®**. When content to be shared is stored on a Miracast-certified device, such as a smartphone to an automobile infotainment display, a Wi-Fi network connection is not required.

Only devices marked Wi-Fi CERTIFIED Miracast have been certified by Wi-Fi Alliance® to work well with other Wi-Fi CERTIFIED™ devices, employ the latest security protections, and deliver a high-quality user experience.

Source: https://www.wi-fi.org/discover-wi-fi/miracast

---

ACTIVE\600131739.9



165



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

**3.1    P2P discovery**

**3.1.1    Introduction**

P2P Discovery enables P2P Devices to quickly find each other and form a connection.

P2P Discovery consists of the following major components:

— **Device Discovery** facilitates two P2P Devices arriving on a common channel and exchanging device information (e.g. device name and device type).

— **Service Discovery** is an optional feature that allows a P2P Device to discover available higher-layer services prior to forming a connection.

— **Group Formation** is used to determine which device will be the P2P Group Owner and form a new P2P Group.

**3.1.2.2    P2P Device discovering a P2P Device that is in a P2P Group**

A searching P2P Device discovers a P2P Group Owner in the Scan Phase through received Beacon, DMG Beacon, SSW, or Probe Response frames. The searching P2P Device will also discover other P2P Devices that are associated to that P2P Group Owner from Group Information Advertisement (see Section 3.2.4) or, when operating within DMG, through a STA Availability element or Information Response frame (see Section 11.30.1 of IEEE 802.11-REVmc [11]).

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.1.1 & 3.1.2.2

**Answer to Complaint No. 159:**  Defendants admit that the images in this paragraph purport to show screenshots from wi-fi.org, a purported technical support video, and the Wi-Fi Direct Standard v. 1.7. Paragraph 159 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 159 of the Complaint.

168

**Complaint No. 160:**  The Accused Products are first wireless devices comprising at least one processor configured to establish an association and synchronization, via the wireless radio circuit, with the second wireless device to establish a wireless connection, the wireless connection using the WPAN protocol, wherein, upon establishing such association and synchronization, the first wireless device is configured to become a member of the WPAN. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, establishing a Wi-Fi Direct connection (a wireless connection using a WPAN protocol) with a second wireless device, such as a wireless monitor or other peripheral (including, but not limited to, other Accused Products), wherein, upon establishing such association and synchronization, the XPS 13 Laptop is configured to become a member of the Wi-Fi Direct network (the WPAN network):

| Experience the Intel® Difference | |
|---|---|
| Wirelessly Project to the Big Screen | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast®. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED® 6, Wi-Fi CERTIFIED® a/b/g/n/ac, WMM®, WMM®-Power Save, WPA2®, WPA3®, WPS®, PMF®, Wi-Fi Direct®, Wi-Fi Agile Multiband® and Wi-Fi TimeSync® |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html to embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ  NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

• Connect to a compatible smart TV.
• Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

### 3.2 P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.



### 3.2.2 Starting and maintaining a P2P Group session

The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.

### 3.2.3 Connecting to a P2P Group

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

When a P2P Client associates with a P2P Group Owner, it provides its Device Name, Primary Device Type, and optionally Secondary Device Type List information to the P2P Group Owner by including the P2P Device Info attribute (see Section 4.1.15) and the P2P Capability attribute (see Section 4.1.4) in the P2P IE in the Association Request frame. This information shall be used by the

Source: Wi-Fi Direct Standard, v. 1.7, Figure 1, Sections 3.2, 3.2.2 & 3.2.3

---

### 10.1 Synchronization

#### 10.1.2.1 TSF for infrastructure networks

In an infrastructure BSS, the AP shall be the timing master for the TSF. The AP shall initialize its TSF timer independently of any simultaneously started APs in an effort to minimize the synchronization of the TSF timers of multiple APs. The AP shall periodically transmit special frames called *Beacon frames* that contain the value of its TSF timer in order to synchronize the TSF timers of other STAs in a BSS. A receiving STA shall accept the timing information in Beacon frames sent from the AP servicing its BSS. If a STA's TSF timer is different from the timestamp in the received Beacon frame, the receiving STA shall set its local TSF timer to the received timestamp value.

#### 10.1.3 Maintaining synchronization

#### 10.1.3.1 General

Each STA shall maintain a TSF timer with modulus $2^{64}$ counting in increments of microseconds. STAs expect to receive Beacon frames at a nominal rate. The interval between Beacon frames is defined by the dot11BeaconPeriod parameter of the STA. A STA sending a Beacon frame shall set the value of the Beacon frame's timestamp so that it equals the value of the STA's TSF timer at the time that the data symbol containing the first bit of the timestamp is transmitted to the PHY plus the transmitting STA's delays through its local PHY from the MAC-PHY interface to its interface with the WM [e.g., antenna, light-emitting diode (LED) emission surface].

Source: IEEE 802.11-2012, Sections 10.1.2.1, 10.1.3.1 and 10.3.5.2



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)")

**Answer to Complaint No. 160:**  Defendants admit that the images in this paragraph purport to show screenshots from Intel websites, Dell websites showing purported Dell product components, the Wi-Fi Direct Standard v. 1.7, the IEEE 802.11-2012 Standard, and a purported technical support video. Paragraph 160 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 160 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 161:** The Accused Products are first wireless devices comprising at least one processor configured to maintain, via the wireless radio circuit, such association and synchronization with the second wireless device over the wireless connection using the WPAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, maintaining the association and synchronization with the second wireless device, such as a wireless monitor or other peripheral (including, but not limited to, other Accused Products), in providing connections compliant with the Wi-Fi Direct Standard (a WPAN protocol):

---

**3.2.2   Starting and maintaining a P2P Group session**

The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.

**3.2.3   Connecting to a P2P Group**

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

When a P2P Client associates with a P2P Group Owner, it provides its Device Name, Primary Device Type, and optionally Secondary Device Type List information to the P2P Group Owner by including the P2P Device Info attribute (see Section 4.1.15) and the P2P Capability attribute (see Section 4.1.4) in the P2P IE in the Association Request frame. This information shall be used by the

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.2.2 & 3.2.3

---

ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

**Answer to Complaint No. 161:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and a purported technical support video. Paragraph 161 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 161 of the Complaint.

173

**Complaint No. 162:** The Accused Products are first wireless devices comprising at least one processor configured to participate in a coordination of usage of the wireless medium by the wireless connection using the WPAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system process (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, participating in a coordination of usage of the wireless medium by the wireless connection using Wi-Fi Direct (a WPAN protocol):





ACTIVE\600131739.9

**Answer to Complaint No. 162:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 162 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 162 of the Complaint.

**Complaint No. 163:** In the Accused Products, the WPAN protocol (Wi-Fi Direct) is an overlay protocol with respect to the WLAN protocol (802.11x Wi-Fi). For example, Wi-Fi Direct frames are based on 802.11x frames and use the vendor specific field of an 802.11x management frame. The Wi-Fi Direct protocol processes the data in the vendor-specific field that is overlaid on a Wi-Fi management frame.

### 2.4.1   Basic functions and services

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]
— IEEE 802.11i (AES-CCMP) [1]
— Wi-Fi Simple Configuration [2]
— Wi-Fi Multimedia [3]

Any required 'AP-like' functions and services required for P2P Group Owner operation outside DMG are described within this specification. A P2P Group Owner operating within DMG is required to support PCP functions and services.

### 3.2   P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

* * *

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE Std 802.11-2012 [1] with the WFA OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1, 3.2 & 4

ACTIVE\600131739.9

### 8.3.3 Management frames

#### 8.3.3.1 Format of management frames

The format of a management frame is defined in Figure 8-34. The Frame Control, Duration, Address 1, Address 2, Address 3, and Sequence Control fields are present in all management frame subtypes. The maximum unencrypted MMPDU size, excluding the MAC header and FCS, is 2304 octets.



**Figure 8-34—Management frame format**

The HT Control field is defined in 8.2.4.6. The presence of the HT Control field is determined by the Order subfield of the Frame Control field, as specified in 8.2.4.1.10.

The frame body consists of the fields followed by the elements defined for each management frame subtype. All fields and elements are mandatory unless stated otherwise and appear in the specified, relative order. STAs that encounter an element ID they do not recognize in the frame body of a received management frame ignore that element and continue to parse the remainder of the management frame body (if any) for additional elements with recognizable element IDs. See 9.24.7. Unused element ID codes are reserved.

Gaps may exist in the ordering of fields and elements within frames. The order that remains is ascending.

### 8.4 Management frame body components

#### 8.4.1 Fields that are not information elements

#### 8.4.2 Information elements

##### 8.4.2.1 General

Elements are defined to have a common general format consisting of a 1 octet Element ID field, a 1 octet Length field, and a variable-length element-specific Information field. Each element is assigned a unique Element ID as defined in this standard. The Length field specifies the number of octets in the Information field. See Figure 8-81.



**Figure 8-81—Element format**

The set of valid elements is defined in Table 8-54.

**Table 8-54—Element IDs**

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| SSID (see 8.4.2.2) | 0 | 2 to 34 | |
| Supported rates (see 8.4.2.3) | 1 | 1 to 10 | |

**Table 8-54—Element IDs  (continued)**

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| U-APSD Coexistence (see 8.4.2.93) | 142 | 14 to 257 | Subelements |
| Reserved | 143–173 | | |
| MCCAOP Advertisement Overview (see 8.4.2.110) | 174 | 8 | Yes |
| Reserved | 175–220 | | |
| Vendor Specific (see 8.4.2.28) | 221 | 3 to 257 | |
| Reserved | 222–255 | | |

### 8.5.6 Vendor-specific action details

The Vendor Specific Action frame is defined for vendor-specific signaling. The format of the Action field of the Vendor Specific Action frame is shown in Figure 8-437. An Organization Identifier, in the octet field immediately after the Category field, differentiates the vendors (see 8.4.1.31).

NOTE—If management frame protection is negotiated, then Vendor Specific Protected Action frames (see Table 8-38) are protected; otherwise they are unprotected.



**Figure 8-437—Vendor Specific Action frame Action field format**

The Category field is set to the value indicating the vendor-specific category, as specified in Table 8-38.

The Organization Identifier contains a public organizationally unique identifier assigned by the IEEE and is specified in 8.4.1.31. The order of the Organization Identifier field is described in 8.2.2.

The Vendor Specific Content contains vendor-specific field(s). The length of the Vendor Specific Content in a Vendor Specific Action frame is limited by the maximum allowed MMPDU size.

Source: IEEE 802.11-2012, Sections 8.3.3.1, 8.4.2.1 & 8.5.6

ACTIVE\600131739.9

**Answer to Complaint No. 163:** Defendants admit that the images in this paragraph purport to show screenshots the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 163 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 163 of the Complaint.

**Complaint No. 164:** In the Accused Products, the WPAN protocol is an overlay protocol with respect to the WLAN protocol, such that the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN power-saving protocol that is different as compared to a power-saving protocol supported by the WLAN protocol. For example, in Wi-Fi Direct (the WPAN protocol) the WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) field of an 802.11x protocol frame (a WLAN protocol frame) to carry information not defined by the IEEE 802.11x Standard so that interoperability operations that are not part of the 802.11x standard can be implemented, such as those required by the power save features defined by the Wi-Fi Direct Standard. For example, in Wi-Fi Direct, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

* * *

### 3.3     P2P Power Management

The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.

### 3.3.2     Power Management and discovery

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

CTWindow is also used for P2P Group Owner Opportunistic Power Save as described in Section 3.3.3.1. It should be noted that it may take a number of DTIM intervals to successfully communicate new, updated or cancelled CTWindow timing to all P2P Clients in a P2P Group.

### 4.1.14  Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
| Length | 2 | n*(13)+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 4, 3.3.1, 3.3.2, & 4.1.14

**Answer to Complaint No. 164:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 164 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 164 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 165:** In the Accused Products, the WPAN protocol is an overlay protocol that is partially compliant with respect to the WLAN protocol such that said usage occurs without interference from the WLAN. Aspects of the overlay protocol (Wi-Fi Direct) which are compliant with the WLAN protocol (Wi-Fi) include, for example, how P2P devices utilize and access the wireless medium. For example, the XPS 13 Laptop, in supporting Wi-Fi Direct, is required to implement the underlying IEEE 802.11g (or newer) Standard at the PHY level, as shown below. By implementing the underlying PHY protocol, WPAN devices use and access the wireless medium in a manner that is coordinated with 802.11x communications occurring outside of the WPAN, yet in a common wireless space, such that the problems of device interference are reduced:

| | |
|---|---|
| **2.4.1** | **Basic functions and services** |
| | For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices: |
| | — IEEE 802.11g or newer 2.4 GHz PHY [1] |
| | — IEEE 802.11i (AES-CCMP) [1] |
| | — Wi-Fi Simple Configuration [2] |
| | — Wi-Fi Multimedia [3] |
| **3.2** | **P2P Group operation** |
| | P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section. |
| Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1 & 3.2 | |

**Answer to Complaint No. 165:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 165 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 165 of the Complaint.

**Complaint No. 166:** In the Accused Products, the WPAN protocol is an overlay protocol that is partially compliant with respect to the WLAN protocol. Aspects of the overlay

ACTIVE\600131739.9

protocol (Wi-Fi Direct) which are not compliant with the WLAN protocol (Wi-Fi) include, for example, aspects of P2P Discovery, P2P Power Management, and Managed P2P Device Operation as set out below:

### 2.4.2   P2P specific functions and services

In addition to the assumed functions listed in Section 2.4.1, a P2P Device supports the following P2P specific functions:

— **P2P Discovery** provides a set of functions to allow a device to easily and quickly identify and connect to another P2P Device and its services in its vicinity.

— **P2P Group Operation** resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] when operating outside DMG and PBSS operation as defined in IEEE 802.11-REVmc [11] when operating within DMG, and provides additions for a P2P Group operation.

— **P2P Power Management** provides a set of functions to reduce power consumption of P2P Devices that operate outside DMG.

— **Managed P2P Device Operation** (optional) describes the ability for P2P Devices to operate in an enterprise environment where P2P Devices may be managed by the Information Technology (IT) department of the enterprise.

\* \* \*

A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:

— The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")

— When a P2P Group Owner responds to a Probe Request frame containing the P2P IE it shall include the P2P Group Info attribute in the P2P IE in the Probe Response frame. The P2P IE shall include the P2P Group Info attribute unless there are zero connected P2P Clients. A P2P Group Owner shall not include a P2P IE in the Probe Response frame if the received Probe Request frame does not contain a P2P IE.

— If one or more Requested Device Type attributes are present in the Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if it has one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values, or if it has a connected P2P Client with one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values. The P2P Group Owner may filter the P2P Group Information returned in the Probe Response frame to include only devices with matching Primary or Secondary Device Type values.

— If a Device ID attribute is present in the P2P IE in a Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if its Device Address, or the Device Address of a connected P2P Client matches that in the Device Address field in the Device ID attribute.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.2 & 3.2.2

ACTIVE\600131739.9

**Answer to Complaint No. 166:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 166 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 166 of the Complaint.

**Complaint No. 167:** In the Accused Products, the WPAN protocol is partially compliant with respect to the WLAN protocol such that the WPAN protocol uses a WLAN protocol frame adapted to support a WPAN power-saving protocol that is different as compared to a power-saving protocol supported by the WLAN protocol. For example, the Wi-Fi Direct protocol is not compliant with the 802.11x protocol for aspects of P2P Power Management including, for example, the Wi-Fi Direct rules that modify 802.11x protocol rules to permit the Accused Products to be absent for defined periods. For example, the 802.11x protocol rule requiring an AP to "remain in the Awake state and always respond to probe requests" is not followed when the second wireless device (a P2P Group Owner which, per the Wi-Fi Direct protocol, assumes the role of an 802.11x AP) is "Absent."

ACTIVE\600131739.9

### 3.3    P2P Power Management

#### 3.3.1    Introduction

P2P power management supports power save mechanisms for P2P Group Owners and P2P Clients when the P2P Group operates outside DMG. If the The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management delivery mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.



Source: Wi-Fi Direct Standard, v. 1.7, Section 3.3.1 & Fig. 15

Only APs and STAs in an IBSS or in an MBSS respond to probe requests. A result of the procedures defined in this subclause is that in each infrastructure BSS and IBSS there is at least one STA that is awake at any given time to receive and respond to probe requests. In an MBSS, STAs might not be awake at any given time to respond to probe requests. In an infrastructure BSS or in an IBSS, a STA that sent a Beacon frame shall remain in the Awake state and shall respond to probe requests, subject to criteria in the next paragraph, until a Beacon frame with the current BSSID is received. If the STA is contained within an AP, it shall remain in the Awake state and always respond to probe requests, subject to criteria in the next paragraph. There may be more than one STA in an IBSS that responds to any given probe request, particularly in cases where more than one STA transmitted a Beacon frame following the most recent TBTT, either due to not receiving successfully a previous Beacon frame or due to collisions between beacon transmissions.

Source: IEEE 802.11-2012 Standard, Section 10.1.4.3.2

**Answer to Complaint No. 167:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 167 includes characterizations of the patents and Accused Products and

alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 167 of the Complaint.

**Complaint No. 168:** As another example, the 802.11x protocol rule requiring there "is at least one STA awake at any given time" is not followed when the first wireless device (a P2P Client which, per the Wi-Fi Direct protocol, assumes the role of an 802.11x STA) enters a "Doze" state.



**Figure 14—Example of P2P Group Owner Opportunistic Power Save**

Source: Wi-Fi Direct Standard, v. 1.7, Fig. 14

Only APs and STAs in an IBSS or in an MBSS respond to probe requests. A result of the procedures defined in this subclause is that in each infrastructure BSS and IBSS there is at least one STA that is awake at any given time to receive and respond to probe requests. In an MBSS, STAs might not be awake at any given time to respond to probe requests. In an infrastructure BSS or in an IBSS, a STA that sent a Beacon frame shall remain in the Awake state and shall respond to probe requests, subject to criteria in the next paragraph, until a Beacon frame with the current BSSID is received. If the STA is contained within an AP, it shall remain in the Awake state and always respond to probe requests, subject to criteria in the next paragraph. There may be more than one STA in an IBSS that responds to any given probe request, particularly in cases where more than one STA transmitted a Beacon frame following the most recent TBTT, either due to not receiving successfully a previous Beacon frame or due to collisions between beacon transmissions.

Source: IEEE 802.11-2012 Standard, Section 10.1.4.3.2

**Answer to Complaint No. 168:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012

Standard. Paragraph 168 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 168 of the Complaint.

**Complaint No. 169:**  In the Accused Products, the wireless radio circuit is configured to operate in at least one of a 2.4 GHz or 5 GHz frequency band. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Killer AX1650 wireless module (a wireless radio circuit) that operates in both the 2.4 GHz and 5 GHz frequency bands:



**Answer to Complaint No. 169:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components,

Intel websites, and the Wi-Fi Direct Standard v. 1.7. Paragraph 169 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 169 of the Complaint.

**Complaint No. 170:** In the Accused Products, the WLAN protocol is an 802.11x protocol that uses a frame defined by the 802.11x protocol, and the WPAN protocol uses a WPAN-adapted frame in which at least one field of the frame defined by the 802.11x protocol is adapted to support the WPAN power-saving protocol. For example, in Wi-Fi Direct (the WPAN protocol) the WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) of an 802.11x protocol frame to specify the organizationally unique identifier (OUI) as the Wi-Fi Alliance OUI and the type indicating P2P (an 802.11x protocol that uses a frame defined by the 802.11x protocol). The modified frame is used to carry information not defined by the IEEE 802.11x Standard when implementing operations that are not part of the 802.11x standard, such as those required by the power save features defined by the Wi-Fi Direct Standard. P2P attributes used in this manner may, for example, enable a power-saving protocol that allows the P2P Group Owner (the second wireless device) to take on a role similar to that of an AP in an IEEE 802.11x network, while also implementing power management for a P2P Group, by for example allowing the P2P Group Owner to be absent for certain periods of time (using a WPAN-adapted frame in which at least one field of the frame defined by the 802.11x protocol, namely the aforementioned vendor-specific field, is adapted to support the WPAN power-saving protocol). In the Wi-Fi Direct protocol, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

ACTIVE\600131739.9

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

Source: Wi-Fi Direct Standard, v. 1.7, Section 4

| **P2P PS** | IEEE802.11 Power Save adapted for P2P operation |
| **P2P WMM-PS** | WMM-PS adapted for P2P operation |

Source: Wi-Fi Direct Standard, v. 1.7, Section 1.4

#### 4.1.14 Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
| Length | 2 | n*(13)+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence attribute shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

Source: Wi-Fi Direct Standard, v. 1.7, Section 4.1.14

**Answer to Complaint No. 170:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 170 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 170 of the Complaint.

**Complaint No. 171:** In the Accused Products, the WPAN-adapted frame is adapted from a WLAN protocol management frame; *i.e.,* a WPAN-adapted MAC frame of type management (as defined by IEEE 802.11-2012 at Section 8.2.4.1). For example, per IEEE 802.11x, management frames are used by stations (STAs) to join and leave a Basic Service Set (BSS). By adapting a WLAN protocol management frame to specify the Wi-Fi Alliance OUI and

186

an OUI type indicating P2P, all devices in the P2P Group may communicate according to the

Wi-Fi Direct Standard, however with reduced interference with Wi-Fi STA devices, and

potentially at reduced power dissipation:

| P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes. |
|---|
| Source: Wi-Fi Direct Standard, v. 1.7, Section 4 |

**8.4 Management frame body components**

**8.4.1 Fields that are not information elements**

**8.4.2 Information elements**

**8.4.2.1 General**

Elements are defined to have a common general format consisting of a 1 octet Element ID field, a 1 octet Length field, and a variable-length element-specific Information field. Each element is assigned a unique Element ID as defined in this standard. The Length field specifies the number of octets in the Information field. See Figure 8-81.

|  | Element ID | Length | Information |
|---|---|---|---|
| Octets: | 1 | 1 | variable |

**Figure 8-81—Element format**

The set of valid elements is defined in Table 8-54.

**Table 8-54—Element IDs**

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| SSID (see 8.4.2.2) | 0 | 2 to 34 | |
| Supported rates (see 8.4.2.3) | 1 | 1 to 10 | |

**Table 8-54—Element IDs** *(continued)*

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| U-APSD Coexistence (see 8.4.2.93) | 142 | 14 to 257 | Subelements |
| Reserved | 143–173 | | |
| MCCAOP Advertisement Overview (see 8.4.2.110) | 174 | 8 | Yes |
| Reserved | 175–220 | | |
| Vendor Specific (see 8.4.2.28) | 221 | 3 to 257 | |
| Reserved | 222–255 | | |

Source: IEEE 802.11-2012, Section 8.4

**Answer to Complaint No. 171:** Defendants admit that the images in this paragraph

purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012

Standard. Paragraph 171 includes characterizations of the patents and Accused Products and

alleges legal conclusions to which no response is required. To the extent a response is required,

Defendants deny the allegations in paragraph 171 of the Complaint.

**Complaint No. 172:**  In the Accused Products, the WPAN protocol provides for an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection. For example, a P2P Group Owner (the second wireless device) utilizing the Notice of Absence procedure shall not send frames within the P2P Group during periods it has indicated it will be absent, and a P2P Client (the first wireless device) that received the Notice of Absence and that does not try modifying any of the periods using P2P Presence procedures, shall not send frames to a P2P Group Owner during the specified absence. According to the Wi-Fi Direct Standard, for example, during a P2P Group Owner's absence, the P2P Client shall buffer frames until frame delivery may be attempted in a presence period, such that during the absence, the wireless connection between the P2P Group Owner and the P2P Client is partially disabled (an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection):



ACTIVE\600131739.9

P2P Clients may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing. This mechanism may be used whenever the P2P Client has requirements on the interval between and/or duration of P2P Group Owner presence periods, e.g. where the P2P Client has WMM Traffic Stream (TS), or latency sensitive traffic.

On receipt of a P2P Presence Request, the P2P Group Owner shall determine whether to accept the request. If the P2P Group Owner accepts the P2P Presence Request, it shall respond with a P2P Presence Response action frame containing a Status attribute indicating success and a Notice of Absence attribute describing the Notice of Absence timing that it will use in response to the request. The P2P Group Owner may adopt revised Notice of Absence

### 3.3.4.4  Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,

— use the timing indicated in the returned Notice of Absence attribute, or

— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

#### 3.3.3.3  P2P Group Owner Power Save delivery

A P2P Group Owner shall not send frames within the P2P Group during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

The procedures for data delivery from the P2P Group Owner to Clients using PS mode are as specified for an AP in Section 10.2.1.6 of IEEE 802.11-2012 [1].

If the P2P Group Owner receives a PS-Poll frame from a connected P2P Client and is not able to deliver the buffered frame prior to the start of an absence period, it shall defer its transmission until it receives a new PS-Poll from that P2P Client, see Section 3.3.4.2.

#### 3.3.4  Power Management at a P2P Client

##### 3.3.4.1  P2P Client operation with P2P Group Owner Power Management

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.3.2, 3.3.4.4, 3.3.3.3, & 3.3.4.1

**Answer to Complaint No. 172:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 172 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 172 of the Complaint.

**Complaint No. 173:** As another example, the Wi-Fi Direct protocol provides for an inactivity time during which the first and second wireless devices can agree to at least partially disable the wireless connection using the Opportunistic Power Save procedure:

**3.3.3.1 P2P Group Owner Opportunistic Power Save procedure**

P2P Group Owner Opportunistic Power Save is a power management scheme that allows a P2P Group Owner to gain additional power savings on an opportunistic basis.

Opportunistic Power Save uses the CTWindow described in Section 3.3.2. The P2P Group Owner shall indicate that Opportunistic Power Save is enabled by setting the OppPS bit to 1 in the CTWindow and OppPS Parameters field of the Notice of Absence attribute. The CTWindow field shall be set to a non-zero value if the OppPS bit is set to 1.

At any time after the end of each CTWindow, if all of the connected P2P Clients are determined to be in Doze state by the P2P Group Owner, the P2P Group Owner may enter Doze state from that time until the next TBTT. After a DTIM, the P2P Group Owner shall complete delivery of all queued broadcast/multicast frames prior to entering Doze state, even if the total time taken to send these frames exceeds the CTWindow. Delivery of queued broadcast/multicast frames that is interrupted by a NoA absence period, shall continue after the absence period has ended.

As long as any Client is determined to be in Awake state, the P2P Group Owner shall remain in Awake state subject to any advertised Notice of Absence schedule. A P2P Group Owner shall determine that a P2P Client is in the Awake state if it is in the Active mode or if it is in the Power Save mode and has a WMM Unscheduled Service Period (USP) in progress or an unanswered PS-Poll. Figure 14 illustrates an example of P2P Group Owner Opportunistic Power Save with two connected P2P Clients, both using P2P PS.



**Figure 14—Example of P2P Group Owner Opportunistic Power Save**

### 3.3.2  Power Management and discovery

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

### 3.3.4.4  Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,

— use the timing indicated in the returned Notice of Absence attribute, or

— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

---

### 3.3.4  Power Management at a P2P Client

#### 3.3.4.1  P2P Client operation with P2P Group Owner Power Management

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.3.1, Fig. 14, 3.3.2, 3.3.4.4, & 3.3.4.1

**Answer to Complaint No. 173:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 173 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 173 of the Complaint.

**Complaint No. 174:** In the Accused Products, the first wireless device and the second wireless device are configured to agree on the inactivity time in accordance with the WPAN protocol as described above and reiterated below when utilizing, for example, the Notice of Absence procedure:

**3.3.3.2   P2P Group Owner Notice of Absence procedure**

A P2P Group Owner establishing a Notice of Absence schedule shall include a P2P Notice of Absence attribute describing the planned absence timing within transmitted Beacon and Probe Response frames.

A P2P Group Owner may indicate Notice of Absence timing directly to a P2P Client using a Notice of Absence Action frame.

P2P Clients may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing. This mechanism may be used whenever the P2P Client has requirements on the interval between and/or duration of P2P Group Owner presence periods, e.g. where the P2P Client has WMM Traffic Stream (TS), or latency sensitive traffic.

On receipt of a P2P Presence Request, the P2P Group Owner shall determine whether to accept the request. If the P2P Group Owner accepts the P2P Presence Request, it shall respond with a P2P Presence Response action frame containing a Status attribute indicating success and a Notice of Absence attribute describing the Notice of Absence timing that it will use in response to the request. The P2P Group Owner may adopt revised Notice of Absence

ACTIVE\600131739.9

Table 28—Notice of Absence Descriptor format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Count/Type | 1 | 1 – 255 | Count in Notice of Absence Descriptors sent by a P2P Group Owner; indicates the number of absence intervals. 255 shall mean a continuous schedule; 0 is reserved and shall not be used. |
| | | | Type in Notice of Absence Descriptors sent by a P2P Client in a P2P Presence Request; qualifies the Duration and Interval fields. A Type value of 1 shall indicate preferred values, a Type value of 2 shall indicate acceptable limits. |
| Duration | 4 | — | In Notice of Absence Descriptors sent by a P2P Group Owner; indicates the maximum duration in units of microseconds that the P2P Group Owner can remain absent following the start of a Notice of Absence interval. |
| | | | In Notice of Absence Descriptors sent by a P2P Client in a P2P Presence Request; indicates a preferred, or minimum acceptable presence period duration. |
| Interval | 4 | — | In Notice of Absence Descriptors sent by a P2P Group Owner; indicates the length of the Notice of Absence interval in units of microseconds. |
| | | | In Notice of Absence Descriptors sent by a P2P Client in a P2P Presence Request; indicates a preferred, or maximum acceptable interval between presence periods. |
| Start Time | 4 | — | The start time for the schedule expressed in terms of the lower 4 bytes of the TSF timer. |
| | | | The Start Time field is reserved and shall be set to 0 on transmission and ignored on reception in Notice of Absence attributes transmitted by a P2P Client. |

### 3.3.4.4  Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,
— use the timing indicated in the returned Notice of Absence attribute, or
— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

#### 4.2.10.2 Notice of Absence frame

The Notice of Absence P2P action frame uses the P2P Specific Action frame format and may be transmitted by a P2P Group Owner to advertise a Notice of Absence schedule.

The Dialog Token field in a Notice of Absence P2P action frame shall be set to 0 on transmission and ignored on reception.

The Elements field in a Notice of Absence action frame shall contain a P2P IE with a single Notice of Absence attribute.

#### 4.2.10.3 P2P Presence Request frame

The P2P Presence Request action frame uses the P2P Action frame format and may be transmitted by a P2P Client to influence P2P Group Owner power management timing.

The Dialog Token field in a Client P2P action frame shall be set to a non-zero value selected by the P2P Client to identify the P2P Presence Request-Response transaction.

The Elements field in a P2P Presence Request action frame shall contain a P2P IE with a single Notice of Absence attribute describing the requested P2P Group Owner presence timing, see Section 3.3.4.4.

## 4.1.14 Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | n*(13)+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27 |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28 |

## 4.2.1   Beacon frame format

One or more P2P IEs and the WSC IE shall be inserted after other information elements in the Beacon frames transmitted by a P2P Group Owner. P2P attributes for a P2P IE that is included in the Beacon frame are shown in Table 48.

Table 48—P2P attributes in the Beacon frame

| Attributes | Attribute ID | Note |
|---|---|---|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| P2P Device ID | 3 | The P2P Device ID attribute shall be present in the P2P IE. |

| Attributes | Attribute ID | Note |
|---|---|---|
| Notice of Absence | 12 | The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised (see Section 3.3.3.2), or when the CTWindow is non-zero (see Section 3.3.2). |

## 4.2.3   Probe Response frame format

The Probe Response frames can be transmitted by a P2P Device either in its Operating Channel or Listen Channel.

One or more P2P IEs and the WSC IE shall be inserted after other information elements in Probe Response frames transmitted by a P2P Device. P2P attributes for a P2P IE that is included in the Probe Response frame are shown in Table 52.

Table 52—P2P attributes in the Probe Response frame

| Attributes | Attribute ID | Note |
|---|---|---|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| Extended Listen Timing | 8 | The Extended Listen Timing attribute may be present in the P2P IE. |
| Notice of Absence | 12 | The Notice of Absence attribute shall only be present in the P2P IE in the Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule (see Section 3.3.3.2) or non-zero CTWindow (see Section 3.3.2) is being advertised in the Beacon frames (see Section 3.3.3.2). |
| P2P Device Info | 13 | The P2P Device Info attribute shall be present in the P2P IE to indicate the P2P Device information. |
| P2P Group Info | 14 | The P2P Group Info attribute shall only be present in the P2P IE in the Probe Response frame that is transmitted by a P2P Group Owner. The P2P Group Info attribute shall be omitted if there are zero connected P2P Clients. |
| Advertised Service Info | 25 | The Service Instance attribute may be present in the P2P IE if P2Ps is supported. The usage of this attribute is defined in the Wi-Fi Peer-to-Peer Services specification [10]. |

194

**3.3.3.3  P2P Group Owner Power Save delivery**

A P2P Group Owner shall not send frames within the P2P Group during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

The procedures for data delivery from the P2P Group Owner to Clients using PS mode are as specified for an AP in Section 10.2.1.6 of IEEE 802.11-2012 [1].

If the P2P Group Owner receives a PS-Poll frame from a connected P2P Client and is not able to deliver the buffered frame prior to the start of an absence period, it shall defer its transmission until it receives a new PS-Poll from that P2P Client, see Section 3.3.4.2.

**3.3.4  Power Management at a P2P Client**

**3.3.4.1  P2P Client operation with P2P Group Owner Power Management**

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.3.2, Table 28, 3.3.4.4, 4.2.10.2, 4.2.10.3, 4.1.14, Table 26, 4.2.1, 4.2.3, 3.3.3.3, & 3.3.4.1

**Answer to Complaint No. 174:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 174 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 174 of the Complaint.

**Complaint No. 175:**  Alternatively, in the Accused Products, the first and second wireless devices are configured to agree on the inactivity time in accordance with the WPAN protocol as described above and reiterated below when utilizing, for example, the Opportunistic Power Save procedure:

### 3.3.2   Power Management and discovery

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

#### 3.3.3.1   P2P Group Owner Opportunistic Power Save procedure

P2P Group Owner Opportunistic Power Save is a power management scheme that allows a P2P Group Owner to gain additional power savings on an opportunistic basis.

Opportunistic Power Save uses the CTWindow described in Section 3.3.2. The P2P Group Owner shall indicate that Opportunistic Power Save is enabled by setting the OppPS bit to 1 in the CTWindow and OppPS Parameters field of the Notice of Absence attribute. The CTWindow field shall be set to a non-zero value if the OppPS bit is set to 1.

At any time after the end of each CTWindow, if all of the connected P2P Clients are determined to be in Doze state by the P2P Group Owner, the P2P Group Owner may enter Doze state from that time until the next TBTT. After a DTIM, the P2P Group Owner shall complete delivery of all queued broadcast/multicast frames prior to entering Doze state, even if the total time taken to send these frames exceeds the CTWindow. Delivery of queued broadcast/multicast frames that is interrupted by a NoA absence period, shall continue after the absence period has ended.

As long as any Client is determined to be in Awake state, the P2P Group Owner shall remain in Awake state subject to any advertised Notice of Absence schedule. A P2P Group Owner shall determine that a P2P Client is in the Awake state if it is in the Active mode or if it is in the Power Save mode and has a WMM Unscheduled Service Period (USP) in progress or an unanswered PS-Poll. Figure 14 illustrates an example of P2P Group Owner Opportunistic Power Save with two connected P2P Clients, both using P2P PS.

### 3.3.4   Power Management at a P2P Client

#### 3.3.4.1   P2P Client operation with P2P Group Owner Power Management

A P2P Client that receives a Notice of Absence descriptor shall assume the specified Notice of Absence timing will commence at the indicated Start Time.

The P2P Client shall not send frames to a P2P Group Owner during periods that the P2P Group Owner has indicated it will be absent, subject to the power save state precedence rules above. P2P Clients shall buffer frames until frame delivery can be attempted in a presence period. A P2P Device should not initiate a frame exchange sequence that cannot be completed prior to the start of an absence period. Frames transmitted within the frame exchange sequence need not be received or acknowledged by the receiving P2P Device.

A P2P Client determines that a P2P Group Owner has Opportunistic Power Save enabled by the OppPS bit being set to 1 in the CTWindow and OppPS Parameters field of received Notice of Absence attributes. In this case, a P2P Client in Power Save mode shall only send frames to a P2P Group Owner during the CTWindow, subject to any non-periodic NoA, and with the exception that the P2P Client shall respond to frames received after the end of the CTWindow in relation to an incomplete WMM Unscheduled Service Period (USP), or outstanding PS-Poll.

A P2P Client that has requirements on the P2P Group Owner presence periods may submit a P2P Presence Request to the P2P Group Owner to influence P2P Group Owner power management timing, see Section 3.3.4.4.

A P2P Client shall use P2P PS, or P2P WMM-PS protocols if it uses power save operation.

## 4.1.14 Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

ACTIVE\600131739.9

The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

### 4.2.10.2 Notice of Absence frame

The Notice of Absence P2P action frame uses the P2P Specific Action frame format and may be transmitted by a P2P Group Owner to advertise a Notice of Absence schedule.

The Dialog Token field in a Notice of Absence P2P action frame shall be set to 0 on transmission and ignored on reception.

The Elements field in a Notice of Absence action frame shall contain a P2P IE with a single Notice of Absence attribute.

### 4.2.10.3 P2P Presence Request frame

The P2P Presence Request action frame uses the P2P Action frame format and may be transmitted by a P2P Client to influence P2P Group Owner power management timing.

The Dialog Token field in a Client P2P action frame shall be set to a non-zero value selected by the P2P Client to identify the P2P Presence Request-Response transaction.

The Elements field in a P2P Presence Request action frame shall contain a P2P IE with a single Notice of Absence attribute describing the requested P2P Group Owner presence timing, see Section 3.3.4.4.

### 3.3.4.4 Signaling of Client service requirements

If the Status element in the P2P Presence Response indicates failure, or if the Status element indicates success, but the timing indicated in the returned Notice of Absence attribute does not meet the requirements of the P2P Client, the P2P Client may:

— send a new P2P Presence Request with revised timing,

— use the timing indicated in the returned Notice of Absence attribute, or

— disconnect from the P2P Group.

A P2P Client may submit a request for revised P2P Group Owner presence, by submitting a new P2P Presence Request to the P2P Group Owner.

#### Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 6. |
| Length | 2 | $n*(13)+2$ | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | $0 - 255$ | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | $n*13$ | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

ACTIVE\600131739.9

**Table 27— CTWindow and OppPS Parameters field format**

| Bit | Subfield | Notes |
|-----|----------|-------|
| 7 | OppPS | Set to 1 to indicate that the P2P Group Owner is using opportunistic power save. Set to 0 if opportunistic power save is disabled. The CTWindow field shall be non-zero when the OppPS bit is set to 1. |
| | | Set to 0 in Notice of Absence attributes transmitted by a P2P Client in a P2P Presence Request frame. |
| 0-6 | CTWindow | Client Traffic Window (CTWindow). A period of time in TU after a TBTT during which the P2P Group Owner is present. 0 indicates that there shall be no CTWindow. |
| | | Set to 0 in Notice of Absence attributes transmitted by a P2P Client in a P2P Presence Request frame. |

## 4.2.1 Beacon frame format

One or more P2P IEs and the WSC IE shall be inserted after other information elements in the Beacon frames transmitted by a P2P Group Owner. P2P attributes for a P2P IE that is included in the Beacon frame are shown in Table 48.

**Table 48—P2P attributes in the Beacon frame**

| Attributes | Attribute ID | Note |
|------------|-------------|------|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| P2P Device ID | 3 | The P2P Device ID attribute shall be present in the P2P IE. |

| Attributes | Attribute ID | Note |
|------------|-------------|------|
| Notice of Absence | 12 | The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised (see Section 3.3.3.2), or when the CTWindow is non-zero (see Section 3.3.2). |

## 4.2.3 Probe Response frame format

The Probe Response frames can be transmitted by a P2P Device either in its Operating Channel or Listen Channel.

One or more P2P IEs and the WSC IE shall be inserted after other information elements in Probe Response frames transmitted by a P2P Device. P2P attributes for a P2P IE that is included in the Probe Response frame are shown in Table 52.

**Table 52—P2P attributes in the Probe Response frame**

| Attributes | Attribute ID | Note |
|------------|-------------|------|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| Extended Listen Timing | 8 | The Extended Listen Timing attribute may be present in the P2P IE. |

| Attributes | Attribute ID | Note |
|------------|-------------|------|
| Notice of Absence | 12 | The Notice of Absence attribute shall only be present in the P2P IE in the Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule (see Section 3.3.3.2) or non-zero CTWindow (see Section 3.3.2) is being advertised in the Beacon frames (see Section 3.3.3.2). |
| P2P Device Info | 13 | The P2P Device Info attribute shall be present in the P2P IE to indicate the P2P Device information. |
| P2P Group Info | 14 | The P2P Group Info attribute shall only be present in the P2P IE in the Probe Response frame that is transmitted by a P2P Group Owner. The P2P Group Info attribute shall be omitted if there are zero connected P2P Clients. |
| Advertised Service Info | 25 | The Service Instance attribute may be present in the P2P IE if P2Ps is supported. The usage of this attribute is defined in the Wi-Fi Peer-to-Peer Services specification [10]. |

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.3.2, 3.3.3.1, 3.3.4.1, 4.1.14, 4.2.10.2, 4.2.10.3, 3.3.4.4, Table 26, Table 27, 4.2.1, & 4.2.3

ACTIVE\600131739.9

**Answer to Complaint No. 175:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 175 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 175 of the Complaint.

**Complaint No. 176:**  In the Accused Products, the WPAN protocol provides for the first wireless device to disable at least a part of the coordination following a start of the inactivity time, such as can be seen in the following:



**Answer to Complaint No. 176:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 176 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 176 of the Complaint.

**Complaint No. 177:**  As set forth above, Dell has directly infringed at least claim 4 of the '934 patent by making, importing, using, offering for sale, and/or selling the Accused Products into or in the United States.

**Answer to Complaint No. 177:**  Denied.

**Complaint No. 178:**  Dell intentionally designed and incorporated the IEEE 802.11x and the Wi-Fi Direct features and functionalities described above into the Accused Products.

**Answer to Complaint No. 178:**  Denied.

**Complaint No. 179:**  Dell provides instructions (in the form of at least user interface prompts and customer support instructional videos) to its customers, advertising, encouraging, and directing the customers to use the Accused Products in an infringing manner as described above to implement the IEEE 802.11x/Wi-Fi Direct functionality, as intended by Dell. For example, Dell provides operating instructions and the like for the Accused Products, including, but not limited to, the citations above and the following:

- https://www.youtube.com/watch?v=k)(BwdWp7sFM

- https://www.dell.com/support/kbdoc/en-us/000155875/how-to -connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

- https://www.dell.com/support/kbdoc/en-us/000136674/miracast-to-replace-wi-di

- https://www.dell.com/support/kbdoc/en-us/000129880/miracast-users-may-encounter-various-issues-in-the-windows-10 -operating- system

- https://www.dell.com/support/kbdoc/en-us/000130716/guide-to-dell-wireles s-monitors

- https://www.dell.com/support/kbdoc/en-us/000152972/how-do-i-enable -widi-miracast-on-my-venue-7-3740-or-venue-8-3840?lang=en

- https://www.dell.com/support/kbdoc/en-us/000129818/a-guide-to-miracast-on-the-latitude-13 -73 50-tablet-pc?lang=en

- https://www.dell.com/support/kbdocien-us/000141601/xps-13-9350-touch-cursor-and-sound-may-have-a-lag-when-system-connected-wifi-miracast-and-bluetooth-audio?lang=en

- https://www.dell.corn/support/manuals/en-us/latitude-13-7390-laptop/latitude 7290 7390 7490 tgb/wlan--miracast-support-matrix?guid=guid-76975785-70c3-4039-b5bb-eb0b 83 e669b3 &lang=en-us

- https://www.dell.com/supportimanuals/en-usiinspiron-11-3179-2-in-1 -laptop/inspiron 11 3179 setupandspecs/communications?guid=guid-5fea805b-7f8a-420f-b984-b0e93e13048e&lang=en-us

- https://www.dell.com/support/manuals/en-us/alienware-15-laptop/alienware-15-r3 -setupandspecifications/communications?guid=guid-93 5baab6-b4b4 -  4960-9783 -971 e87de151 c&lang=en-us

**Answer to Complaint No. 179:**  Denied.

**Complaint No. 180:**  By its instructions, including those set forth above, and with intent that they use the IEEE 802.11x/Wi-Fi Direct features described above, Dell has induced its customers to infringe the '934 patent. Dell's customers who use the Accused Products as described above directly infringe the '934 patent. Upon information and belief, as a result of attempts by the inventors to sell or license their patents to the PC industry, of which Dell is a member, Dell has had knowledge of (or has been willfully blind to) the '934 patent, a child of the '991 patent. Further, Dell has had knowledge of (or has been willfully blind to) the '934 patent since at least September 9, 2020, as a result of a letter from Christian Dubuc, Chief Executive Officer of Ozmo Licensing, to Richard Rothberg, General Counsel for Dell, regarding Ozmo Licensing's patent portfolio and the Accused Dell Products, informing Dell that it required a

license. On September 9, 2020, Ozmo Licensing had only eight patents and patent applications that embodied the inventions of Vleugels and Peeters. In addition, upon information and belief, Dell would have gained knowledge of the '934 patent by virtue of the litigation filed against HP Inc. (Docket No: 6:21-cv-00383-ADA) and against Acer Inc. (Docket No. 6:21-cv-01225-ADA). Dell also induces such direct infringement by its customers by failing to remove the infringing features from the Accused Products.

**Answer to Complaint No. 180:** Denied.

**Complaint No. 181:** By its instructions, including those set forth above, as well as by offering for sale, selling, commercially distributing, and importing the Accused Products, Dell has also contributed to its customers' infringement of the '934 patent. The Accused Products are used by Dell's customers to practice the inventions claimed in the '934 patent. The IEEE 802.11x/Wi-Fi Direct features as performed by the Accused Products as described above constitute material parts of the claimed inventions of the '934 patent. Dell knows or is willfully blind that portions of the hardware and software in the Accused Products were specifically made or adapted by Dell solely to provide such functionality and that such features are not staple articles or commodities of commerce suitable for substantial non-infringing use. Dell also knows or is willfully blind that such combinations of hardware and software have no use other than to provide such functionality as intentionally designed into the Accused Products by Dell.

**Answer to Complaint No. 181:** Denied.

**Complaint No. 182:** By the time of trial, Dell will have known and intended that its continued actions would directly infringe, and would induce and contribute to the infringement by its customers of, at least claim 4 of the '934 patent.

**Answer to Complaint No. 182:** Denied.

ACTIVE\600131739.9

**Complaint No. 183:** Ozmo Licensing has been damaged by Dell's past and ongoing direct and indirect infringement of the '934 patent.

**Answer to Complaint No. 183:** Denied.

**Complaint No. 184:** With knowledge of the allegations set forth herein, Dell nonetheless refuses to remove the infringing functionalities from the Accused Products or to compensate Ozmo Licensing for the use of such features. Dell's infringement described above will continue unabated unless and until Dell is enjoined or ordered to pay a reasonable royalty for a license to the '934 patent.

**Answer to Complaint No. 184:** Denied.

## COUNT V
(Dell's Alleged Infringement of U.S. Patent No. 11,122,504)

**Complaint No. 185:** Paragraphs 1-184 are incorporated by reference as if fully set forth herein.

**Answer to Complaint No. 185:** Defendants repeat and incorporate each and every response to the allegations of the preceding paragraphs 1-184 above as if fully set forth herein.

**Complaint No. 186:** The invention of the '504 patent represented a technical solution to an unsolved technological problem. The written description of the '504 patent describes in technical detail each of the limitations of the claims, allowing a person of ordinary skill in the art to understand what the limitations cover and how the combination of claim elements differed markedly from and improved upon what may have been considered conventional or generic. For example, the specification and incorporated references detail the inventors' novel approach to seamlessly integrating a WPAN into a WLAN wherein the WPAN protocol is an overlay protocol that is only partially compliant with the WLAN protocol, and wherein a wireless device can establish and maintain association and synchronization with a WPAN.

**Answer to Complaint No. 186:** Denied.

**Complaint No. 187:** The elements claimed by the '504 patent, taken alone or in combination, were not well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention. Rather, the '504 patent claims and teaches, *inter alia,* an improved way to associate and synchronize a wireless device with a WPAN, wherein a wireless device participates in a coordination of usage of the wireless medium using the WPAN protocol, which WPAN protocol is partially compliant with a WLAN protocol, and includes frames adapted to support WPAN power-savings. A wireless circuit of the device operates in either the 2.4 or 5 GHz frequency band, and can also communicate using another protocol that is a WLAN protocol using WLAN protocol frames. The WPAN protocol uses a WPAN-adapted frame in which at least one field of a WLAN frame is adapted to support a WPAN power-saving protocol, and the WPAN-adapted frame is adapted from a WLAN protocol management frame. The WPAN protocol provides for an inactivity time, during which the wireless device agrees with a second wireless device to at least partially disable a wireless connection between them during an agreed upon inactivity time, in accordance with the WPAN protocol. The WPAN protocol provides for the wireless devices to disable at least a part of the coordination function following the start of the inactivity time.

**Answer to Complaint No. 187:** Denied.

**Complaint No. 188:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more cost effective, since communications using the WPAN protocol rely upon the same hardware used for communications using a WLAN protocol.

**Answer to Complaint No. 188:** Denied.

**Complaint No. 189:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN allows the two to operate in the same frequency spectrum without causing excessive interference with each other.

**Answer to Complaint No. 189:** Denied.

**Complaint No. 190:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more energy efficient, thereby extending the battery life of the devices or otherwise enable power-hungry WPAN devices to enter power-save modes more readily.

**Answer to Complaint No. 190:** Denied.

**Complaint No. 191:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN is also more seamless, insofar as it facilitates association and synchronization across multiple devices, without the need to repeatedly engage in the time- and power-consuming processes of re-associating and re-synchronizing the devices.

**Answer to Complaint No. 191:** Denied.

**Complaint No. 192:** Compared to the prior art, the claimed apparatus for integrating a WPAN into a WLAN also enables lower latency communication involved WPAN devices, which enables a device serving as a hub between a WPAN and a WLAN to more effectively forward video streams between the two.

**Answer to Complaint No. 192:** Denied.

**Complaint No. 193:** Participants in the communications industry chose to incorporate a subset of the claimed apparatus into the Wi-Fi Direct Standard to enjoy at least some of their aforementioned advantages.

ACTIVE\600131739.9

**Answer to Complaint No. 193:**  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 193 of the Complaint, and therefore deny them.

**Complaint No. 194:**  Dell has infringed, and continues to infringe, the '504 patent by making, importing, using, offering for sale, and selling in the United States numerous wireless devices, including laptop computers, desktop computers, tablets, and monitors, that implement the Wi-Fi Direct protocol (i.e., the "Accused Products"). A subset of these Accused Products comprise network-enabled hubs that can receive, for example, video from an IEEE 802.11x AP and forward such video to a Wi-Fi STA device using the Wi-Fi Direct protocol (i.e., the "Hub Accused Products").

**Answer to Complaint No. 194:**  Denied.

**Complaint No. 195:**  Examples of the Hub Accused Products are Dell's laptop computers (including, but not limited to, XPS Laptops, Inspiron Laptops, Alienware Gaming Laptops, Vostro Laptops, and Latitude Laptops); desktop computers (including, but not limited to, XPS Desktops, Inspiron Desktops, Alienware Gaming Desktops, OptiPlex Desktops, Vostro Desktops, and New Precision Workstations); and tablets (including, but not limited to, Latitude 2-in-1 devices and Latitude Rugged Extreme tablets), and all other Dell products that include Wi-Fi Direct circuitry and drivers. Examples of the Accused Products are Dell's aforementioned Hub Accused Products, as well as Dell's monitors (including, but not limited to, Dell Wireless Monitors), and all other Dell products that include Wi-Fi Direct circuitry and drivers.

**Answer to Complaint No. 195:**  Defendants admit that Dell products include certain Dell-branded laptops, desktops, and tablets. Defendants deny that any Dell products infringe the '504 patent and deny the remaining allegations in paragraph 195 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 196:** Claim 7 of the '504 patent is reproduced below:

7.    A first wireless device for coordinating usage of a wireless medium comprising:

a wireless radio circuit;

a memory; and

at least one processor coupled to the wireless radio circuit and the memory, said at least one processor configured to:

maintain a first association and a first synchronization over the wireless medium with an access point of a wireless local area network (WLAN) over a first wireless connection via the wireless radio circuit, using a WLAN protocol;

determine, via the wireless radio circuit, that a second wireless device corresponds to a wireless personal area network (WPAN) protocol;

maintain, via the wireless radio circuit, a second association and a second synchronization over the wireless medium with the second wireless device over a second wireless connection via the wireless radio circuit using the WPAN protocol, while maintaining said first association and said first synchronization with the access point over the first wireless connection using the WLAN protocol;

participate in a first coordination of a first usage of the wireless medium over the first wireless connection using the WLAN protocol; and

participate in a second coordination of a second usage of the wireless medium over the second wireless connection using the WPAN protocol;

wherein the WPAN protocol is an overlay protocol with respect to the WLAN protocol, such that the WPAN protocol uses a first WPAN protocol frame adapted to support a WPAN protocol power-saving procedure; and

wherein the WPAN protocol is partially compliant with respect to the WLAN protocol, such that said second usage occurs without interference from the WLAN, and such that the WPAN protocol uses a second WPAN protocol frame comprising a WLAN probe request protocol frame adapted to determine that the second wireless device corresponds to the WPAN protocol, and the second WPAN protocol frame comprises an SSID adapted to identify the WPAN protocol.

ACTIVE\600131739.9

**Answer to Complaint No. 196:**  Defendants admit that this paragraph purports to recite claim 7 of the '504 patent. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 196 of the Complaint, and therefore deny them.

**Complaint No. 197:**  The Hub Accused Products that infringe the '504 patent's claim 7 include, *inter alia,* a first wireless device, usable for coordinating usage of a wireless medium and capable of concurrent operations when associated and synchronized with an AP of a WLAN and also associated and synchronized with a second wireless device of a WPAN (a "hub"). For example, the Dell XPS 13 9310 Laptop ("XPS 13 Laptop") is a Hub Accused Product comprising a wireless device that implements the Wi-Fi and Wi-Fi Direct standards. It also supports applications such as Miracast, which is a standard that allows a user to "mirror" a video image being displayed at one STA onto the display of another STA, by having it communicated over a Wi-Fi Direct connection between the two STAs. The XPS 13 Laptop infringes the '504 patent because it comprises Wi-Fi and Wi-Fi Direct circuitry and drivers, and applications, such as Miracast, that enable it to act as a hub that concurrently receives data from a node in a WLAN over an 802.11x connection (e.g., streamed video), and concurrently forward that data to a node in a WPAN over a Wi-Fi Direct connection:



Source:  https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

ACTIVE\600131739.9

## Intel® Killer™ Wi-Fi 6 AX1650

### Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

| **Experience the Intel® Difference** | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

## Me and My Dell

### For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

### Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

(i) NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

 NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

**Connect to a compatible smart TV**

If you own a smart TV, chances are you will be able to connect your Windows 10 computer to the smart TV. To learn if your smart TV supports a wireless connection to a computer and how to set it up, see the User Guide of the smart TV on the manufacturers website.

**Connect to an HDTV with a wireless display adapter**

A wireless display adapter is a device that allows you to display the content of the computer onto your TV. This adapter or dongle (sometimes called a wireless display receiver) is a small device that connects to your TV through an available HDMI port and a USB port for power.

There are several third-party wireless display adapters available in the market. Some of the most popular ones are Microsoft Wireless Display Adapter, Google's Chromecast, Roku's Streaming Stick, Amazon's Fire Stick, and so on. The features of each wireless display adapter varies, see the device manufacturers website for more information.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

210



**2.1   P2P components**

The P2P architecture consists of components that interact to support device-to-device communication.

P2P Device:

— Supports both P2P Group Owner and P2P Client roles.
— Negotiates P2P Group Owner or P2P Client role.
— Supports WSC and P2P Discovery mechanism.
— May support WLAN and P2P concurrent operation.

P2P Group Owner role:

— "AP-like" entity that provides BSS functionality and services for associated Clients (P2P Clients or Legacy Clients) when not operating within DMG, or a PCP that provides PBSS functionality and services for Clients (P2P Clients) when operating within DMG.
— Provides WSC Internal Registrar functionality.
— May provide communication between associated Clients.
— May provide access to a simultaneous WLAN connection for its associated Clients.

**2.3   Concurrent operation**

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.1, 2.3, Fig. 4

**Answer to Complaint No. 197:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, and the Wi-Fi Direct Standard v. 1.7. Paragraph 197 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 197 of the Complaint.

**Complaint No. 198:** The XPS 13 Laptop includes a wireless radio circuit configured to communicate over a wireless medium of a wireless local area network (WLAN) using a WLAN

ACTIVE\600131739.9

protocol. For example, the XPS 13 Laptop includes the Intel Killer AX1650 wireless module, which is a wireless radio circuit with 802.11x capabilities (a WLAN protocol), as seen below:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

## Intel® Killer™ Wi-Fi 6 AX1650

### Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

| **Experience the Intel® Difference** | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| **GENERAL** | |
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)] M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/- 0.3 g M.2 1216: 0.67 +/- 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance* | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

**Answer to Complaint No. 198:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components and Intel websites. Paragraph 198 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 198 of the Complaint.

**Complaint No. 199:** The XPS 13 Laptop includes a memory. For example, the XPS 13 Laptop includes system memory as seen below:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

## Memory

The following table lists the memory specifications of your XPS 13 9310.

Table 6. Memory specifications

| Description | Values |
|---|---|
| Memory slots | No memory slots<br>ⓘ NOTE: The memory module is integrated on the system board. |
| Memory type | LPDDR4x |
| Memory speed | 4267 MHz |
| Maximum memory configuration | 32 GB |
| Minimum memory configuration | 8 GB |
| Memory configurations supported | • 8 GB (4 x 2 GB) LPDDR4x at 4267 MHz<br>• 16 GB (4 x 4 GB) LPDDR4x at 4267 MHz<br>• 32 GB (4 x 8 GB) LPDDR4x at 4267 MHz |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 199:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components. Paragraph 199 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 199 of the Complaint.

**Complaint No. 200:** The XPS 13 Laptop includes at least one processor coupled to the wireless radio circuit and the memory. For example, the XPS 13 Laptop includes the Intel Core i3-1115G4 system processor (a processor) coupled to the wireless radio circuit and the memory, as seen below:

## XPS 13 Laptop



## Tech Specs

**Processor**
11th Generation Intel® Core™ i3-1115G4 Processor (6MB Cache, up to 4.1 GHz)

**Operating System**
(FREE Upgrade to Windows 11)
Windows 11 Home, English

**Graphics Card** ⓘ
Intel® UHD Graphics with shared graphics memory

**Display**
13.4" UHD+ (3840 x 2400) InfinityEdge Touch Anti-Reflective 500-Nit Display

**Memory** ⓘ
8GB 4267MHz LPDDR4x Memory Onboard

**Hard Drive**
256GB M.2 PCIe NVMe Solid State Drive

Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

ACTIVE\600131739.9

## Processor

The following table lists the details of the processors supported by your XPS 13 9310.

Table 4. Processor

| Description | Option one | |
|---|---|---|
| Processor type | 11th Generation Intel Core i3-1115G4 processor | |
| Processor wattage | 15 W | |
| Processor core count | 2 | |
| Processor thread count | 4 | |
| Processor speed | Up to 4.10 GHz | |
| Processor cache | 6 MB | |
| Integrated graphics | Intel UHD Graphics | |

## Wireless module

The following table lists the Wireless Local Area Network (WLAN) module specifications of your XPS 13 9310.

(i) NOTE: The wireless module is integrated on the system board.

Table 9. Wireless module specifications

| Description | Option one |
|---|---|
| Model number | Intel AX1650 |
| Transfer rate | Up to 2400 Mbps |
| Frequency bands supported | 2.4 GHz/5 GHz |
| Wireless standards | • WiFi 802.11a/b/g<br>• Wi-Fi 4 (WiFi 802.11n)<br>• Wi-Fi 5 (WiFi 802.11ac)<br>• Wi-Fi 6 (WiFi 802.11ax) |
| Encryption | • 64-bit/128-bit WEP<br>• AES-CCMP<br>• TKIP |
| Bluetooth | Bluetooth 5.1 |

## Chipset

The following table lists the details of the chipset supported by your XPS 13 9310.

Table 5. Chipset

| Description | Values |
|---|---|
| Chipset | Integrated in the processor |
| Processor | 11th Generation Intel Core i3/i5/i7 |
| DRAM bus width | 128 bit |
| Flash EPROM | 32 MB (BIOS) |
| PCIe bus | Up to PCIe Gen 4.0 (Storage) |

## Memory

The following table lists the memory specifications of your XPS 13 9310.

Table 6. Memory specifications

| Description | Values |
|---|---|
| Memory slots | No memory slots<br>(i) NOTE: The memory module is integrated on the system board. |
| Memory type | LPDDR4x |
| Memory speed | 4267 MHz |
| Maximum memory configuration | 32 GB |
| Minimum memory configuration | 8 GB |
| Memory configurations supported | • 8 GB (4 x 2 GB) LPDDR4x at 4267 MHz<br>• 16 GB (4 x 4 GB) LPDDR4x at 4267 MHz<br>• 32 GB (4 x 8 GB) LPDDR4x at 4267 MHz |

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_setup-guide_en-us.pdf

**Answer to Complaint No. 200:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components. Paragraph 200 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 200 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 201:**  The XPS 13 Laptop is configured to maintain a first association and a first synchronization over the wireless medium with an access point of a wireless local area network (WLAN) over a first wireless connection via the wireless radio circuit, using a WLAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor, as shown above, configured to maintain an association and a synchronization with an access point (AP) of an 802.11x network (a WLAN) over a wireless connection, via its wireless radio circuit, using an 802.11x protocol:



ACTIVE\600131739.9

# Intel® Killer™ Wi-Fi 6 AX1650
Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

| **Experience the Intel® Difference** | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| **GENERAL** | |
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)]<br>M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/– 0.3 g<br>M.2 1216: 0.67 +/– 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage)<br>IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link:
https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

# Standards-based Miracast advances life without wires

Miracast is an industry-wide solution, allowing technology to work across device types and vendors. Connections are easy to set up and use since Miracast devices choose the appropriate settings automatically. Miracast can connect two devices using network infrastructure or **Wi-Fi Direct®**. When content to be shared is stored on a Miracast-certified device, such as a smartphone to an automobile infotainment display, a Wi-Fi network connection is not required.

Only devices marked Wi-Fi CERTIFIED Miracast have been certified by Wi-Fi Alliance® to work well with other Wi-Fi CERTIFIED™ devices, employ the latest security protections, and deliver a high-quality user experience.

Source: https://www.wi-fi.org/discover-wi-fi/miracast

ACTIVE\600131739.9



**2.3    Concurrent operation**

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.

Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3, Fig. 4

**10.3.5 Association, reassociation, and disassociation**

**10.3.5.1 General**

Subclause 10.3.5 describes the procedures used for IEEE 802.11 association.

**10.1.2.1 TSF for infrastructure networks**

In an infrastructure BSS, the AP shall be the timing master for the TSF. The AP shall initialize its TSF timer independently of any simultaneously started APs in an effort to minimize the synchronization of the TSF timers of multiple APs. The AP shall periodically transmit special frames called *Beacon frames* that contain the value of its TSF timer in order to synchronize the TSF timers of other STAs in a BSS. A receiving STA shall accept the timing information in Beacon frames sent from the AP servicing its BSS. If a STA's TSF timer is different from the timestamp in the received Beacon frame, the receiving STA shall set its local TSF timer to the received timestamp value.

**10.1.3 Maintaining synchronization**

**10.1.3.1 General**

Each STA shall maintain a TSF timer with modulus $2^{64}$ counting in increments of microseconds. STAs expect to receive Beacon frames at a nominal rate. The interval between Beacon frames is defined by the dot11BeaconPeriod parameter of the STA. A STA sending a Beacon frame shall set the value of the Beacon frame's timestamp so that it equals the value of the STA's TSF timer at the time that the data symbol containing the first bit of the timestamp is transmitted to the PHY plus the transmitting STA's delays through its local PHY from the MAC-PHY interface to its interface with the WM [e.g., antenna, light-emitting diode (LED) emission surface].

Source: IEEE 802.11-2012, Sections 10.1.2.1, 10.1.3, 10.1.3.1, 10.3.5 & 10.3.5.1

**Answer to Complaint No. 201:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, wi-fi.org, the Wi-Fi Direct Standard v. 1.7, and the IEEE 802.11-2012 Standard. Paragraph 201 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 201 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 202:** The XPS 13 Laptop is a first wireless devices comprising at least one processor configured to determine, via the wireless radio circuit, that a second wireless device corresponds to a wireless personal area network (WPAN) protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, determining that a second wireless device, such as a television or other peripheral device (including, but not limited to, other Accused Products), corresponds to a Wi-Fi Direct Network (WPAN) using Wi-Fi Direct (a WPAN protocol):

3.1     **P2P discovery**

3.1.1     **Introduction**

P2P Discovery enables P2P Devices to quickly find each other and form a connection.

P2P Discovery consists of the following major components:

— **Device Discovery** facilitates two P2P Devices arriving on a common channel and exchanging device information (e.g. device name and device type).

— **Service Discovery** is an optional feature that allows a P2P Device to discover available higher-layer services prior to forming a connection.

— **Group Formation** is used to determine which device will be the P2P Group Owner and form a new P2P Group.

3.1.2.2  **P2P Device discovering a P2P Device that is in a P2P Group**

A searching P2P Device discovers a P2P Group Owner in the Scan Phase through received Beacon, DMG Beacon, SSW, or Probe Response frames. The searching P2P Device will also discover other P2P Devices that are associated to that P2P Group Owner from Group Information Advertisement (see Section 3.2.4) or, when operating within DMG, through a STA Availability element or Information Response frame (see Section 11.30.1 of IEEE 802.11-REVmc [11]).

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.1.1 & 3.1.2.2

2.1     **P2P components**

The P2P architecture consists of components that interact to support device-to-device communication.

P2P Device:

— Supports both P2P Group Owner and P2P Client roles.

— Negotiates P2P Group Owner or P2P Client role.

— Supports WSC and P2P Discovery mechanism.

— May support WLAN and P2P concurrent operation.

4        **Frame formats**

This section describes the information elements (see Section 4.1) and frame formats (see Section 4.2) in support of the capabilities described in clause P2P specific functions and services (see Section 2.4).

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

ACTIVE\600131739.9

P2P Devices in the Search State shall transmit one or more Probe Request or Discovery DMG Beacon frames on each of the Social Channels supported by the P2P Device. All Probe Request frames transmitted by P2P Devices in the Search State shall:

— Include the P2P IE.
— Include the WSC IE, with Device Name, Primary Device Type, and Device Password ID as required attributes. Secondary Device Type List shall be an optional attribute. A P2P Device that uses PushButton configuration method shall indicate when it is in active PBC mode (i.e. during the 120 second walk time after the user has pressed the push button) by setting the Device Password ID value to PushButton.
— Have the SSID field set to the P2P Wildcard SSID.
— Have the BSSID field set to the Wildcard BSSID.

Probe Request frames sent by P2P devices in the Search State may include either one of the following:

— Requested Device Type attribute in the WSC IE. This attribute has the same format as the Primary Device Type attribute in the WSC specification.
— P2P Device ID attribute in the P2P IE.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.1, 4 & 3.1.2.1.3



ACTIVE\600131739.9



ACTIVE\600131739.9





Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

**Answer to Complaint No. 202:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and a purported technical support video. Paragraph 202 includes characterizations of the patents and Accused Products and

alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 202 of the Complaint.

**Complaint No. 203:**  The XPS 13 Laptop is a first wireless device comprising at least one processor configured to maintain, via the wireless radio circuit, a second association and a second synchronization over the wireless medium with the second wireless device over a second wireless connection using the WPAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, maintaining a second association and a second synchronization over the wireless medium to a second wireless device, such as a wireless monitor or other peripheral device (including, but not limited to, other Accused Products), over a second wireless connection between the XPS 13 Laptop and the second wireless device, using the Wi-Fi Direct protocol (a WPAN protocol). Furthermore, in accordance with the Wi-Fi Direct protocol, the XPS 13 Laptop, and other "hub" devices, are configured to maintain this second association and second synchronization with a second wireless device over a second wireless connection while maintaining the first association and first synchronization with an AP of a WLAN over the first wireless connection using an 802.11x protocol (a WLAN protocol):

ACTIVE\600131739.9

## Intel® Killer™ Wi-Fi 6 AX1650

Networking Specifications

**Experience the Intel® Difference**

| | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

# Me and My Dell

## For Inspiron, G-Series, XPS, and Alienware computers

# Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

ⓘ NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

ⅴ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

•  Connect to a compatible smart TV.
• Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

## 2.3    Concurrent operation

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.



## 3.2    P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

### 3.2.2    Starting and maintaining a P2P Group session

The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.

### 3.2.3    Connecting to a P2P Group

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

ACTIVE\600131739.9

When a P2P Client associates with a P2P Group Owner, it provides its Device
Name, Primary Device Type, and optionally Secondary Device Type List
information to the P2P Group Owner by including the P2P Device Info attribute
(see Section 4.1.15) and the P2P Capability attribute (see Section 4.1.4) in the
P2P IE in the Association Request frame. This information shall be used by the

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.3, Fig. 4, 3.2, 3.2.2 & 3.2.3

### 10.1.2.1 TSF for infrastructure networks

In an infrastructure BSS, the AP shall be the timing master for the TSF. The AP shall initialize its TSF timer
independently of any simultaneously started APs in an effort to minimize the synchronization of the TSF
timers of multiple APs. The AP shall periodically transmit special frames called *Beacon frames* that contain
the value of its TSF timer in order to synchronize the TSF timers of other STAs in a BSS. A receiving STA
shall accept the timing information in Beacon frames sent from the AP servicing its BSS. If a STA's TSF
timer is different from the timestamp in the received Beacon frame, the receiving STA shall set its local TSF
timer to the received timestamp value.

### 10.1.3 Maintaining synchronization

### 10.1.3.1 General

Each STA shall maintain a TSF timer with modulus $2^{64}$ counting in increments of microseconds. STAs
expect to receive Beacon frames at a nominal rate. The interval between Beacon frames is defined by the
dot11BeaconPeriod parameter of the STA. A STA sending a Beacon frame shall set the value of the Beacon
frame's timestamp so that it equals the value of the STA's TSF timer at the time that the data symbol
containing the first bit of the timestamp is transmitted to the PHY plus the transmitting STA's delays
through its local PHY from the MAC-PHY interface to its interface with the WM [e.g., antenna, light-
emitting diode (LED) emission surface].

Source: IEEE 802.11-2012, Sections 10.1.2.1 & 10.1.3.1

ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)")

**Answer to Complaint No. 203:** Defendants admit that the images in this paragraph

purport to show screenshots from Intel websites, Dell websites showing purported Dell product

components, the Wi-Fi Direct Standard v. 1.7, the IEEE 802.11-2012 Standard, and a purported

technical support video. Paragraph 203 includes characterizations of the patents and Accused

ACTIVE\600131739.9

Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 203 of the Complaint.

**Complaint No. 204:** The XPS 13 Laptop is a first wireless device comprising at least one processor configured to participate in a first coordination of a first usage of the wireless medium over the first wireless connection using the WLAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the 802.11x WLAN protocol and the Wi-Fi Direct protocol (as shown above) by, for example, participating in a first coordination of a first usage of the wireless medium over the first wireless connection to an AP of a WLAN using an 802.11x protocol (a WLAN protocol):



**Answer to Complaint No. 204:** Defendants admit that the images in this paragraph purport to show screenshots from the IEEE 802.11-2012 Standard. Paragraph 204 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 204 of the Complaint.

**Complaint No. 205:** The XPS 13 Laptop is a first wireless device comprising at least one processor configured to participate in a second coordination of a second usage of the wireless medium over the second wireless connection using the WPAN protocol. For example, the XPS 13 Laptop (a first wireless device) includes the Intel Core i3-1115G4 system processor (a processor) configured to support the Wi-Fi Direct protocol (as shown above) by, for example, participating in a second coordination of a second usage of the wireless medium over the second wireless connection using the Wi-Fi Direct protocol (a WPAN protocol):

2.4      **Functions and services**

2.4.1   **Basic functions and services**

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]
— IEEE 802.11i (AES-CCMP) [1]
— Wi-Fi Simple Configuration [2]
— Wi-Fi Multimedia [3]

3.2      **P2P Group operation**

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1 and 3.2

ACTIVE\600131739.9



**9.2 MAC architecture**

**9.2.1 General**

A representation of the MAC architecture is shown in Figure 9-1 in which the PCF and HCF services are provided using the services of the DCF. Note that in a non-QoS STA, HCF is not present. In a QoS STA implementation, both DCF and HCF are present. PCF is optional in all STAs.

Due to the distributed nature of the MBSS, only the MCF is present in a mesh STA.

**Figure 9-1—MAC architecture**

**9.2.2 DCF**

The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs.

**9.3 DCF**

**9.3.1 General**

The basic medium access protocol is a DCF that allows for automatic medium sharing between compatible PHYs through the use of CSMA/CA and a random backoff time following a busy medium condition. In addition, all individually addressed traffic uses immediate positive acknowledgment (ACK frame) where retransmission is scheduled by the sender if no ACK is received.

The CSMA/CA protocol is designed to reduce the collision probability between multiple STAs accessing a medium, at the point where collisions would most likely occur. Just after the medium becomes idle following a busy medium (as indicated by the CS function) is when the highest probability of a collision exists. This is because multiple STAs could have been waiting for the medium to become available again. This is the situation that necessitates a random backoff procedure to resolve medium contention conflicts.

Source: IEEE 802.11-2012, Sections 9.2, 9.2.1, 9.2.2 & 9.2.3

**Answer to Complaint No. 205:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 205 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 205 of the Complaint.

**Complaint No. 206:** In the XPS 13 Laptop, the WPAN protocol (Wi-Fi Direct) is an overlay protocol with respect to the WLAN protocol (802.11x Wi-Fi). For example, Wi-Fi Direct frames are based on 802.11x frames and use the vendor specific field of an 802.11x management frame. The Wi-Fi Direct protocol processes the data in the vendor-specific field that is overlaid on a Wi-Fi management frame.

ACTIVE\600131739.9

### 2.4.1 Basic functions and services

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]

— IEEE 802.11i (AES-CCMP) [1]

— Wi-Fi Simple Configuration [2]

— Wi-Fi Multimedia [3]

Any required 'AP-like' functions and services required for P2P Group Owner operation outside DMG are described within this specification. A P2P Group Owner operating within DMG is required to support PCP functions and services.

### 3.2 P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

\* \* \*

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE Std 802.11-2012 [1] with the WFA OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1, 3.2 & 4

---

#### 8.3.3 Management frames

#### 8.3.3.1 Format of management frames

The format of a management frame is defined in Figure 8-34. The Frame Control, Duration, Address 1, Address 2, Address 3, and Sequence Control fields are present in all management frame subtypes. The maximum unencrypted MMPDU size, excluding the MAC header and FCS, is 2304 octets.



Figure 8-34—Management frame format

The HT Control field is defined in 8.2.4.6. The presence of the HT Control field is determined by the Order subfield of the Frame Control field, as specified in 8.2.4.1.10.

The frame body consists of the fields followed by the elements defined for each management frame subtype. All fields and elements are mandatory unless stated otherwise and appear in the specified, relative order. STAs that encounter an element ID they do not recognize in the frame body of a received management frame ignore that element and continue to parse the remainder of the management frame body (if any) for additional elements with recognizable element IDs. See 9.24.7. Unused element ID codes are reserved.

Gaps may exist in the ordering of fields and elements within frames. The order that remains is ascending.

ACTIVE\600131739.9



Source: IEEE 802.11-2012, Sections 8.3.3.1, 8.4.2.1 & 8.5.6

**Answer to Complaint No. 206:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 206 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 206 of the Complaint.

**Complaint No. 207:** In the XPS 13 Laptop, the WPAN protocol is an overlay protocol with respect to the WLAN protocol, such that the WPAN protocol uses a first WPAN protocol frame comprising a WLAN protocol frame adapted to support a WPAN protocol power-saving

ACTIVE\600131739.9

procedure. For example, in Wi-Fi Direct (the WPAN protocol) the WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) field of an 802.11x protocol frame (a WLAN protocol frame) to carry information not defined by the IEEE 802.11x Standard so that interoperability operations that are not part of the 802.11x standard can be implemented, such as those required by the power save features defined by the Wi-Fi Direct Standard. For example, in Wi-Fi Direct, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

> P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [1] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.
>
> * * *
>
> **3.3     P2P Power Management**
>
> The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management delivery mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.
>
> **3.3.2     Power Management and discovery**
>
> P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.
>
> CTWindow is also used for P2P Group Owner Opportunistic Power Save as described in Section 3.3.1. It should be noted that it may take a number of DTIM intervals to successfully communicate new, updated or cancelled CTWindow timing to all P2P Clients in a P2P Group.
>
> **4.1.14 Notice of Absence attribute**
>
> The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.
>
> Table 26—Notice of Absence attribute format
>
> | Field Name | Size (octets) | Value | Description |
> |---|---|---|---|
> | Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
> | Length | 2 | n*13)+2 | Length of the P2P Notice of Absence attribute body in octets |
> | Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
> | CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
> | Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |
>
> The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence or Opportunistic power save schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 4, 3.3.1, 3.3.2, & 4.1.14

ACTIVE\600131739.9

**Answer to Complaint No. 207:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 207 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 207 of the Complaint.

**Complaint No. 208:** In the XPS 13 Laptop, the WPAN protocol is partially compliant with respect to the WLAN protocol, such that said second usage occurs without interference from the WLAN. Aspects of the Wi-Fi Direct protocol which are compliant with the WLAN protocol (802.11x Wi-Fi) include, for example, how P2P devices utilize and access the wireless medium. For example, the XPS 13 Laptop, in supporting Wi-Fi Direct, is required to implement the underlying IEEE 802.11g (or newer) Standard at the PHY level, as shown below. By implementing the underlying PHY protocol, WPAN devices use and access the wireless medium in a manner that is coordinated with 802.11x communications occurring outside of the WPAN, yet in a common wireless space (such as the first wireless connection between the XPS 13 Laptop and an AP in the 802.11x WLAN), such that the problems of device interference are reduced.

**2.4.1   Basic functions and services**

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]
— IEEE 802.11i (AES-CCMP) [1]
— Wi-Fi Simple Configuration [2]
— Wi-Fi Multimedia [3]

In order to promote efficient wireless medium use when operating outside DMG:

— P2P Devices shall not use 11b rates (1, 2, 5.5, 11 Mbps) for data and management frames except:
  - Probe Request frames sent to both P2P Devices and non-P2P Devices.
— P2P Devices shall not respond to Probe Request frames that indicate support for 11b rates only.

Note 1 —This means that the P2P Group Owner transmits Beacon frames using OFDM.

Note 2 — This means that the P2P Group Owner transmits Probe Response frames using OFDM, including frames sent in response to Probe Requests received at 11b rates from non 11b-only devices.

Note 3 — P2P Devices shall not include 11b rates in the list of supported rates in Probe Request frame intended only for P2P Devices. 11b rates may be included in the list of supported rates in Probe Request frames intended for both P2P Devices and non-P2P Devices.

* * *

## 3.2   P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1 & 3.2

ACTIVE\600131739.9

### 9.2 MAC architecture

#### 9.2.1 General

A representation of the MAC architecture is shown in Figure 9-1 in which the PCF and HCF services are provided using the services of the DCF. Note that in a non-QoS STA, HCF is not present. In a QoS STA implementation, both DCF and HCF are present. PCF is optional in all STAs.

Due to the distributed nature of the MBSS, only the MCF is present in a mesh STA.



**Figure 9-1—MAC architecture**

#### 9.2.2 DCF

The fundamental access method of the IEEE 802.11 MAC is a DCF known as *carrier sense multiple access with collision avoidance* (CSMA/CA). The DCF shall be implemented in all STAs.

### 9.3 DCF

#### 9.3.1 General

The basic medium access protocol is a DCF that allows for automatic medium sharing between compatible PHYs through the use of CSMA/CA and a random backoff time following a busy medium condition. In addition, all individually addressed traffic uses immediate positive acknowledgment (ACK frame) where retransmission is scheduled by the sender if no ACK is received.

The CSMA/CA protocol is designed to reduce the collision probability between multiple STAs accessing a medium, at the point where collisions would most likely occur. Just after the medium becomes idle following a busy medium (as indicated by the CS function) is when the highest probability of a collision exists. This is because multiple STAs could have been waiting for the medium to become available again. This is the situation that necessitates a random backoff procedure to resolve medium contention conflicts.

\* \* \*

are not already members of the BSSDescriptionSet. To actively scan, the STA shall transmit Probe request frames containing the desired SSID or one or more SSID List elements. When the SSID List element is pres-

#### 8.3.3.9 Probe Request frame format

The frame body of a management frame of subtype Probe Request contains the information shown in Table 8-26.

**Table 8-26—Probe Request frame body**

| Order | Information | | Notes | |
|-------|-------------|--|-------|--|
| 1 | SSID | | If dot11MeshActivated is true, the SSID element is the wildcard value as described in 8.4.2.2. | |
| 2 | Supported rates | | | |
| | SupportedRates | Set of integers | 2–127 inclusive (for each integer in the set) | The set of data rates (in units of 500 kb/s) that are supported by the STA that is requesting association. |

---

Source: IEEE 802.11-2012 Standard, Sections 9.2, 9.2.1, 9.2.2, 9.3 & 8.3.3.9

**Answer to Complaint No. 208:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 208 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 208 of the Complaint.

**Complaint No. 209:** Aspects of the Wi-Fi Direct protocol which are not compliant with the WLAN protocol (Wi-Fi) include, for example, aspects of P2P Discovery, P2P Power Management, and Managed P2P Device Operation as set out below:

> **2.4.2    P2P specific functions and services**
>
> In addition to the assumed functions listed in Section 2.4.1, a P2P Device supports the following P2P specific functions:
>
> — **P2P Discovery** provides a set of functions to allow a device to easily and quickly identify and connect to another P2P Device and its services in its vicinity.
> — **P2P Group Operation** resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] when operating outside DMG and PBSS operation as defined in IEEE 802.11-REVmc [11] when operating within DMG, and provides additions for a P2P Group operation.
> — **P2P Power Management** provides a set of functions to reduce power consumption of P2P Devices that operate outside DMG.
> — **Managed P2P Device Operation** (optional) describes the ability for P2P Devices to operate in an enterprise environment where P2P Devices may be managed by the Information Technology (IT) department of the enterprise.
>
> A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:
>
> — The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")
> — When a P2P Group Owner responds to a Probe Request frame containing the P2P IE it shall include the P2P Group Info attribute in the P2P IE in the Probe Response frame. The P2P IE shall include the P2P Group Info attribute unless there are zero connected P2P Clients. A P2P Group Owner shall not include a P2P IE in the Probe Response frame if the received Probe Request frame does not contain a P2P IE.
> — If one or more Requested Device Type attributes are present in the Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if it has one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values, or if it has a connected P2P Client with one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values. The P2P Group Owner may filter the P2P Group Information returned in the Probe Response frame to include only devices with matching Primary or Secondary Device Type values.
> — If a Device ID attribute is present in the P2P IE in a Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if its Device Address, or the Device Address of a connected P2P Client matches that in the Device Address field in the Device ID attribute.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.2 & 3.2.2

**Answer to Complaint No. 209:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 209 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 209 of the Complaint.

**Complaint No. 210:** In the XPS 13 Laptop, the WPAN protocol is partially compliant with respect to the WLAN protocol such that the WPAN protocol uses a second WPAN protocol frame comprising a WLAN probe request frame adapted to determine that the second wireless device corresponds to the WPAN protocol. For example, in Wi-Fi Direct (the WPAN protocol) the second WPAN-adapted frame may utilize the Vendor Specific Information Element (IE) field of an 802.11x probe request protocol frame to specify one or more P2P IEs and/or WSC IEs (Wi-Fi Simple Configuration Information Elements; the WLAN protocol may alternatively be the WSC protocol, which leverages the 802.11x protocol). The WPAN-adapted probe request frame containing one or more P2P IEs, specifies P2P attributes including P2P Capability, P2P Device ID, Listen Channel, P2P Device Info, and other information such that, for example, an Accused Product (a first wireless device) could determine that a second wireless device corresponds to the Wi-Fi Direct protocol (a WPAN protocol):

ACTIVE\600131739.9

## 3.1   P2P discovery

### 3.1.1   Introduction

P2P Discovery enables P2P Devices to quickly find each other and form a connection.

P2P Discovery consists of the following major components:

— **Device Discovery** facilitates two P2P Devices arriving on a common channel and exchanging device information (e.g. device name and device type).
— **Service Discovery** is an optional feature that allows a P2P Device to discover available higher-layer services prior to forming a connection.
— **Group Formation** is used to determine which device will be the P2P Group Owner and form a new P2P Group.
— **P2P Invitation** is used to invoke a Persistent P2P Group or invite a P2P Device to join an existing P2P Group.

* * *

### 3.1.2   Device Discovery procedures

#### 3.1.2.1   Basic mechanisms of Device Discovery

The objective of P2P Device Discovery is to find P2P Devices and quickly determine the P2P Device to which a connection will be attempted. In-band P2P Device Discovery consists of two major phases: Scan and Find, which are described in detail in the following sections. Alternatively, if two P2P Devices support NFC, the user may specify the target device by touching the P2P Device's NFC Interface to the corresponding device's NFC Interface. Such NFC Out-of-Band Device Discovery is defined in Section 3.1.2.7.

In-band Device Discovery uses Probe Request and Probe Response frames to exchange device information. When operating outside DMG, the P2P Devices in a P2P Group are discovered via a Probe Response frame from the P2P Group Owner. When operating within DMG, P2P Devices in a P2P Group are normally discovered via an SSW frame received in response to a DMG Beacon transmission as described in Section 11.1.4.3 of IEEE 802.11-REVmc [11]; Probe Request and Probe Response frames are subsequently used to exchange device information. Alternatively, Probe Request and Probe Response frames may be used instead of SSW frames for devices that do not use beamforming.

* * *

#### 3.1.2.1.1 Listen State

A P2P Device in the Listen State shall only reply to Probe Request frames that contain the P2P IE, the P2P Wildcard SSID element, a Wildcard BSSID, and a Destination Address that is either the broadcast address or its P2P Device Address. If one or more Requested Device Type attributes are present in the WSC IE in the Probe Request frame, the P2P Device in the Listen State shall only respond with a Probe Response frame if it has a Primary Device Type or Secondary Device Type value identical to any of the Requested Device Type values. If a Device ID attribute is present in the P2P IE in the Probe Request frame, the P2P Device in the Listen State shall only respond with a Probe Response frame if its Device Address matches that in the Device Address field in the Device ID attribute.

* * *

ACTIVE\600131739.9

### 4.2.2 Probe Request frame format

The Probe Request frames can be transmitted by any P2P Device.

One or more P2P IEs and the WSC IE shall be inserted after other information elements in the Probe Request frames transmitted by a P2P Device as shown in Table 49.

Table 49—Probe Request frame format

| Order | Information Element | Note |
|---|---|---|
| | WSC IE | The WSC IE shall be present in the frames transmitted by a P2P Device. |
| Last | P2P IE | The P2P IE shall be present in the frames transmitted by a P2P Device. |

Additional attributes shall be inserted in the WSC IE that is included in the Probe Request frame as shown in Table 50.

Table 50—Additional attributes in WSC IE in the Probe Request frame

| Attributes | Required/ Optional | Note |
|---|---|---|
| Device Name | Required | The Device Name attribute shall be present in WSC IE in the Probe Request frame that is transmitted by a P2P Device. |
| Requested Device Type | Optional | The Requested Device Type attribute may be present in WSC IE in the Probe Request frame that is transmitted by a P2P Device. |

P2P attributes for a P2P IE that is included in the Probe Request frame are shown in Table 51.

Table 51—P2P attributes in the Probe Request frame

| Attributes | Attribute ID | Note |
|---|---|---|
| P2P Capability | 2 | The P2P Capability attribute shall be present in the P2P IE. |
| P2P Device ID | 3 | The P2P Device ID attribute may be present in the Probe Request frame when using the discovery protocol to find a P2P Device with a specific Device Address. |
| Listen Channel | 6 | The Listen Channel attribute shall be present in the P2P IE indicating the operating class and channel number on which the P2P Device is in the Listen State. If the P2P Device has not selected a Listen Channel, the Listen Channel attribute shall be omitted. |
| Extended Listen Timing | 8 | The Extended Listen Timing attribute may be present in the P2P IE to advertise Listen State availability of the P2P Device sending the Probe Request. |
| P2P Device Info | 13 | For operation within DMG, the P2P Device Info attribute shall be present in the P2P IE to indicate the P2P Device information. |
| Operating Channel | 17 | The Operating Channel attribute shall only be present in the P2P IE if the P2P Device is an operating P2P Group Owner and indicates the operating class and channel number on which the P2P Device is operating as P2P Group Owner. |
| Service Hash | 21 | The Service Hash attribute may be present in the P2P IE if P2Ps is supported. The usage of this attribute is defined in the Wi-Fi Peer-to-Peer Services specification [10]. |

* * *

P2P Device:
— Supports both P2P Group Owner and P2P Client roles.
— Negotiates P2P Group Owner or P2P Client role.
— Supports WSC and P2P Discovery mechanism.
— May support WLAN and P2P concurrent operation.

| | |
|---|---|
| **WLAN** | Wireless Local Area Network |
| **WMM®** | Wi-Fi Multimedia™ |
| **WPA2™** | Wi-Fi Protected Access® 2 |
| **WMM-PS** | Wireless Multimedia Power Save |
| **WSC** | Wi-Fi Simple Configuration |

**1.3    References**

[1]   IEEE 802.11-2012 IEEE Standard for Information technology –
       Telecommunications and information exchange between systems – Local and
       metropolitan area networks – Specific requirements – Part 11: Wireless LAN
       Medium Access Control (MAC) and Physical Layer (PHY) specifications

[2]   Wi-Fi Simple Configuration Specification, Wi-Fi Alliance, http://www.wi-fi.org

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.1.1, 3.1.2.1, 3.1.2.1.1, 3.1.2.1.2, 4.2.2, Table 51, & 1.3, 1.4, 2.1

### 8.3.3.9 Probe Request frame format

The frame body of a management frame of subtype Probe Request contains the information shown in Table 8-26.

**Table 8-26—Probe Request frame body**

| Order | Information | Notes |
|-------|-------------|-------|
| 1 | SSID | If dot11MeshActivated is true, the SSID element is the wildcard value as described in 8.4.2.2. |
| 2 | Supported rates | |
| 3 | Request information | The Request element is optionally present if dot11MultiDomainCapabilityActivated is true. |
| 4 | Extended Supported Rates | The Extended Supported Rates element is present if there are more than eight supported rates, and is optionally present otherwise. |

**Table 8-26—Probe Request frame body  *(continued)***

| Order | Information | Notes |
|-------|-------------|-------|
| 5 | DSSS Parameter Set | The DSSS Parameter Set element is present within Probe Request frames generated by STAs using Clause 16, Clause 17, or Clause 19 PHYs if dot11RadioMeasurementActivated is true. The DSSS Parameter Set element is present within Probe Request frames generated by STAs using a Clause 20 PHY in the 2.4 GHz band if dot11RadioMeasurementActivated is true.<br><br>The DSSS Parameter Set element is optionally present within Probe Request frames generated by STAs using Clause 16, Clause 17, or Clause 19 PHYs if dot11RadioMeasurementActivated is false. The DSSS Parameter Set element is optionally present within Probe Request frames generated by STAs using a Clause 20 PHY in the 2.4 GHz band if dot11RadioMeasurementActivated is false. |
| 6 | Supported Operating Classes | The Supported Operating Classes element is present if dot11ExtendedChannelSwitchActivated is true. |
| 7 | HT Capabilities | The HT Capabilities element is present when dot11HighThroughputOptionImplemented attribute is true. |
| 8 | 20/40 BSS Coexistence | The 20/40 BSS Coexistence element is optionally present when the dot112040BSSCoexistenceManagementSupport attribute is true. |
| 9 | Extended Capabilities | The Extended Capabilities element is optionally present if any of the fields in this element are nonzero. |
| 10 | SSID List | The SSID List element is optionally present if dot11MgmtOptionSSIDListActivated is true. |
| 11 | Channel Usage | The Channel Usage element is optionally present if dot11MgmtOptionChannelUsageActivated is true. |
| 12 | Interworking | The Interworking element is present if dot11InterworkingServiceActivated is true. |
| 13 | Mesh ID | The Mesh ID element is present if dot11MeshActivated is true. |
| Last | Vendor Specific | One or more vendor-specific elements are optionally present. These elements follow all other elements. |

Source: IEEE 802.11-2012 Standard, Section 8.3.3.9

ACTIVE\600131739.9

**8.2.4    Probe Request (D-E or D-R)**

If the station intends to use Wi-Fi Simple Configuration protocol, the Wi-Fi Simple Configuration Information Element shall be included in a probe request, and contain the following device attributes (Enrollee or Registrar):

Table 6 – Attributes in WSC IE in the Probe Request frame

| Attribute | R/O/C | Notes |
|---|---|---|
| Version | R | Deprecated. Always set to 0x10 for backwards compatibility. See Version2 for current version negotiation mechanism. |
| Request Type | R | |
| Configuration Methods | R | |
| UUID-(E or R) | R | |
| Primary Device Type | R | |
| RF Bands | R | Specific RF band used for this message. |
| Association State | R | |
| Configuration Error | R | |
| Device Password ID | R | If the device is in PBC mode this value shall be 0x0004 (Pushbutton). |
| Manufacturer | C | Shall be included in protocol version 2.0 and higher. |
| Model Name | C | Shall be included in protocol version 2.0 and higher. |
| Model Number | C | Shall be included in protocol version 2.0 and higher. |
| Device Name | C | User-friendly description of device. Shall be included in protocol version 2.0 and higher. |

| Attribute | R/O/C | Notes |
|---|---|---|
| Version2 (inside WFA Vendor Extension) | C | 0x20 = version 2.0, 0x21 = version 2.1, etc. Shall be included in protocol version 2.0 and higher. |
| Request to Enroll (inside WFA Vendor Extension) | O | Indicates the desire to enroll in the network. If the Registrar gets this attribute it can use this as a trigger that a device wants to enroll. |
| Requested Device Type | O | When a device receives a Probe Request containing a WSC IE with the Requested Device Type attribute it will only respond with a Probe Response if the devices Primary Device Type or Secondary Device Type matches the Requested Device Type contained in the Probe Request. |
| <other...> | O | Multiple attributes are permitted. |

Source: WSC Specification, v.2.0.7, Section 8.2.4

**Answer to Complaint No. 210:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7, the IEEE 802.11-2012 Standard, and the WSC Specification v.2.0.7. Paragraph 210 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 210 of the Complaint.

**Complaint No. 211:** In addition, the second WPAN protocol frame comprises an SSID adapted to identify the WPAN protocol. For example, in the XPS 13 Laptop, the second WPAN-adapted frame uses a modified 802.11x probe request frame (a WLAN protocol probe request frame). For example, besides Wi-Fi Direct calling for the use the of the Vendor Specific IE field of the 802.11x protocol probe request frame to indicate that a wireless device corresponds to the Wi-Fi Direct protocol, as discussed above, Wi-Fi Direct also calls for the SSID element in the

802.11x probe request frame be adapted to identify the Wi-Fi Direct protocol (the WPAN

protocol) via setting the SSID element to the P2P Wildcard SSID:

**3.1.2.1.2 Scan Phase**

be an optional attribute. A P2P Device may send a Probe Request frame
containing the P2P IE and the Wildcard SSID to elicit Probe Response frames
from both legacy networks and P2P Group Owners. Inclusion of the P2P IE in
the Probe Request frame is required to enable the P2P Group Owner to include
the P2P Group Info attribute in the Probe Response frame. P2P Clients shall
not reply to Probe Request frames so they can only be discovered by the Probe
Response frame from the P2P Group Owner containing the P2P Group Info
attribute, as described in Section 3.2.4.

A P2P Device may limit its Scan to P2P Devices and Groups. A Probe Request
frame intended only for P2P Devices shall include the P2P IE and shall have
the SSID element set to the P2P Wildcard SSID.

Note — There is a very low probability of a legacy network that has the P2P
Wildcard SSID as its SSID; such a Probe Response frame may be identified by
the lack of the P2P IE.

\* \* \*

Each SSID shall begin with the ASCII characters "DIRECT-". This SSID
requirement may enable users of Legacy Clients to differentiate between a P2P
Group and an infrastructure network. Following "DIRECT-" the SSID shall
contain two ASCII characters "xy", randomly selected with a uniform distribution
from the following character set: upper case letters, lower case letters and
numbers. This SSID requirement makes the probability low that a Legacy Client
encounters two P2P Groups with the same SSID and mistakenly attempt to
roam between them. Any byte values allowed for an SSID according to
IEEE802.11-2012 [1] may be included after the string "DIRECT-xy" (including
none).

Source: Wi-Fi Direct Standard, v. 1.7, Sections 3.1.2.1.2 & 3.2.1

**8.3.3.9 Probe Request frame format**

The frame body of a management frame of subtype Probe Request contains the information shown in
Table 8-26.

Table 8-26—Probe Request frame body

| Order | Information | Notes |
|---|---|---|
| 1 | SSID | If dot11MeshActivated is true, the SSID element is the wildcard value as described in 8.4.2.2. |
| 2 | Supported rates | |
| 3 | Request information | The Request element is optionally present if dot11MultiDomainCapabilityActivated is true. |
| 4 | Extended Supported Rates | The Extended Supported Rates element is present if there are more than eight supported rates, and is optionally present otherwise. |

Source: IEEE 802.11-2012 Standard, Section 8.3.3.9

**Answer to Complaint No. 211:** Defendants admit that the images in this paragraph

purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012

Standard. Paragraph 211 includes characterizations of the patents and Accused Products and

alleges legal conclusions to which no response is required. To the extent a response is required,

Defendants deny the allegations in paragraph 211 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 212:**  As set forth above, Dell has directly infringed at least claim 7 of the '504 patent by making, importing, using, offering for sale, and/or selling the Hub Accused Products into or in the United States.

**Answer to Complaint No. 212:**  Denied.

**Complaint No. 213:**  Dell intentionally designed and incorporated the IEEE 802.11x and the Wi-Fi Direct features and functionalities described above into the Accused Products.

**Answer to Complaint No. 213:**  Denied.

**Complaint No. 214:**  Dell provides instructions (in the form of at least user interface prompts and customer support instructional videos) to its customers, advertising, encouraging, and directing the customers to use the Accused Products in an infringing manner as described above to implement the IEEE 802.11x/Wi-Fi Direct functionality, as intended by Dell. For example, Dell provides operating instructions and the like for the Accused Products, including, but not limited to, the citations above and the following:

- https://www.youtube.com/watch?v=k)(BwdWp7sFM

- https://www.dell.com/support/kbdoc/en-use/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

- https://www.dell.com/support/kbdoc/en-us/000136674/miracast-to-replace-wi-di

- https://www.dell.com/support/kbdoc/en-us/000129880/miracast-users-may-encounter-various-issues-in-the-windows-10-operating-system

- https://www. dell.com/support/kbdoc/en-us/000130716/guide-to-dell-wireless-monitors

- https://www.dell.com/support/kbdoc/en-us/000152972/how-do-i-enable-widi-miracast-on-my-venue-7-3740-or-venue-8-3840?lang=en

- https://www.dell.com/support/kbdoc/en-us/000129818/a-guide-to-miracast-on-the-latitude-13-7350-tablet-pc?lang=en

- https://www.dell.com/support/kbdoc/en-us/000141601/xps-13 -9350-touch-cursor-and-sound-may-have-a-lag-when-system-connected-wifi-miracast-and-bluetooth-audio?lang=en

- https://www.dell.com/support/manuals/en-us/latitude-13-7390-laptop/latitude 7290 7390 7490 tgb/wlan--miracast-support-matrix?guid=guid-76975785-70c3-4039-b5bb-eb0b 83 e669b3 &lang=en-us

- https://www.dell.com/support/manuals/en-us/inspiron-11-3179-2-in-1 -laptop/inspiron 11 3179 setupandspecs/communications?guid=guid-5fea805b-7f8a-420f-b984-b0e93e13048e&lang=en-us

- https://www.dell.com/support/manuals/en-us/alienware-15-laptop/alienware-15-r3 -setupandspecifications/communications ?guid=guid-935baab6-b4b4 - 4960-9783 -971 e87de151 c&lang=en-us

**Answer to Complaint No. 214:**  Denied.

**Complaint No. 215:**  By its instructions, including those set forth above, and with intent that they use the IEEE 802.11x/Wi-Fi Direct features described above, Dell has induced its customers to infringe the '504 patent. Dell's customers who use the Accused Products as described above directly infringe the '504 patent. Upon information and belief, as a result of attempts by the inventors to sell or license their patents to the PC industry, of which Dell is a member, Dell has had knowledge of (or has been willfully blind to) the '504 patent, a child of the '991 patent, since its application was filed and its issuance was received. Further, Dell has had knowledge of (or has been willfully blind to) the '504 patent since at least September 9, 2020, as a result of a letter from Christian Dubuc, Chief Executive Officer of Ozmo Licensing, to Richard Rothberg, General Counsel for Dell, regarding Ozmo Licensing's patent portfolio and the Accused Dell Products, informing Dell that it required a license. On September 9, 2020, Ozmo Licensing had only eight patents and patent applications that embodied the inventions of Vleugels and Peeters. In addition, upon information and belief, Dell would have gained knowledge of the '504 patent by virtue of the litigation filed against HP Inc. (Docket No: 6:21-cv-00383-ADA) and against Acer Inc. (Docket No. 6:21-cv-  01225-ADA). Dell also induces

246

such direct infringement by its customers by failing to remove the infringing features from the Accused Products.

**Answer to Complaint No. 215:** Denied.

**Complaint No. 216:** Upon information and belief, Dell has had knowledge or has been willfully blind of the '504 patent since at least as early as the day the '504 patent issued, September 14, 2021, but no later than the date of service upon it of this Complaint.

**Answer to Complaint No. 216:** Defendants admit that they had knowledge of the '504 patent no later than the date of service of the Complaint and deny the remaining allegations in paragraph 216 of the Complaint.

**Complaint No. 217:** By its instructions, including those set forth above, and with intent that they use the IEEE 802.11x/Wi-Fi Direct features described above, Dell has also contributed to its customers' infringement of the '504 patent. The Accused Products are used by Dell's customers to practice the inventions claimed in the '504 patent. The IEEE 802.11x/Wi-Fi Direct features as performed by the Accused Products as described above constitute material parts of the claimed inventions of the '504 patent. Dell knows or is willfully blind that portions of the hardware and software in the Accused Products were specifically made or adapted by Dell solely to provide such functionality and that such features are not staple articles or commodities of commerce suitable for substantial non-infringing use. Dell also knows, via at least the aforementioned communications with Ozmo Licensing, or is willfully blind that such combinations of hardware and software have no use other than to provide such functionality as intentionally designed into the Accused Products by Dell.

**Answer to Complaint No. 217:** Denied.

**Complaint No. 218:**  By the time of trial, Dell will have known and intended that its continued actions would directly infringe, and would induce and contribute to the infringement by its customers of, at least claim 7 of the '504 patent.

**Answer to Complaint No. 218:**  Denied.

**Complaint No. 219:**  Ozmo Licensing has been damaged by Dell's past and ongoing direct and indirect infringement of the '504 patent.

**Answer to Complaint No. 219:**  Denied.

**Complaint No. 220:**  With knowledge of the allegations set forth herein, Dell nonetheless refuses to remove the infringing functionalities from the Accused Products or to compensate Ozmo Licensing for the use of such features. Dell's infringement described above will continue unabated unless and until Dell is enjoined or ordered to pay a reasonable royalty for a license to the '504 patent.

**Answer to Complaint No. 220:**  Denied.

## COUNT VI
### (Dell's Alleged Infringement of U.S. Patent No. 11,252,659)

**Complaint No. 221:**  Paragraphs 1-220 are incorporated by reference as if fully set forth herein.

**Answer to Complaint No. 221:**  Defendants repeat and incorporate each and every response to the allegations of the preceding paragraphs 1-220 above as if fully set forth herein.

**Complaint No. 222:**  The invention of the '659 patent represented a technical solution to an unsolved technological problem. The written description of the '659 patent describes in technical detail each of the limitations of the claims, allowing a person of ordinary skill in the art to understand what the limitations cover and how the combination of claim elements differed markedly from and improved upon what may have been considered conventional or generic. For

example, the specification and incorporated references detail the inventors' novel approach to seamlessly integrating a WPAN into a WLAN infrastructure.

**Answer to Complaint No. 222:** Denied.

**Complaint No. 223:** The elements claimed by the '659 patent, taken alone or in combination, were not well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention. Rather, the '659 patent claims and teaches, *inter alia,* an improved method to facilitate data communications between WLAN and WPAN wireless devices. The invention improved upon existing wireless communications, which were unable to integrate a WPAN into a WLAN infrastructure without suffering from one or more of the aforementioned problems, by allowing a single wireless device to maintain a first association with a first wireless network over a first wireless network connection using a WLAN protocol operable to connect end stations via a WLAN AP, and a second association with a second wireless network over a second wireless network connection using a WPAN protocol operable to connect end stations without going through a WLAN AP, wherein the second wireless network WPAN protocol is partially compliant with respect to the WLAN protocol.

**Answer to Complaint No. 223:** Denied.

**Complaint No. 224:** Compared to the prior art, the claimed method for facilitating data communications between WLAN and WPAN wireless devices is also more cost effective, since communications using the second network WPAN protocol utilize the same wireless radio circuit used for communications using the first network WLAN protocol.

**Answer to Complaint No. 224:** Denied.

ACTIVE\600131739.9

**Complaint No. 225:** Compared to the prior art, the claimed method for facilitating data communications between a WLAN and WPAN allows the two networks to operate in the same frequency spectrum without causing excessive interference with each other.

**Answer to Complaint No. 225:** Denied.

**Complaint No. 226:** Compared to the prior art, the claimed method for facilitating data communications between WLAN and WPAN wireless devices is also more energy efficient, which can extend the battery life of WPAN devices that are battery powered or otherwise enable power-hungry WPAN devices to enter power-save modes more readily.

**Answer to Complaint No. 226:** Denied.

**Complaint No. 227:** Compared to the prior art, the claimed method for facilitating data communications between WLAN and WPAN wireless devices also enables lower latency communication involving WPAN devices, which enables a device capable of concurrently operating in both the WPAN and WLAN to more effectively forward video streams between the two.

**Answer to Complaint No. 227:** Denied.

**Complaint No. 228:** Participants in the communications industry chose to incorporate a subset of the claimed methods into the Wi-Fi Direct Standard to enjoy at least some of their aforementioned advantages.

**Answer to Complaint No. 228:** Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 228 of the Complaint, and therefore deny them.

**Complaint No. 229:** Dell has infringed, and continues to infringe, the '659 patent by making, importing, using, offering for sale, and selling in the United States numerous wireless

ACTIVE\600131739.9

devices, including laptop computers, desktop computers, tablets, and monitors, that implement the Wi-Fi Direct protocol (i.e., the "Accused Products"). A subset of these Accused Products comprise "hubs" that can receive, for example, video from an IEEE 802.11x AP and forward such video to a Wi-Fi STA device using the Wi-Fi Direct protocol (i.e., the "Hub Accused Products").

**Answer to Complaint No. 229:**  Denied.

**Complaint No. 230:**  Examples of the Hub Accused Products are Dell's laptop computers (including, but not limited to, XPS Laptops, Inspiron Laptops, Alienware Gaming Laptops, Vostro Laptops, and Latitude Laptops); desktop computers (including, but not limited to, XPS Desktops, Inspiron Desktops, Alienware Gaming Desktops, OptiPlex Desktops, Vostro Desktops, and New Precision Workstations); and tablets (including, but not limited to, Latitude 2-in-1 devices and Latitude Rugged Extreme tablets), and all other Dell products that include Wi-Fi Direct circuitry and drivers.

**Answer to Complaint No. 230:**  Defendants admit that Dell products include certain Dell-branded laptops, desktops, and tablets. Defendants deny that any Dell products infringe the '659 patent and deny the remaining allegations in paragraph 230 of the Complaint.

**Complaint No. 231:**  Claim 1 of the '659 patent is reproduced below:

1.    A method for facilitating data communications with a first node in a first wireless network operating in a wireless medium, and with a second node in a second wireless network operating in the wireless medium, via a wireless radio circuit providing access to bi-directional wireless data communication capability with both the first and second wireless networks, comprising:

maintaining, via the wireless radio circuit, a first association with the first wireless network over a first wireless network connection, the first wireless network connection using a WLAN protocol operable to connect end stations via a WLAN access point;

maintaining, via the wireless radio circuit, a second association with the second wireless network over a second wireless network connection, the second wireless network connection using a WPAN protocol operable to

251

connect end stations without going through a WLAN access point, wherein the WPAN protocol is partially compliant with respect to the WLAN protocol in that the WPAN protocol uses a WLAN protocol frame including a field adapted to support at least one feature of the WPAN protocol that is not part of the WLAN protocol; and

coordinating data exchanges, via the wireless radio circuit, with a first node over the first wireless network connection using the WLAN protocol and with a second node over the second wireless network connection using the WPAN protocol, while maintaining both the first association with the first wireless network and the second association with the second wireless network.

**Answer to Complaint No. 231:**  Defendants admit that this paragraph purports to recite claim 1 of the '6591 patent. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 231 of the Complaint, and therefore deny them.

**Complaint No. 232:**  The Hub Accused Products that infringe the '659 patent include, *inter alia,* a wireless device, usable for facilitating data communications between a first node in a first wireless network operating in a wireless medium, and with a second node in a second wireless network operating in the wireless medium, via a wireless radio circuit providing access to bi-directional wireless data communication capability with both the first and second wireless networks. For example, the Dell XPS 13 9310 Laptop ("XPS 13 Laptop") is a Hub Accused Product comprising a hub that implements the Wi-Fi and Wi-Fi Direct standards. It also supports applications such as Miracast, which is a standard that allows a user to "mirror" a video image being displayed at one STA onto the display of another STA, by having it communicated over a Wi-Fi Direct connection between the two STAs. The XPS 13 Laptop infringes the '659 patent because it comprises Wi-Fi and Wi-Fi Direct circuitry and drivers, and applications, such as Miracast, that enable the XPS 13 Laptop to act as a hub to coordinate data exchanges with a first

node in a WLAN over an 802.11x connection (e.g., streamed video), and a second node in a

WPAN over a Wi-Fi Direct connection:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

## Me and My Dell
## For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

ⓘ NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

∨ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ⓘ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

**Connect to a compatible smart TV**

If you own a smart TV, chances are you will be able to connect your Windows 10 computer to the smart TV. To learn if your smart TV supports a wireless connection to a computer and how to set it up, see the User Guide of the smart TV on the manufacturers website.

**Connect to an HDTV with a wireless display adapter**

A wireless display adapter is a device that allows you to project the content of the computer onto your TV. This adapter or dongle (sometimes called a wireless display receiver) is a small device that connects to your TV through an available HDMI port and a USB port for power.

There are several third-party wireless display adapters available in the market. Some of the most popular ones are Microsoft Wireless Display Adapter, Google's Chromecast, Roku's Streaming Stick, Amazon's Fire Stick, and so on. The features of each wireless display adapter varies, see the device manufacturers website for more information.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

## Standards-based Miracast advances life without wires

Miracast is an industry-wide solution, allowing technology to work across device types and vendors. Connections are easy to set up and use since Miracast devices choose the appropriate settings automatically. Miracast can connect two devices using network infrastructure or **Wi-Fi Direct®**. When content to be shared is stored on a Miracast-certified device, such as a smartphone to an automobile infotainment display, a Wi-Fi network connection is not required.

Only devices marked Wi-Fi CERTIFIED Miracast have been certified by Wi-Fi Alliance® to work well with other Wi-Fi CERTIFIED™ devices, employ the latest security protections, and deliver a high-quality user experience.

Source: https://www.wi-fi.org/discover-wi-fi/miracast

---

### 2.1    P2P components

The P2P architecture consists of components that interact to support device-to-device communication.

P2P Device:

— Supports both P2P Group Owner and P2P Client roles.

— Negotiates P2P Group Owner or P2P Client role.

— Supports WSC and P2P Discovery mechanism.

— May support WLAN and P2P concurrent operation.

P2P Group Owner role:

— "AP-like" entity that provides BSS functionality and services for associated Clients (P2P Clients or Legacy Clients) when not operating within DMG, or a PCP that provides PBSS functionality and services for Clients (P2P Clients) when operating within DMG.

— Provides WSC Internal Registrar functionality.

— May provide communication between associated Clients.

— May provide access to a simultaneous WLAN connection for its associated Clients.

### 2.3    Concurrent operation

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.



Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.1, 2.3, Fig. 4

---

ACTIVE\600131739.9



ACTIVE\600131739.9



ACTIVE\600131739.9



ACTIVE\600131739.9



Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)")

**Answer to Complaint No. 232:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, wi-fi.org, the Wi-Fi Direct Standard v. 1.7, and a purported technical support video. Paragraph 232 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 232 of the Complaint.

**Complaint No. 233:**  The XPS 13 Laptop is operable to facilitate data communications with a first node in a first wireless network operating in a wireless medium, and with a second node in a second wireless network operating in the wireless medium, via a wireless radio circuit providing access to bi-directional wireless data communication capability with both the first and second wireless networks. For example, the XPS 13 Laptop, designed and manufactured by Dell, includes the Intel Killer AX1650 wireless module (wireless radio circuit providing access to bi-directional wireless data communication capability), which includes Wi-Fi and Wi-Fi Direct functionality (wireless data communication capability with both the first and second wireless

ACTIVE\600131739.9

networks). The XPS 13 Laptop can serve to facilitate data communications providing communication capability in both the first and second wireless networks when, for example, a video is streamed over a Wi-Fi connection from the Internet to the XPS 13 Laptop, and the XPS 13 Laptop's Wi-Fi Direct-circuitry and drivers are used (e.g., under control of, for example, its Miracast application) to mirror that Internet-sourced video to a second device, such as a wireless display or television:



ACTIVE\600131739.9

## Intel® Killer™ Wi-Fi 6 AX1650

Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

**Experience the Intel® Difference**

| | |
|---|---|
| Wirelessly Project to the Big Screen | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| **GENERAL** | |
| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)] |
| | M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
| Weight | M.2 2230: 2.83 +/- 0.3 g |
| | M.2 1216: 0.67 +/- 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance* | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) |
| | IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

### 2.1    P2P components

The P2P architecture consists of components that interact to support device-to-device communication.

P2P Device:

— Supports both P2P Group Owner and P2P Client roles.
— Negotiates P2P Group Owner or P2P Client role.
— Supports WSC and P2P Discovery mechanism.
— May support WLAN and P2P concurrent operation.

P2P Group Owner role:

— "AP-like" entity that provides BSS functionality and services for associated Clients (P2P Clients or Legacy Clients) when not operating within DMG, or a PCP that provides PBSS functionality and services for Clients (P2P Clients) when operating within DMG.
— Provides WSC Internal Registrar functionality.
— May provide communication between associated Clients.
 May provide access to a simultaneous WLAN connection for its associated Clients.

Source: Wi-Fi Direct Standard, v. 1.7, Section 2.1

## Me and My Dell

For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

### Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

ⓘ NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

ℹ NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

ACTIVE\600131739.9



**Answer to Complaint No. 233:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, the Wi-Fi Direct Standard v. 1.7, and a purported technical support video. Paragraph 233 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 233 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 234:** The XPS 13 Laptop is operable to maintain, via the wireless radio circuit, a first association with the first wireless network over a first wireless network connection, the first wireless network connection using a WLAN protocol operable to connect end stations via a WLAN access point. For example, the XPS 13 Laptop includes the Intel Killer AX1650 wireless module, which is a wireless radio circuit with 802.11x capabilities (a WLAN protocol), as seen below:



**Answer to Complaint No. 234:** Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components. Paragraph 234 includes characterizations of the patents and Accused Products and alleges legal

conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 234 of the Complaint.

**Complaint No. 235:**  The XPS 13 Laptop is operable to maintain, via the wireless radio circuit, a first association with the first wireless network over a first wireless network connection, the first wireless network connection using a WLAN protocol operable to connect end stations via a WLAN access point. For example, the XPS 13 Laptop includes the Intel Killer AX 1650 wireless module (a wireless radio circuit), as shown above, configured to maintain an association with a WLAN over a first wireless network connection using an 802.11x protocol (WLAN protocol) to connect end stations via a WLAN AP, by providing connections compliant with IEEE 802.11x:

ACTIVE\600131739.9



## XPS 13 Laptop



**Operating System** Help Me Choose
(FREE Upgrade to Windows 11 * )

| Windows 11 Home, English | Windows 10 Home, English |
|---|---|

**Wireless**
Killer™ Wi-Fi 6 AX1650 (2 x 2) and Bluetooth 5.1

Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

---

## Intel® Killer™ Wi-Fi 6 AX1650

Networking Specifications

| | |
|---|---|
| TX/RX Streams | 2x2 |
| Bands | 2.4Ghz, 5Ghz (160Mhz) |
| Max Speed | 2.4Gbps |
| Wi-Fi CERTIFIED* | WiFi 6 (802.11ax) |

**Experience the Intel® Difference**

| Wirelessly Project to the Big Screen | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast*. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
|---|---|

**GENERAL**

| Dimensions (H x W x D) | M.2 2230: 22mm x 30mm x 2.4mm [1.5mm Max (Top Side)/ 0.1mm Max (Bottom Side)]<br>M.2 1216: 12mm x 16mm x 1.67 (+-0.08) mm |
|---|---|
| Weight | M.2 2230: 2.83 +/– 0.3 g<br>M.2 1216: 0.67 +/– 0.1 g |
| Radio ON/OFF Control | Supported |
| Connector Interface | M.2: PCIe*, USB |
| Operating Temperature (Adapter Shield) | 0°C to +80°C |
| Humidity Non-Operating | 50% to 90% RH non-condensing (at temperatures of 25°C to 35°C) |
| Operating Systems | Microsoft Windows* 10, Linux*, Chrome OS* |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED* 6, Wi-Fi CERTIFIED* a/b/g/n/ac, WMM*, WMM*-Power Save, WPA2*, WPA3*, WPS*, PMF*, Wi-Fi Direct*, Wi-Fi Agile Multiband* and Wi-Fi TimeSync* |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage)<br>IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth* | Bluetooth* 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

ACTIVE\600131739.9

### 2.3    Concurrent operation

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.



Source: Wi-Fi Direct Standard, v. 1.7, Section 2.3, Fig. 4

### 10.3.5 Association, reassociation, and disassociation

#### 10.3.5.1 General

Subclause 10.3.5 describes the procedures used for IEEE 802.11 association.
#### 10.1.2.1 TSF for infrastructure networks

In an infrastructure BSS, the AP shall be the timing master for the TSF. The AP shall initialize its TSF timer independently of any simultaneously started APs in an effort to minimize the synchronization of the TSF timers of multiple APs. The AP shall periodically transmit special frames called *Beacon frames* that contain the value of its TSF timer in order to synchronize the TSF timers of other STAs in a BSS. A receiving STA shall accept the timing information in Beacon frames sent from the AP servicing its BSS. If a STA's TSF timer is different from the timestamp in the received Beacon frame, the receiving STA shall set its local TSF timer to the received timestamp value.

#### 10.1.3 Maintaining synchronization

#### 10.1.3.1 General

Each STA shall maintain a TSF timer with modulus $2^{64}$ counting in increments of microseconds. STAs expect to receive Beacon frames at a nominal rate. The interval between Beacon frames is defined by the dot11BeaconPeriod parameter of the STA. A STA sending a Beacon frame shall set the value of the Beacon frame's timestamp so that it equals the value of the STA's TSF timer at the time that the data symbol containing the first bit of the timestamp is transmitted to the PHY plus the transmitting STA's delays through its local PHY from the MAC-PHY interface to its interface with the WM [e.g., antenna, light-emitting diode (LED) emission surface].

Source: IEEE 802.11-2012, Sections 10.1.2.1, 10.1.3, 10.1.3.1, 10.3.5 & 10.3.5.1

**Answer to Complaint No. 235:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, the Wi-Fi Direct Standard v. 1.7, and the IEEE 802.11-2012 Standard. Paragraph 235 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 235 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 236:** The XPS 13 Laptop is operable to maintain, via its wireless radio circuit, a second association with the second wireless network over a second wireless network connection, the second wireless network connection using a WPAN protocol operable to connect end stations without going through a WLAN AP. For example, the XPS 13 Laptop includes the Intel Killer AX1650 wireless module (a wireless radio circuit), configured to support the Wi-Fi Direct protocol (as shown above) by, for example, maintaining a second association with the Wi-Fi Direct network to connect to end STAs, such as a wireless monitor or other peripheral device (including, but not limited to, other Accused Products), without going through an 802.11x AP, by supporting Wi-Fi Direct connections using the Wi-Fi Direct Standard:



Source: https://www.dell.com/en-us/shop/laptops/13-new/spd/xps-13-9310-laptop#tech-specs-anchor

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

ACTIVE\600131739.9

# Me and My Dell

## For Inspiron, G-Series, XPS, and Alienware computers

# Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

(i) NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

⌄ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

(i) NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

• Connect to a compatible smart TV.
• Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

## 2.3    Concurrent operation

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.



ACTIVE\600131739.9

## 3.2    P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

### 3.2.2    Starting and maintaining a P2P Group session

The P2P Group Owner may be determined through the Group Formation Procedure described in Section 3.1.4. The P2P Group Owner may be set by configuration, for example when connecting to a Legacy Client or when cross connection is provided etc. The P2P Group Owner shall assign a P2P Interface Address that it shall use as its MAC address and BSSID for the duration of the P2P Group session. The P2P Group Owner shall select an Operating Channel, following any procedures required for operation in a certain frequency band in a particular regulatory domain. On that Operating Channel, the P2P Group Owner shall transmit probe responses in response to probe requests, and shall transmit beacons advertising the TSF (for timing synchronization), required operational parameters, supported capabilities, membership, and services available within the P2P Group.

### 3.2.3    Connecting to a P2P Group

The P2P Client acquires the Group Credentials through static configuration or through Wi-Fi Simple Configuration [2]. When using Wi-Fi Simple Configuration [2], the P2P Group Owner shall serve as the WSC Registrar and the P2P Client shall serve as the WSC Enrollee. In order to connect to a P2P Group, the P2P Client operating outside DMG, using the Credentials, shall engage in the authentication procedure in Section 10.3.4.2 of IEEE 802.11-2012 [1] and the association procedure in Section 10.3.5.2 of IEEE 802.11-2012 [1] with the P2P Group Owner. In order to connect to a P2P Group, the P2P Client operating within DMG, using the Credentials, shall engage in the association procedure in Section 11.3.5.2 of IEEE 802.11-REVmc [11] with the P2P Group Owner.

When a P2P Client associates with a P2P Group Owner, it provides its Device Name, Primary Device Type, and optionally Secondary Device Type List information to the P2P Group Owner by including the P2P Device Info attribute (see Section 4.1.15) and the P2P Capability attribute (see Section 4.1.4) in the P2P IE in the Association Request frame. This information shall be used by the

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.3, Fig. 4, 3.2, 3.2.2 & 3.2.3

---

### 10.1.2.1 TSF for infrastructure networks

In an infrastructure BSS, the AP shall be the timing master for the TSF. The AP shall initialize its TSF timer independently of any simultaneously started APs in an effort to minimize the synchronization of the TSF timers of multiple APs. The AP shall periodically transmit special frames called *Beacon frames* that contain the value of its TSF timer in order to synchronize the TSF timers of other STAs in a BSS. A receiving STA shall accept the timing information in Beacon frames sent from the AP servicing its BSS. If a STA's TSF timer is different from the timestamp in the received Beacon frame, the receiving STA shall set its local TSF timer to the received timestamp value.

**10.1.3 Maintaining synchronization**

**10.1.3.1 General**

Each STA shall maintain a TSF timer with modulus $2^{64}$ counting in increments of microseconds. STAs expect to receive Beacon frames at a nominal rate. The interval between Beacon frames is defined by the dot11BeaconPeriod parameter of the STA. A STA sending a Beacon frame shall set the value of the Beacon frame's timestamp so that it equals the value of the STA's TSF timer at the time that the data symbol containing the first bit of the timestamp is transmitted to the PHY plus the transmitting STA's delays through its local PHY from the MAC-PHY interface to its interface with the WM [e.g., antenna, light-emitting diode (LED) emission surface]

Source: IEEE 802.11-2012, Sections 10.1.2.1 & 10.1.3.1

**Answer to Complaint No. 236:**  Defendants admit that the images in this paragraph purport to show screenshots from Dell websites showing purported Dell product components, Intel websites, the Wi-Fi Direct Standard v. 1.7, and the IEEE 802.11-2012 Standard. Paragraph 236 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 236 of the Complaint.

**Complaint No. 237:**  The XPS 13 Laptop is operable to maintain, via the wireless radio circuit, a second association with the second wireless network over a second wireless network connection, the second wireless network connection using a WPAN protocol operable to connect end stations without going through a WLAN access point. For example, the XPS 13 Laptop can connect to another wireless device without going through an 802.11x AP (i.e., "without the use of an access point" and "a Wi-Fi network connection is not required") by using the Wi-Fi Direct protocol, as shown above and reiterated below:

**Wi-Fi Peer-to-Peer (P2P)**
**Technical Specification**
**Version 1.7**

*This document is the specification for the Wi-Fi Alliance Wi-Fi CERTIFIED Wi-Fi Direct® program, which allows Wi-Fi client devices to connect directly without the use of an access point.*

Source: Wi-Fi Direct Standard, v. 1.7, Cover Page

ACTIVE\600131739.9

## Standards-based Miracast advances life without wires

Miracast is an industry-wide solution, allowing technology to work across device types and vendors. Connections are easy to set up and use since Miracast devices choose the appropriate settings automatically. Miracast can connect two devices using network infrastructure or **Wi-Fi Direct®**. When content to be shared is stored on a Miracast-certified device, such as a smartphone to an automobile infotainment display, a Wi-Fi network connection is not required.

Only devices marked Wi-Fi CERTIFIED Miracast have been certified by Wi-Fi Alliance® to work well with other Wi-Fi CERTIFIED™ devices, employ the latest security protections, and deliver a high-quality user experience.

Source: https://www.wi-fi.org/discover-wi-fi/miracast





Source: https://www.youtube.com/watch?v=kXBwdWp7sFM ("How to Connect a Wireless Monitor DELL (Official Dell Tech Support)"

ACTIVE\600131739.9

**Answer to Complaint No. 237:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7, wi-fi.org, and a purported technical support video. Paragraph 237 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 237 of the Complaint.

**Complaint No. 238:**   In the XPS 13 Laptop, the WPAN protocol is partially compliant with respect to the WLAN protocol. Aspects of the Wi-Fi Direct (WPAN) protocol which are compliant with the 802.11x Wi-Fi (WLAN) protocol include, for example, how P2P devices utilize and access the wireless medium. For example, the XPS 13 Laptop, in supporting Wi-Fi Direct, is required to implement the underlying IEEE 802.11g (or newer) Standard at the PHY level, as shown below. By implementing the underlying PHY protocol, WPAN devices use and access the wireless medium in a manner that is coordinated with communications occurring outside of the WPAN, yet in a common wireless space (such as communications occurring in the first wireless network (an 802.11x infrastructure (WLAN) BSS) between, for example, the XPS 13 Laptop an AP), such that the problems of device interference are reduced.

| | |
|---|---|
| **2.4.1** | **Basic functions and services** |
| | For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices: |
| | — IEEE 802.11g or newer 2.4 GHz PHY [1] |
| | — IEEE 802.11i (AES-CCMP) [1] |
| | — Wi-Fi Simple Configuration [2] |
| | — Wi-Fi Multimedia [3] |
| **3.2** | **P2P Group operation** |
| | P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section. |

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1 & 3.2

ACTIVE\600131739.9



**Source: IEEE 802.11-2012 Standard, Sections 9.2, 9.2.1, 9.2.2, 9.3 & 8.3.3.9**

**Answer to Complaint No. 238:** Defendants admit that the images in this paragraph purport to show screenshots the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 238 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 238 of the Complaint.

273

**Complaint No. 239:**  In the XPS 13 Laptop, the WPAN protocol is partially compliant with respect to the WLAN protocol. Aspects of the Wi-Fi Direct protocol which are not compliant with the WLAN protocol (Wi-Fi) include, for example, aspects of P2P Discovery, P2P Power Management, and Managed P2P Device Operation as set out below:

**2.4.2   P2P specific functions and services**

In addition to the assumed functions listed in Section 2.4.1, a P2P Device supports the following P2P specific functions:

— **P2P Discovery** provides a set of functions to allow a device to easily and quickly identify and connect to another P2P Device and its services in its vicinity.

— **P2P Group Operation** resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] when operating outside DMG and PBSS operation as defined in IEEE 802.11-REVmc [11] when operating within DMG, and provides additions for a P2P Group operation.

— **P2P Power Management** provides a set of functions to reduce power consumption of P2P Devices that operate outside DMG.

— **Managed P2P Device Operation** (optional) describes the ability for P2P Devices to operate in an enterprise environment where P2P Devices may be managed by the Information Technology (IT) department of the enterprise.

A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:

— The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")

— When a P2P Group Owner responds to a Probe Request frame containing the P2P IE it shall include the P2P Group Info attribute in the P2P IE in the Probe Response frame. The P2P IE shall include the P2P Group Info attribute unless there are zero connected P2P Clients. A P2P Group Owner shall not include a P2P IE in the Probe Response frame if the received Probe Request frame does not contain a P2P IE.

— If one or more Requested Device Type attributes are present in the Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if it has one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values, or if it has a connected P2P Client with one or more Primary or Secondary Device Type values identical to any of the Requested Device Type values. The P2P Group Owner may filter the P2P Group Information returned in the Probe Response frame to include only devices with matching Primary or Secondary Device Type values.

— If a Device ID attribute is present in the P2P IE in a Probe Request frame, a P2P Group Owner shall only respond with a Probe Response frame if its Device Address, or the Device Address of a connected P2P Client matches that in the Device Address field in the Device ID attribute.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.2 & 3.2.2

**Answer to Complaint No. 239:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 239 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 239 of the Complaint.

**Complaint No. 240:** For example, the Wi-Fi Direct protocol is not compliant with the 802.11x protocol for aspects of P2P Group Operation, such as when a P2P Group Owner shall respond to Probe Request frames. As shown below, there is an 802.11x protocol rule that applies to STAs, in an infrastructure BSS, receiving Probe Request frames which require those STAs to respond with a probe response when one the following are true: (1) the SSID in the probe request frame is the wildcard SSID; (2) the SSID in the probe request frame is the specific SSID of the STA; or (3) the specific SSID of the STA is included in the SSID List element. However, as can be seen in the below Wi-Fi Direct protocol excerpt, there are different rules for setting this same SSID field of a Probe Request frame that include, for example, the use of a P2P wildcard SSID. Thus, when the XPS 13 Laptop communicates using the Wi-Fi Direct protocol to, for example, respond to Probe Request frames, it disobeys the analogous 802.11x protocol rule.

Source: IEEE 802.11-2012 Standard, Section 10.1.4.3.2

> A P2P Group Owner shall respond to Probe Request frames following the rules in IEEE 802.11-2012 [1] for operation outside DMG and the rules in IEEE 802.11-REVmc [11] for operation within DMG, with the following modifications:
>
> — The P2P Wildcard SSID shall be treated the same as the Wildcard SSID for the purposes of deciding to transmit a response (i.e. in IEEE 802.11-2012 [1], Clause Section 11.1.3.2.1, change "The SSID in the probe request is the wildcard SSID or the specific SSID of the STA" to "The SSID in the probe request is the wildcard SSID, the P2P wildcard SSID, or the specific SSID of the STA,")
>
> Source: Wi-Fi Direct Standard, v. 1.7, Section 3.2.2

**Answer to Complaint No. 240:** Defendants admit that the images in this paragraph purport to show screenshots from the IEEE 802.11-2012 Standard and the Wi-Fi Direct Standard v. 1.7. Paragraph 240 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 240 of the Complaint.

**Complaint No. 241:** In the XPS 13 Laptop, the WPAN protocol is partially compliant with respect to the WLAN protocol in that the WPAN protocol uses a WLAN protocol frame including a field adapted to support at least one feature of the WPAN protocol that is not part of the WLAN protocol. For example, Wi-Fi Direct frames (WPAN protocol frames) are based on 802.11x frames (WLAN protocol frames) and use the vendor specific field of an 802.11x management frame. The Wi-Fi Direct protocol processes the data in the vendor-specific field of a Wi-Fi management frame to convey certain features of the Wi-Fi Direct protocol (i.e., the P2P IE):

### 2.4.1 Basic functions and services

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]
— IEEE 802.11i (AES-CCMP) [1]
— Wi-Fi Simple Configuration [2]
— Wi-Fi Multimedia [3]

Any required 'AP-like' functions and services required for P2P Group Owner operation outside DMG are described within this specification. A P2P Group Owner operating within DMG is required to support PCP functions and services.

### 3.2 P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

\* \* \*

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE Std 802.11-2012 [1] with the WFA OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.4.1, 3.2 & 4

---

### 8.3.3 Management frames

#### 8.3.3.1 Format of management frames

The format of a management frame is defined in Figure 8-34. The Frame Control, Duration, Address 1, Address 2, Address 3, and Sequence Control fields are present in all management frame subtypes. The maximum unencrypted MMPDU size, excluding the MAC header and FCS, is 2304 octets.

| Octets: | 2 | 2 | 6 | 6 | 6 | 2 | 4 | 0-2320 | 4 |
|---|---|---|---|---|---|---|---|---|---|
| | Frame Control | Duration | Address 1 | Address 2 | Address 3 | Sequence Control | HT Control | Frame Body | FCS |

MAC Header

**Figure 8-34—Management frame format**

The HT Control field is defined in 8.2.4.6. The presence of the HT Control field is determined by the Order subfield of the Frame Control field, as specified in 8.2.4.1.10.

The frame body consists of the fields followed by the elements defined for each management frame subtype. All fields and elements are mandatory unless stated otherwise and appear in the specified, relative order. STAs that encounter an element ID they do not recognize in the frame body of a received management frame ignore that element and continue to parse the remainder of the management frame body (if any) for additional elements with recognizable element IDs. See 9.24.7. Unused element ID codes are reserved.

Gaps may exist in the ordering of fields and elements within frames. The order that remains is ascending.

### 8.4 Management frame body components

#### 8.4.1 Fields that are not information elements

#### 8.4.2 Information elements

#### 8.4.2.1 General

Elements are defined to have a common general format consisting of a 1 octet Element ID field, a 1 octet Length field, and a variable-length element-specific Information field. Each element is assigned a unique Element ID as defined in this standard. The Length field specifies the number of octets in the Information field. See Figure 8-81.

| | Element ID | Length | Information |
|---|---|---|---|
| Octets: | 1 | 1 | variable |

**Figure 8-81—Element format**

The set of valid elements is defined in Table 8-54.

**Table 8-54—Element IDs**

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| SSID (see 8.4.2.2) | 0 | 2 to 34 | |
| Supported rates (see 8.4.2.3) | 1 | 3 to 10 | |

**Table 8-54—Element IDs (continued)**

| Element | Element ID | Length of indicated element (in octets) | Extensible |
|---|---|---|---|
| U-APSD Coexistence (see 8.4.2.93) | 142 | 14 to 257 | Subelements |
| Reserved | 143–173 | | |
| MCCAOP Advertisement Overview (see 8.4.2.103) | 174 | 6 | Yes |
| Reserved | 175–220 | | |
| Vendor Specific (see 8.4.2.28) | 221 | 3 to 257 | |
| Reserved | 222–255 | | |

> **8.5.6 Vendor-specific action details**
>
> The Vendor Specific Action frame is defined for vendor-specific signaling. The format of the Action field of the Vendor Specific Action frame is shown in Figure 8-437. An Organization Identifier, in the octet field immediately after the Category field, differentiates the vendors (see 8.4.1.31).
>
> NOTE—If management frame protection is negotiated, then Vendor Specific Protected Action frames (see Table 8-38) are protected; otherwise they are unprotected.
>
> | | Category | Organization Identifier | Vendor Specific Content |
> |---|---|---|---|
> | Octets: | 1 | j | Variable |
>
> **Figure 8-437—Vendor Specific Action frame Action field format**
>
> The Category field is set to the value indicating the vendor-specific category, as specified in Table 8-38.
>
> The Organization Identifier contains a public organizationally unique identifier assigned by the IEEE and is specified in 8.4.1.31. The order of the Organization Identifier field is described in 8.2.2.
>
> The Vendor Specific Content contains vendor-specific field(s). The length of the Vendor Specific Content in a Vendor Specific Action frame is limited by the maximum allowed MMPDU size.

Source: IEEE 802.11-2012, Sections 8.3.3.1, 8.4.2.1 & 8.5.6

**Answer to Complaint No. 241:** Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7 and the IEEE 802.11-2012 Standard. Paragraph 241 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 241 of the Complaint.

**Complaint No. 242:** In further detail, in the XPS 13 Laptop, the WPAN protocol may adapt the Vendor Specific Information Element (IE) field of an 802.11x protocol frame (a WLAN protocol frame) to carry information not defined by the IEEE 802.11x Standard so that interoperability operations that are not part of the 802.11x Standard can be implemented, such as those required by the power save features defined by the Wi-Fi Direct Standard. For example, in Wi-Fi Direct, two of the P2P Group Owner's adapted power saving protocol schemes are Notice of Absence and Opportunistic Power Save:

P2P protocol communication is based on the use of P2P Information Element (P2P IE), P2P Action frame and P2P Public Action frame formats. These utilize the Vendor Specific Information Element and Vendor Specific Action frame formats in IEEE 802.11-2012 [1] for operation outside DMG and in IEEE 802.11-REVmc [11] for operation within DMG, with the Wi-Fi Alliance OUI and an OUI Type indicating P2P. A number of P2P attributes are defined; a single P2P IE carries one or more P2P attributes.

* * *

### 3.3    P2P Power Management

The P2P power management approach for operation outside DMG is based on existing PS and WMM-PS power management delivery mechanisms with two new procedures that allow the P2P Group Owner to be absent for defined periods; Opportunistic Power Save and Notice of Absence. Small adaptations to PS and WMM-PS protocols at the P2P Client are necessary to allow for P2P Group Owner absence periods. The adapted protocols are termed P2P PS and P2P WMM-PS to differentiate them from the existing schemes on which they are based. These mechanisms are available in a P2P Group in which only P2P Devices are associated.

### 3.3.2    Power Management and discovery

P2P Power Management reduces P2P Device availability and therefore impacts the discoverability of that P2P Device. For this reason, the P2P Power Management protocol defines an availability period, called the CTWindow, to assist in maintaining P2P Device discoverability. The CTWindow is a period during which a P2P Group Owner is present.

CTWindow is also used for P2P Group Owner Opportunistic Power Save as described in Section 3.3.3.1. It should be noted that it may take a number of DTIM intervals to successfully communicate new, updated or cancelled CTWindow timing to all P2P Clients in a P2P Group.

### 4.1.14 Notice of Absence attribute

The Notice of Absence attribute is used by the P2P Group Owner to signal its absence due to power save timing, concurrent operation, or off-channel scanning. It is also used in the P2P Presence Request-Response mechanism. The format of the Notice of Absence attribute is shown in Table 26.

Table 26—Notice of Absence attribute format

| Field Name | Size (octets) | Value | Description |
|---|---|---|---|
| Attribute ID | 1 | 12 | Identifying the type of P2P attribute. The specific value is defined in Table 8. |
| Length | 2 | n*13+2 | Length of the P2P Notice of Absence attribute body in octets |
| Index | 1 | 0 – 255 | Identifies an instance of Notice of Absence timing. |
| CTWindow and OppPS Parameters | 1 | — | Parameters indicating P2P Group Owner's availability window and opportunistic power save capability – see Table 27. |
| Notice of Absence Descriptor(s) | n*13 | — | Zero or more Notice of Absence Descriptors each defining a Notice of Absence timing schedule – see Table 28. |

The Notice of Absence attribute shall be present in the P2P IE in the Beacon frames and Probe Response frames transmitted by a P2P Group Owner when a Notice of Absence schedule is being advertised or when the CTWindow is non-zero, as described in Section 4.2.1 and Section 4.2.3. If there is neither a Notice of Absence schedule nor a CTWindow, the GO may omit the Notice of Absence attribute from Beacon and Probe Response frames. The Notice of Absence attribute shall be also present in Notice of Absence frames, as described in Section 4.2.10.2, P2P Presence Request frames, as described in Section 4.2.10.3, and P2P Presence Response frames, as described in Section 4.2.10.4.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 4, 3.3.1, 3.3.2, & 4.1.14

**Answer to Complaint No. 242:**  Defendants admit that the images in this paragraph purport to show screenshots from the Wi-Fi Direct Standard v. 1.7. Paragraph 242 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 242 of the Complaint.

ACTIVE\600131739.9

**Complaint No. 243:** The XPS 13 Laptop is operable to coordinate data exchanges, via the wireless radio circuit, with a first node over the first wireless network connection using the WLAN protocol and with a second node over the second wireless network connection using the WPAN protocol, while maintaining both the first association with the first wireless network and the second association with the second wireless network. For example, the XPS 13 Laptop includes Wi-Fi and Wi-Fi Direct circuitry and drivers, which enable applications that involve coordinating data exchanges, including, for example, using Miracast (also known as "screen mirroring"). The XPS 13 Laptop coordinates data exchanges, for example, from an 802.11x AP (a first node) over the first wireless connection using an 802.11x (WLAN) protocol to a wireless screen or television (a second node) over the second wireless connection using the Wi-Fi Direct (WPAN) protocol. The XPS 13 Laptop is, for example, a P2P Device that can operate concurrently with a WLAN infrastructure network. For example, the Hub Accused Products implement the Wi-Fi Direct protocol to coordinate data exchanges in each of the first and second networks using the procedure defined in the 802.11x protocol, as shown below:

| Experience the Intel® Difference | |
|---|---|
| **Wirelessly Project to the Big Screen** | Project your 2-in-1 or laptop content instantly, without wires, on the big HD screen with stunning image clarity and sound using Wi-Fi Miracast®. Stream movies, videos, games, photos, connect with friends, and more. Experience it all, bigger and better than ever before. |
| Operating Systems | Microsoft Windows® 10, Linux®, Chrome OS® |
| Wi-Fi Alliance® | Wi-Fi CERTIFIED® 6, Wi-Fi CERTIFIED® a/b/g/n/ac, WMM®, WMM®-Power Save, WPA2®, WPA3®, WPS®, PMF®, Wi-Fi Direct®, Wi-Fi Agile Multiband® and Wi-Fi TimeSync® |
| IEEE WLAN Standard | IEEE 802.11-2016 and select amendments (selected feature coverage) IEEE 802.11a, b, d, e, g, h, i, k, n, r, u, v, w, ac, ax; Fine Timing Measurement based on 802.11-2016 |
| Bluetooth® | Bluetooth® 5.2 |

Source: https://www.intel.com/content/www/us/en/products/sku/211609/intel-killer-wifi-6-ax1650-xw/specifications.html (& embedded Product Brief link: https://www.intel.com/content/dam/www/public/us/en/documents/product-briefs/wi-fi-6-ax200-module-brief.pdf)

ACTIVE\600131739.9

## Me and My Dell

For Inspiron, G-Series, XPS, and Alienware computers

## Display

Displays are classified according to their screen size, resolution, color gamut, and so on. Generally, a screen with higher resolution and better color support provides better image quality. Some external displays also have USB ports, media-card readers, and so on. Displays may also support features such as, touch screen, 3D, and wireless connection.

## Wireless display

The wireless display feature enables you to share your computer display with a compatible TV without the use of cables. To check if your TV supports this feature, see the documentation of the TV.

(i) NOTE: Wireless display may not be supported on all computers. For more information, see www.intel.com.

Source: https://dl.dell.com/topicspdf/xps-13-9310-laptop_reference-guide_en-us.pdf

---

∨ Connect the computer to a TV wirelessly

Wireless display technology lets you project photos, web content and more from a compatible computer or mobile device onto a TV or projector. This is also called screen mirroring, screen casting, or streaming to a TV. There are two easy ways to wirelessly connect your computer to a TV:

> (i) NOTE: Connecting a Dell desktop computer to a TV wirelessly requires a compatible Wi-Fi adapter installed in the computer.

- Connect to a compatible smart TV.
- Connect to any TV with an available HDMI port and USB port using a wireless display adapter.

Source: https://www.dell.com/support/kbdoc/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

---



Figure 2. Wi-Fi Direct Concurrent Mode

Source: https://arxiv.org/ftp/arxiv/papers/1810/1810.06964.pdf

ACTIVE\600131739.9

## 2.1    P2P components

The P2P architecture consists of components that interact to support device-to-device communication.

P2P Device:

— Supports both P2P Group Owner and P2P Client roles.

— Negotiates P2P Group Owner or P2P Client role.

— Supports WSC and P2P Discovery mechanism.

— May support WLAN and P2P concurrent operation.

P2P Group Owner role:

— "AP-like" entity that provides BSS functionality and services for associated Clients (P2P Clients or Legacy Clients) when not operating within DMG, or a PCP that provides PBSS functionality and services for Clients (P2P Clients) when operating within DMG.

— Provides WSC Internal Registrar functionality.

— May provide communication between associated Clients.

— May provide access to a simultaneous WLAN connection for its associated Clients.

## 2.3    Concurrent operation

A P2P Device can operate concurrently with a WLAN (infrastructure network). Such a device is considered a P2P Concurrent Device. The concurrent operation requires a device to support multiple MAC entities.



**Figure 4—P2P Concurrent device**

As an example, Figure 4 shows a P2P Concurrent Device that has one MAC entity operating as a WLAN-STA and the second MAC entity operating as a P2P Device. The dual MAC functionality can be provided via two separate physical MAC entities each associated with its own PHY entity, two virtual MAC entities over one PHY entity, or any other approach. Implementation of multiple MAC functionality is out of scope of this specification.

### 2.4.1    Basic functions and services

For P2P operation outside the DMG, this specification assumes that the following STA functions and services are implemented in P2P Devices:

— IEEE 802.11g or newer 2.4 GHz PHY [1]

— IEEE 802.11i (AES-CCMP) [1]

— Wi-Fi Simple Configuration [2]

— Wi-Fi Multimedia [3]

### 3.2    P2P Group operation

P2P Group operation outside DMG closely resembles infrastructure BSS operation as defined in IEEE 802.11-2012 [1] with the P2P Group Owner assuming the role of the AP and the P2P Client assuming the role of the STA. The similarities and differences between infrastructure BSS and P2P Group operation outside DMG are described in this section.

Source: Wi-Fi Direct Standard, v. 1.7, Sections 2.1, 2.3, 2.4.1, & 3.2

ACTIVE\600131739.9



Source: IEEE 802.11-2012 Standard, Sections 9.2, 9.2.1, 9.2.2, & 9.3.1

**Answer to Complaint No. 243:** Defendants admit that the images in this paragraph purport to show screenshots from Intel websites, Dell websites showing purported Dell product components, arXiv.org, the Wi-Fi Direct Standard v. 1.7, and the IEEE 802.11-2012 Standard. Paragraph 243 includes characterizations of the patents and Accused Products and alleges legal conclusions to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 243 of the Complaint.

**Complaint No. 244:** As set forth above, Dell has directly infringed at least claim 1 of the '659 patent by using the Hub Accused Products, including at least through its employees, product demonstrations, and product testing.

**Answer to Complaint No. 244:** Denied.

ACTIVE\600131739.9

**Complaint No. 245:** Dell designed and incorporated the IEEE 802.11x and the Wi-Fi Direct features and functionalities described above into the Hub Accused Products.

**Answer to Complaint No. 245:** Denied.

**Complaint No. 246:** Dell provides instructions (in the form of at least user interface prompts and customer support instructional videos) to its customers advertising, encouraging, and directing the customers to use the Hub Accused Products in an infringing manner as described above to implement the IEEE 802.11x/Wi-Fi Direct functionality, as intended by Dell. For example, Dell provides operating instructions and the like for the Hub Accused Products, including the citations above and the following:

- https://www.youtube.com/watch?v=kXBwdWp7sFM

- https://www.dell.com/support/kbdoe/en-us/000155875/how-to-connect-a-computer-to-high-definition-television-hdtv-kb-article-347778

- https://www.dell.com/support/kbdoc/en-us/000136674/miracast-to-replace-wi-di

- https://www.dell.com/support/kbdoc/en-us/000129880/miracast-users-may-encounter-various-issues-in-the-windows-10-operating-system

- https://www.dell.com/support/kbdoc/en-us/000130716/guide-to-dell-wireless-monitors

- https://www.dell.com/support/kbdoc/en-us/000152972/how-do-i-enable-widi-miracast-on-my-venue-7-3740-or-venue-8-3840?lang=en

- https://www.dell.com/support/kbdoc/en-us/000129818/a-guide-to-miracast-on-the-latitude-13-7350-tablet-pc?lang=en

- https://www.dell.com/support/kbdoc/en-us/000141601/xps-13 -9350-touch-cursor-and-sound-may-have-a-lag-when-system-connected-wifi-miracast-and-bluetooth-audio?lang=en

- https://www.dell.com/support/manuals/en-us/latitude-13-7390-laptop/latitude 7290 7390 7490 tgb/wlan--miracast-support-matrix?guid=guid-76975785-70c3-4039-b5bb-eb0b83e669b3&lang=en-us

- https://www.dell.com/support/manuals/en-us/inspiron-11-3179-2-in-1 -laptop/inspiron 11 3179 setupandspecs/communications?guid=guid-5fea805b-7f8a-420f-b984-b0e93e13048e&lang=en-us

- https://www.dell.com/support/manuals/en-us/alienware-15-laptop/alienware-15-r3-setupandspecifications/communications?guid=guid-935baab6-b4b4-4960-9783-971e87de151c&lang=en-us

**Answer to Complaint No. 246:**  Denied.

**Complaint No. 247:**  Dell's customers who use the Hub Accused Products as described above directly infringe the '659 patent. By its instructions, including those set forth above, Dell has induced its customers to infringe the '659 patent. Dell also induces such direct infringement by its customers by failing to remove the infringing features from the Hub Accused Products.

**Answer to Complaint No. 247:**  Denied.

**Complaint No. 248:**  As a result of communications with Ozmo Licensing, Dell has had knowledge of the '659 patent since at least as early as the day the '659 patent issued, February 15, 2022, but, in any event, no later than the date of service upon it of this Complaint.

**Answer to Complaint No. 248:**  Defendants admit that they had knowledge of the '659 patent no later than the date of service of the Complaint and deny the remaining allegations in paragraph 248 of the Complaint.

**Complaint No. 249:**  Dell has known that the use of the above functionality by its customers constitutes infringement of the '659 patent, and specifically intended that infringement.

**Answer to Complaint No. 249:**  Denied.

**Complaint No. 250:**  Dell has also contributed to its customers' infringement of the '659 patent. The Hub Accused Products are used by Dell's customers to practice the inventions claimed in the '659 patent. The IEEE 802.11x/Wi-Fi Direct features as performed by the Hub Accused Products as described above constitute material parts of the claimed inventions of the '659 patent. Dell knows that portions of the hardware and software in the Hub Accused Products infringe and were specifically made or adapted by Dell solely to provide such functionality and

285

that such features are not staple articles or commodities of commerce suitable for substantial non-infringing use. Dell also knows that such combinations of hardware and software have no use other than to provide such functionality as intentionally designed into the Hub Accused Products by Dell.

**Answer to Complaint No. 250:** Denied.

**Complaint No. 251:** By the time of trial, Dell will have known and intended that its continued actions would directly infringe, and would induce and contribute to the infringement by its customers of, at least claim 1 of the '659 patent.

**Answer to Complaint No. 251:** Denied.

**Complaint No. 252:** Ozmo Licensing has been damaged by Dell's past and ongoing direct and indirect infringement of the '659 patent.

**Answer to Complaint No. 252:** Denied.

**Complaint No. 253:** With knowledge of the allegations set forth herein, Dell nonetheless refuses to remove the infringing functionalities from the Hub Accused Products or to compensate Ozmo Licensing for the use of such features. Dell's infringement described above will continue unabated unless and until Dell is enjoined or ordered to pay a reasonable royalty for a license to the '659 patent.

**Answer to Complaint No. 253:** Denied.

<div align="center">

**PRAYER FOR RELIEF**

</div>

The Prayer for Relief requires no response. To the extent any response is required, Defendants deny that Plaintiff should be granted any of the relief requested

<div align="center">

**DEMAND FOR JURY TRIAL**

</div>

The jury demand requires no response.

<div align="center">

286

</div>

## GENERAL DENIAL

To the extent any allegations in Plaintiff's Complaint are not specifically admitted, Defendants deny them.

## AFFIRMATIVE DEFENSES

Subject to the responses above, Defendants allege and assert the following defenses in response to the allegations, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the defenses described below, subject to its responses above, Defendants reserve the right to modify, amend, and/or expand upon these defenses as discovery proceeds, and to allege additional defenses that become known through the course of discovery.

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE
### (Invalidity)

The Asserted Patents are invalid for failure to satisfy the conditions of patentability as specified under one or more sections of Title 35 of the United States Code, including, without limitation, 35 U.S.C. §§ 101, 102, 103, 112, and the doctrine of obviousness-type double patenting.

## THIRD AFFIRMATIVE DEFENSE
### (Non-Infringement)

Defendants do not and have not infringed any valid claim of any of the Asserted Patents either directly, by way of inducement, literally, willfully, and/or under the doctrine of equivalents.

ACTIVE\600131739.9

**FOURTH AFFIRMATIVE DEFENSE**
**(Limitation on Damages)**

Plaintiff's claims for damages for infringement of the Asserted Patents are limited

pursuant to 35 U.S.C. § 286.

**FIFTH AFFIRMATIVE DEFENSE**
**(Patent Marking)**

Plaintiff's claims for damages for infringement of the Asserted Patents are limited by 35

U.S.C. § 287 to those damages occurring only after notice of infringement.

**SIXTH AFFIRMATIVE DEFENSE**
**(Estoppel)**

Plaintiff's claims are barred in whole or in part by estoppel, including prosecution history

estoppel. By reason of the proceedings in the U.S. Patent and Trademark Office during the

prosecution of the applications which resulted in the issuance of the Asserted Patents, Plaintiff is

estopped from claiming a construction of one or more claims of the Asserted Patents that would

cause any valid claim thereof to cover or include any product manufactured, used, sold, offered

for sale, or imported by Defendants. Plaintiff's claims are further barred in whole or in part by

estoppel arising from the activities discussed in Defendants' Seventh Affirmative Defense below.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Breach of FRAND Commitment, Patent Misuse, Unclean Hands, Waiver/Consent,**
**and Unenforceability)**

On information and belief, the Asserted Patents are FRAND-encumbered standard

essential patents ("SEP") under the terms of the Wi-Fi Alliance Intellectual Property Rights

Policy ("WFA Policy") and/or under the terms of the Institute for Electrical and Electronics

Engineers' ("IEEE's") Standards Board Bylaws. *See* https://www.wi-

fi.org/system/files/gd_8_RevisedMarch1%2C2006WFAIPRPolicy.pdf;

https://standards.ieee.org/about/policies/bylaws/sect6-7.html. On information and belief,

ACTIVE\600131739.9

Plaintiff's predecessor(s)-in-interest participated in the Wi-Fi Alliance's creation of the Wi-Fi

Direct Specification, in the IEEE's Standards Association unit's ("IEEE SA's") creation of

802.11 standards, and/or in creation of other Wi-Fi standards.

"Necessary Claims" are defined in the "Definitions" Article 1 of the WFA Policy as,

among other things, claims that "are necessarily infringed by implementing those relevant

portions of the Specification required for certification within the bounds of the Scope (as defined

in Section 1(g)), wherein a claim is necessarily infringed only when it is not possible to avoid

infringing the claim because there is no commercially reasonable non-infringing alternative for

implementing such relevant portions of the Specification required for certification within the

bounds of the Scope." Members of the Wi-Fi Alliance receive not less than 30 days' notice to

review a proposed new or revised specification prior to its adoption.  Section 3.1(1).  "While

there is no requirement for a Member to review or search its patent portfolio for Necessary

Claims, a Member who Participated in the draft specification under review is put on notice that,

in order to avoid a licensing obligation for non-contributed Necessary Claims in the

Specification, it must, prior to the end of the review period, either: (a) withdraw from the Task

Group (or the Corporation) in accordance with the provisions of Section 3.1(3), in which case

such Member shall not be obligated to license its non-contributed Necessary Claims in the

Specification other than such of its non-contributed Necessary Claims that it previously disclosed

and for which it declared a commitment to license; or (b) declare, in accordance with the

provisions of Sections 4.2(1)(c) and 4.1(2), its intention not to license non-contributed Necessary

Claims in the Specification; provided, however, any non-contributed Necessary Claims for

which there is no declaration by the end of the review period shall be subject to the reasonable

and nondiscriminatory license obligation set forth in Section 3.2.  For the avoidance of doubt,

this commitment to license applies to all of a Member's undisclosed Necessary Claims, despite lack of knowledge thereof by individuals Participating on behalf of such Member." Section 3.1(2).

An "Essential Patent Claim" is a defined term in the "Definitions" Section 6.1 of IEEE-SA Standards Board Bylaws as "any Patent Claim the practice of which [is] necessary to implement either a mandatory or optional portion of a normative clause of the IEEE Standard when, at the time of the IEEE Standard's approval, there was no commercially and technically feasible non-infringing alternative implementation method for such mandatory or optional portion of the normative clause." When IEEE standards are "drafted in terms that include the use of Essential Patent Claims" the "the IEEE shall request licensing assurance, on the IEEE SA Standards Board approved Letter of Assurance form (PDF), from the patent holder or patent applicant." *See* https://standards.ieee.org/about/policies/bylaws/sect6-7.html (Section § 6.2 "Policy").

On information and belief, Plaintiff does not offer licenses to the Asserted Patents on fair, reasonable, and non-discriminatory ("FRAND") terms. Plaintiff has not made a FRAND license offer to Defendants. To the extent any claims of the Asserted Patents are or may become essential to the Wi-Fi Direct Specification and/or any other standards, Plaintiff's misconduct constitutes a waiver of its right to enforce any SEP patent claims against Defendants. Therefore, Plaintiff is not entitled to and has waived any rights to enforce its patents and is not entitled to any recovery.

On information and belief, Plaintiff also has engaged in patent misuse and has unclean hands through its licensing activities with respect to the Asserted Patents, and specifically has engaged in licensing activities in breach of FRAND obligations and in an effort to expand the

physical and/or temporal scope of the Asserted Patents by utilizing the alleged essentiality of its alleged standards essential patents, and the market power derived therefrom, to charge licensing rates that are disproportionate to the physical coverage of its patents to the standards at issue, and to engage in bundling and tying activities that use the purported SEPs to extract royalties beyond the physical and temporal scope of the Asserted Patents. These licensing and bundling activities constitute patent misuse and unclean hands and further render the Asserted Patents unenforceable.

### EIGHTH AFFIRMATIVE DEFENSE
### (Prosecution Laches)

Plaintiff's claims are barred in whole or in part because the Asserted Patents are invalid and/or unenforceable based on prosecution laches. The Asserted Patents issued after an unreasonable and unexplained delay in prosecution, and that delay in prosecution prejudiced Defendants, including, for example, evidentiary and economic prejudice.

### NINTH AFFIRMATIVE DEFENSE
### (Ensnarement)

Plaintiff's claims are barred in whole or in part by the doctrine of ensnarement. Plaintiff is foreclosed from asserting infringement under the doctrine of equivalents to the extent the scope of such equivalent would ensnare prior art.

### TENTH AFFIRMATIVE DEFENSE
### (Inequitable Conduct)

The Asserted Patents are unenforceable based on inequitable conduct as set forth in Defendants' counterclaims below, which are incorporated herein by reference.

### ELEVENTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiff lacks standing to bring the claims in the Complaint.

ACTIVE\600131739.9

## RESERVATION OF DEFENSES

Defendants reserve the right to supplement and amend their affirmative and other defenses as the case proceeds.

## COUNTERCLAIM

Dell Technologies Inc. and Dell Inc. (collectively "Dell" or "Counterclaim-Plaintiffs"), by and through their counsel, hereby bring counterclaims against Ozmo Licensing LLC ("Counterclaim-Defendant" or "Ozmo"). In support thereof, Dell alleges and avers as follows:

## NATURE AND BASIS OF THE ACTION

1.     This is an action asserting counterclaims by Dell against Ozmo for a declaratory judgement of unenforceability of United States Patent Nos. 9,264,991 (the "'991 patent"); 10,873,906 (the "'906 patent"); 8,599,814 (the "'814 patent"); 11,012,934 (the "'934 patent"); 11,122,504 (the "'504 patent"); and 11,252,659 (the "'659 patent") (collectively "the Asserted Patents").

## PARTIES

2.     Counterclaim-Plaintiff Dell Technologies Inc. is a Delaware Corporation with its principal place of business at One Dell Way, Round Rock, Texas 78682.

3.     Counterclaim-Plaintiff Dell Inc. is a Delaware corporation with its principal place of business at One Dell Way, Round Rock, Texas 78682.

4.     On information and belief, Counterclaim-Defendant Ozmo Licensing is a Texas limited liability company having its principal place of business located at 1000 Heritage Center Circle, Suite 508, Round Rock, Texas 78664.

ACTIVE\600131739.9

## JURISDICTION AND VENUE

5.    This counterclaim arises under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) and under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

6.    This Court has personal jurisdiction over Ozmo, as Ozmo has consented to the personal jurisdiction of this Court at least by commencing its action for patent infringement in this judicial district, as set forth in its Complaint against Dell (ECF. No. 1).

7.    Venue is proper in the Austin division of this judicial district pursuant to 28 U.S.C. §§ 1391 (c) because this Court has personal jurisdiction over Ozmo and because, on information and belief, Ozmo also has a regular and established place of business in Round Rock, Texas.

## BACKGROUND

8.    True and correct copies of documents are attached as exhibits to this pleading as follows:

| Exhibit No. | Name |
|---|---|
| Exhibit 1 | U.S. Provisional App. No. 60/661,746 |
| Exhibit 2 | U.S. Pat. No. 10,873,906 |
| Exhibit 3 | U.S. Pat. Pub. 2006/0227753 (Vluegels I Publication) |
| Exhibit 4 | U.S. Pat. No. 9,036,613  (Vluegels I Patent) |
| Exhibit 5 | U.S. Provisional Application No. 60/661,763 |
| Exhibit 6 | U.S. Pat. No. 11,252,659 |
| Exhibit 7 | U.S. Pat. App. Ser. No. 11/376,729 |
| Exhibit 8 | Asserted Patent Family and the Vleugels I Patent Family Timelines |
| Exhibit 9 | U.S. Pat. App. Ser. No. 13/560,917 ("the '917 application") |
| Exhibit 10 | The '917 application, IDS dated July 27, 2012 |
| Exhibit 11 | U.S. Pat. No. 8,599,814 (annotated to show copied content) |
| Exhibit 12 | U.S. App. No. 11/422,945, Response dated March 22, 2010 |
| Exhibit 13 | U.S. App. No. 11/422,945, Notice of Allowance dated June 14, 2010 |
| Exhibit 14 | U.S. App. No. 11/376,753, Amendment dated August 11, 2009 |
| Exhibit 15 | U.S. App. No. 11/423,813, Amendment dated November 20, 2009 |

| Exhibit 16 | U.S. App. No. 13/560,917, Rejection dated December 6, 2012 |
|---|---|
| Exhibit 17 | U.S. App. No. 13/560,917, Interview summary dated May 2, 2013 |
| Exhibit 18 | U.S. App. No. 13/560,917, Amendment dated May 7, 2013 |
| Exhibit 19 | U.S. App. No. 13/560,917, Notice of Allowance dated August 5, 2013 |
| Exhibit 20 | U.S. App. No. 11/376,753, Amendment dated June 20, 2012 |
| Exhibit 21 | U.S. App. No. 13/340,465, Amendment dated January 18, 2013 |
| Exhibit 22 | U.S. App. No. 13/340,465, Amendment dated August 21, 2013 |
| Exhibit 23 | U.S. App. No. 13/560,917, Response dated March 6, 2013 |
| Exhibit 24 | U.S. App. No. 13/249,059, Rejection dated November 28, 2011 |
| Exhibit 25 | U.S. App. No. 13/249,059, Interview Summary dated February 3, 2012 |
| Exhibit 26 | U.S. App. No. 13/249,059, Response dated January 23, 2012 |
| Exhibit 27 | U.S. App. No. 13/249,059, Notice of Allowance dated March 13, 2012 |
| Exhibit 28 | U.S. Pat. No. 8,165,102 |
| Exhibit 29 | U.S. App. No. 13/560,917, Terminal Disclaimer dated March 6, 2013 |
| Exhibit 30 | U.S. App. No. 14/073,260, Rejection dated July 22, 2014 |
| Exhibit 31 | U.S. App. No. 14/073,260, Terminal Disclaimer dated November 24, 2014 |
| Exhibit 32 | U.S. App. No. 14/073,260, Examiner's Amendment in the Notice of Allowance dated October 6, 2015 |
| Exhibit 33 | U.S. App. No. 13/249,059, Terminal Disclaimer |
| Exhibit 34 | U.S. Pat. No. 8,929,350 |
| Exhibit 35 | U.S. App. No. 14/688,556, Application filed April 16, 2015 |
| Exhibit 36 | U.S. App. No. 14/589,382, Application filed January 5, 2015 |
| Exhibit 37 | U.S. App. No. 14/073,260, Response |
| Exhibit 38 | U.S. App. No. 14/073,260, Rejection dated July 22, 2014 |
| Exhibit 39 | U.S. App. No. 14/990,203, Notice of Abandonment |
| Exhibit 40 | U.S. App. No. 14/990,203, Appeal Brief dated October 3, 2017 |
| Exhibit 41 | U.S. App. No. 14/990,203, Reply Brief dated April 5, 2018 |
| Exhibit 42 | U.S. Pat. No. 9,913,215 |
| Exhibit 43 | U.S. App. No. 14/688,556, Amendment dated October 26, 2017 |
| Exhibit 44 | U.S. App. No. 14/688,556, Amendment dated March 19, 2018 |
| Exhibit 45 | U.S. App. No. 16/668,999, Notice of Allowance |
| Exhibit 46 | U.S. Pat. No. 10,045,290 |
| Exhibit 47 | U.S. App. No. 16/912,262, Rejection dated August 12, 2020 |
| Exhibit 48 | U.S. App. No. 16/912,262, Amendment dated October 1, 2020 |
| Exhibit 49 | U.S. App. No. 16/912,262, Notice of Allowance dated October 28, 2020 |
| Exhibit 50 | U.S. App. No. 17/125,797, Rejection dated March 4, 2012 |
| Exhibit 51 | U.S. App. No. 17/125,797, Terminal Disclaimer dated March 22, 2021 |
| Exhibit 52 | U.S. App. No. 17/322,492, Notice of Allowance dated July 22, 2021 |
| Exhibit 53 | U.S. App. No. 11/376,737, Notice of Abandonment dated November 23, 2011 |
| Exhibit 54 | U.S. App. No. 11/423,813, Notice of Abandonment dated July 6, 2012 |
| Exhibit 55 | U.S. App. No. 11/376,753, Rejection dated August 24, 2012 |
| Exhibit 56 | U.S. App. No. 11/376,753, Interview Summary dated Sept. 6, 2012 |
| Exhibit 57 | U.S. App. No. 13/340,465, Rejection dated July 20, 2012 |

ACTIVE\600131739.9

| Exhibit 58 | U.S. App. No. 12/892,825, IDS dated January 10, 2011 |
| Exhibit 59 | U.S. App. No. 11/422,945, Rejection dated November 21, 2008 |
| Exhibit 60 | U.S. App. No. 11/422,945, Rejection dated October 22, 2009 |
| Exhibit 61 | U.S. App. No. 11/422,945, Notice of Allowance dated June 23, 2010 |
| Exhibit 62 | IEEE 802.11-04/522r0, disclosing Vendor-Specific Information Element |
| Exhibit 63 | IEEE 802.11-03-504r7, disclosing WMM extensions and Information Element |

9.     The "Vleugels I Patent Family" as used herein refers to the patents and applications claiming priority to U.S. Provisional Application No. 60/661,746 (Exhibit 1). "Vleugels I" refers to U.S. Pat. App. Serial Number 11/376,753, which published as US2006/0227753 (Exhibit 3) and issued as U.S. Pat. No. 9,036,613 (Exhibit 4). Vleugels I was filed on March 14, 2006 and claims priority to U.S. Provisional Application No. 60/661,746.

10.     The "Asserted Patent Family" as used herein refers to the patents and applications claiming priority to U.S. Provisional Application No. 60/661,763 (Exhibit 5). The "Asserted Patents" are the '991 patent, '906 patent, '814 patent, '934 patent,'504 patent, and '659 patent. The first non-provisional in the Asserted Patent Family was filed on March 14, 2006 as U.S. Pat. App. Ser. No. 11/376,729 (Exhibit 7), which was abandoned during prosecution on July 6, 2006 before being published and incorporated Vleugels I by reference.

11.     An illustration showing the temporal relationship among members of the Asserted Patent Family and the Vleugels I Patent Family is attached as Exhibit 8.

12.     The Vleugels I Patent Family and the Asserted Patent Family were examined by different examiners.

13.     The file histories of the Vleugels I Patent Family and the Asserted Patent Family do not show any examiner in common between the two families.

14.     The '814 patent was filed on July 27, 2012 as U.S. Pat. App. Ser. No. 13/560,917 ("the '917 application") (Exhibit 9). The '917 application copied certain content from the

Vleugels I Patent Family as explained by the applicant in an IDS dated July 27, 2012. Exhibit 10 at 2 (IDS dated July 27, 2012 (stating paragraphs 63-95 and Figures 8-12 were copied from either Vleugels I or U.S. Provisional Application No. 60/661,746)). This copied content was included in each of the subsequently filed applications and issued patents in the Asserted Patent Family.

15.    An annotated version of the '814 patent is attached as Exhibit 11 which accurately reflects the information taken from the Vleugels I Patent Family by highlighting the information taken from Vleugels I in yellow and the information taken from U.S. Provisional Application No. 60/661,746 in green.

16.    Each of the named inventors and each of the prosecuting attorneys of the Asserted Patent Family owed a duty of candor to the patent office at all times during prosecution of each patent application in the Asserted Patent Family.

17.    The inequitable conduct allegations herein relate to each of the two named inventors Katelijn Vleugels ("Ms. Vleugels") and Roel Peeters ("Mr. Peeters") and, based on the publicly available file histories of the Asserted Patent Family and prior to obtaining any discovery, the following prosecution counsel: Philip H. Albert ("Mr. Albert") (collectively, the "Named Inventors and Prosecution Counsel"). To the extent discovery shows that additional prosecuting attorneys or other individuals substantively involved in the prosecution of the Asserted Patent Family had knowledge of any of the information discussed herein, those additional individuals also committed inequitable conduct for the same reasons.

### The Failure to Disclose Double Patenting References

18.    The Named Inventors and Prosecution Counsel committed inequitable conduct by failing to disclose to the examiners of the Asserted Patents the pending and issued claims in the Vleugels I Patent Family. The claims of the Asserted Patents are not patentably distinct from

ACTIVE\600131739.9

pending and issued claims in the Vleugels I Patent Family under the doctrine of obviousness type double patenting. If the claims of the Vleugels I Patent Family had been disclosed during prosecution of the Asserted Patents, the claims in the Asserted Patents would not have issued.

19.    On or about December 20, 2012, the Asserted Patent Family ceased to be commonly owned with the Vleugels I Patent Family. The Asserted Patent Family and Vleugels I Patent Family have not been commonly owned at any time after December 20, 2012.

20.    Because of the lack of common ownership after December 20, 2012, any rejection of a pending claim in an application in the Asserted Patent Family over a pending or issued claim in the Vleugels I Patent Family under the doctrine of obviousness type double patenting after December 20, 2012 could not have been overcome by a terminal disclaimer.

### Prosecution of 11/422,945 (issued as 7,826,408)

21.    During prosecution of 11/422,945, which issued as 7,826,408, the Named Inventors and Prosecution Counsel did not disclose pending claims in the Vleugels I Patent Family.

22.    The claims of the '408 patent were allowed based on applicant's argument that the prior art did not disclose a partially consistent protocol. *See* Exhibit 12 (Response dated March 22, 2010 (claim 10 and pages 6-8: "Applicant's position being that while the references might have described more than one protocol, they are not overlay protocols that are partially consistent, as claimed.")); Exhibit 13 at 3 (Notice of Allowance dated June 14, 2010 (allowing claim 10 based on "the Applicant's remarks on pages 6-8.")). However, pending claims in the Vleugels I Patent Family at the time disclosed or at least rendered obvious that subject matter. *See, e.g.,* Exhibit 14 at 2 (11/376,753, Amendment dated August 11, 2009 adding limitation to claim 1 "wherein at least some portion of the overlay protocol is partially compliant with the protocol used on the WLAN"); Exhibit 15 at 11 (11/423,813 Amendment dated November 20,

2009 adding claim 49 reciting "wherein signalling [sic] the second device is done using protocols that are only partially compliant with protocols used between the device and the access point"). If the pending claims in the Vleugels I Patent Family had been disclosed, the claims of the '408 patent would have been rejected under the doctrine of obviousness type double patenting, would not have been allowed, and would not have issued.

### Prosecution of 13/560,917 (issued as the '814 patent)

23.     During prosecution of the '814 patent, the Named Inventors and Prosecution Counsel did not disclose pending claims in the Vleugels I Patent Family.

24.     The claims of the '814 patent were allowed based on the amendment adding the limitation "at least some of the communications using the second wireless network protocol impinge on at least some antennae used for the first wireless network." *See* Exhibit 16 (13/560,917 Rejection dated December 6, 2012); Exhibit 17 at 2 (13/560,917 Interview summary dated May 2, 2013); Exhibit 18 at 2, 10-11 (13/560,917 Amendment dated May 7, 2013); Exhibit 19 (Notice of Allowance dated August 5, 2013). The claimed subject matter is disclosed, or at least rendered obvious, by the pending claims of the Vleugels I Patent Family that were not disclosed.

25.     The allowed claims of the '814 patent (e.g., claim 1) were not patentably distinct from the then pending claims 1-29 of 11/376,753 which required, *inter alia*, a circuit for communicating on a first set of frequencies with WLAN devices and PAN devices using partially consistent protocols. *See* Exhibit 20 (11/376,753 Amendment dated June 20, 2012 setting forth claims 1-29 as pending at the time of allowance and issuance of '814 patent). The allowed claims of the '814 patent (*e.g.*, claim 1) were not patentably distinct from the then pending claims 1-38 of 13/340,465 which required, *inter alia*, a circuit for communicating on a first set of frequencies with WLAN devices and PAN devices using partially consistent

protocols. *See* Exhibit 21 (13/340,465 Amendment dated January 18, 2013 setting forth claims 1-38 as pending in 13/340,465 at the time of allowance of the claims in the '814 patent); Exhibit 22 (13/340,465 Amendment dated August 21, 2013 (setting forth claims 1-38 as pending in 13/340,465 at the time of issuance of the claims in the '814 patent)). Additionally, applicant repeatedly argued that the claims of the '814 patent were patentable over the prior art because the prior art lacked partially consistent protocols. *See* Exhibit 23 at 10-11 (13/560,917 Response dated March 6, 2013 ); Exhibit 17 at 2; Exhibit 18 at 10-12. But that subject matter was claimed in the withheld claims as shown above.

26.     The Named Inventors and Prosecution Counsel knew that the data forwarding limitations in the claims of the '814 patent (*e.g.*, claim 1) were not sufficient to make those claims patentably distinct from the claims in the Vleugels I Patent Family, at least because of contemporaneous rejections in related application 13/249,059 (which issued as U.S. Pat. No. 8,165,102 (the "'102 patent")).

27.     On November 28, 2011, Examiner Tang rejected the pending claims in related application 13/249,059 over the claims of 11/422,945 in view of U.S. Pat. No. 6,771,933 to Eng. *See* Exhibit 24 (13/249,059 Rejection dated November 28, 2011 at 3-6). Like the claims of the '814 patent, the rejected claims of 13/249,059 included data forwarding limitations. *Id.* The claims of 11/422,945 did not explicitly include data forwarding limitation, but Examiner Tang held those limitations were not sufficient to render the claims in 13/249,059 patentably distinct from the claims in 11/422,945 because those limitations would have been obvious in view of Eng. *Id.* On January 18, 2012, applicant conducted an interview with Examiner Tang to discuss, among other issues, the double patenting rejection. *See* Exhibit 25 at 2 (13/249,059 Interview Summary dated February 3, 2012 summarizing an interview that occurred on January 18, 2012

and included a discussion of the double patenting rejection). After the interview, the applicant filed a terminal disclaimer to overcome the double patenting rejection. *See* Exhibit 26 at 9 (13/249,059 Response dated January 23, 2012); Exhibit 33 (13/249,059 Terminal Disclaimer). On March 13, 2012, Examiner Tang allowed the claims. *See* Exhibit 27 at 1(13/249,059 Notice of Allowance dated March 13, 2012). The application subsequently issued as the '102 patent on April 24, 2012. *See* Exhibit 28 (U.S. Pat. No. 8,165,102).

28.     On July 27, 2012 the applicant filed the 13/560,917 application, which issued as the '814 patent. The 13/560,917 application as filed included claims that were patentably indistinct from the claims that issued in the '102 patent. *See* Exhibit 9. On December 6, 2012, the pending claims of the '814 patent were rejected by Examiner Voltaire over the claims of the '102 patent for double patenting. *See* Exhibit 16 at 3-15. The applicant overcame the rejection by filing a terminal disclaimer. *See* Exhibit 29 (13/560,917 Terminal Disclaimer dated March 6, 2013). Examiner Voltaire was already aware of and applying Eng to show that the data forwarding limitations of the '814 patent would have been obvious. *See* Exhibit 16 at 20-22; Exhibit 17 at 2. If the Named Inventors or Prosecution Counsel had disclosed the pending claims of either 11/376,753 or 13/340,465 from the Vleugels I Patent Family during examination of the '814 patent, Examiner Voltaire would have used those claims in combination with Eng to reject the pending '814 patent claims under the doctrine of obviousness type double patenting using the same logic applied by Examiner Tang during prosecution of the '102 patent.

### Prosecution of 14/073,260 (issued as the '991 patent)

29.     During prosecution of the '991 patent, the Named Inventors and Prosecution Counsel did not disclose pending and issued claims in the Vleugels I Patent Family.

30.     The allowed claims of the '991 patent were not patentably distinct from the claims of the '814 patent. *See* Exhibit 30 (14/073,260 Rejection dated July 22, 2014); Exhibit 31

(14/073,260 Terminal Disclaimer dated November 24, 2014). The claims of the '991 patent were allowed based on the amendment adding the limitation "and wherein at least some of the communications using the second network protocol impinge on at least some antennae used for communications using the first network protocol." *See* Exhibit 32 at 7, 9, 10-13 (14/073,260 Examiner's Amendment in the Notice of Allowance dated October 6, 2015). This limitation is disclosed, or at least rendered obvious, by the claims of the Vleugels I Patent Family that were not disclosed.

31.    The allowed claims of the '991 patent (e.g., claim 1) were not patentably distinct from issued claims 1-10 of 9,036,613 which require, *inter alia*, a wireless network interface circuit with logic for communicating on a common wireless medium with WLAN devices and PAN devices using partially compliant protocols. *See* Exhibit 4 These claims include means-plus-function limitations that are construed to include the structure copied from the Vleugels I Patent Family into the Asserted Patent Family.

32.    The allowed claims of the '991 patent (e.g., claim 1) were not patentably distinct from issued claims 1-36 of U.S. Pat. No. 8,929,350 which require, *inter alia*, a device that communicates over a common wireless medium with WLAN devices and PAN devices using partially compliant protocols. *See* Exhibit 34 (U.S. Pat. No. 8,929,350).

33.    The allowed claims of the '991 patent (e.g., claim 1) were not patentably distinct from pending claim 1 of 14/688,556 which required, *inter alia*, a device enhancing wireless co-existence with logic for communicating with WLAN devices and PAN devices using partially compliant protocols. *See* Exhibit 35 (14/688,556 Application filed April 16, 2015 setting forth claim 1 as pending in 14/688,556 at the time of allowance and issuance of the claims in the '991

patent). These claims include means-plus-function limitations that are construed to include the structure copied from the Vleugels I Patent Family into the Asserted Patent Family.

34.     The allowed claims of the '991 patent (e.g., claim 1) were not patentably distinct from pending claims 1-20 of 14/589,382 which required, *inter alia*, a device using a shared wireless medium and logic for communicating with WLAN devices and PAN devices using partially compliant protocols. *See* Exhibit 36 (14/589,382 Application filed January 5, 2015 setting forth claims 1-20 as pending in 14/589,382 at the time of allowance and issuance of the claims in the '991 patent). These claims include means-plus-function limitations that are construed to include the structure copied from the Vleugels I Patent Family into the Asserted Patent Family.

35.     Additionally, applicant repeatedly argued that the claims of the '991 patent were patentable over the prior art because the prior art lacked partially consistent protocols. *See, e.g.,* Exhibit 37 at 8-10 (14/073,260 Response dated Nov. 24, 2014). But that subject matter was disclosed in the withheld claims.

36.     The Named Inventors and Prosecution Counsel knew that the data forwarding limitations in the claims of the '991 patent (e.g., claim 1) were not sufficient to make those claims patentably distinct from the claims in the Vleugels I Patent Family. The examiner of the '991 patent was already using Eng to show that the data forwarding limitations of the '991 patent would have been obvious. *See, e.g.,* Exhibit 38 (14/073,260 Rejection dated July 22, 2014). If the Named Inventors or Prosecution Counsel had disclosed the claims of any of 9,036,613, 8,929,350, 14/688,556, or 14/589,382 during examination of the '991 patent, the examiner would have used those claims, alone or in combination with Eng, to reject the '991 patent claims for the same reasons explained above with respect to the '814 patent, and they would not have issued.

ACTIVE\600131739.9

**Prosecution of 14/990,203 (abandoned)**

37.    During prosecution of 14/990,203, the Named Inventors and Prosecution Counsel did not disclose pending and issued claims in the Vleugels I Patent Family.

38.    No claims issued from 14/990,203 because the applicant abandoned the claims. Exhibit 39 (14/990,203 Notice of Abandonment dated Nov. 15, 2019). On appeal to the Board of the rejection of the claims of 14/990,203, applicant's sole argument for patentability was that the applied prior art did not disclose the claimed partially consistent protocol. *See* Exhibit 40 at 6-10 (14/990,203 Appeal Brief dated October 3, 2017); Exhibit 41 (14/990,203 Reply Brief dated April 5, 2018). This subject matter was disclosed, or at least rendered obvious, by the issued claims in 9,036,613, the issued claims in 8,929,350, the issued claims in 9,913,215, and the then pending claims in 14/688,556. *See* Exhibit 4; Exhibit 34; Exhibit 42 (9,913,215), Exhibit 43 (14/688,556 Amendment dated October 26, 2017 showing the claims as pending in 14/688,566 during the appeal of 14/990,203); Exhibit 44 (14/688,556 Amendment dated March 19, 2018 showing the claims as pending in 14/688,566 during the appeal of 14/990,203). The failure to disclose those issued and pending claims during prosecution of 14/990,203, knowing it contradicted the sole alleged basis for patentability, is further evidence of inequitable conduct with respect to the Asserted Patent Family.

**Prosecution of 16/668,999 (issued as the '659 patent)**

39.    During the prosecution of the '659 patent, the Named Inventors did not disclose the issued claims in the Vleugels I Patent Family, including U.S. Pat. Nos. 9,036,613, 8,929,350, 10,045,290, and 9,913,215.

40.    During prosecution of the '659 patent, the examiner allowed the claims based on a limitation that required, *inter alia*, a "WPAN protocol uses a WLAN protocol frame including a field adapted to support at least one feature of the WPAN protocol that is not part of the WLAN

303

protocol." *See* Exhibit 45 (16/668,999 Notice of Allowance at 7-9 reciting limitation and discussing disclosures of certain prior art references).

41.     The limitation relied on by the examiner to allow the claims of the '659 patent was disclosed, or at least rendered obvious, by the claims of the '613 Patent. *See, e.g.,* Exhibit 4 at 22-23 (9,036,613 at claims 1-5 claiming "wherein at least some portion of an overlay protocol is partially compliant with the frame formatting layer protocol used on the WLAN such that a WLAN device can process at least a part of a packet sent using the overlay protocol, and wherein the overlay protocol comprises a protocol having WLAN frame formats, or modifications therefore, such that WLAN devices can, upon receiving an overlay protocol frame, understand at least enough of the overlay protocol frame to defer use of the common wireless networking medium" in an apparatus claim using means-plus-function limitations that are construed to cover the structures disclosed in the specification, including the structure copied from the Vleugels I Patent Family into the Asserted Patent Family, and claims 6-10 claiming method for same).

42.     The limitation relied on by the examiner to allow the claims of the '659 patent was disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 8,929,350. *See, e.g.,* Exhibit 34 at 38-39 (8,929,350 at claims 1-36 claiming an overlay PAN protocol using modified WLAN protocol frames to support features of the WPAN that are not part of WLAN).

43.     The limitation relied on by the examiner to allow the claims of the '659 patent was disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 10,045,290. *See* Exhibit 46 at 22-24 (10,045,290 at claims 1-15 claiming a PAN protocol that is an overlay protocol partially compliant with a WLAN protocol, the PAN protocol using modified WLAN protocol frames to support features of the WPAN that are not part of the WLAN, and claims 16-29 claiming apparatus using means-plus-function limitations for modified WLAN protocol

frames that are construed to cover the structures disclosed in the specification, including the structure copied from the Vleugels I Patent Family into the Asserted Patent Family).

44.    The limitation relied on by the examiner to allow the claims of the '659 patent was disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 9,913,215. *See, e.g.,* Exhibit 42 at 39 (9,913,215 at claim 1 (claiming "WLAN is an 802.11x network and the one or more frames of the PAN protocol are 802.11x frames directed to a PAN device and include in a header of the frames, an increased duration field; and communicating, using the PAN protocol, between the PAN coordinator device and a PAN device over the wireless medium during the reservation period."), claims 2-3 (claiming 802.11x frame with increased duration field for PAN feature not part of WLAN), claims 5-8 (claiming modified fields for WPAN feature not part of WLAN), claims 10-18 (claiming apparatus using means-plus-function limitations for modified frames and fields that are construed to cover the structures disclosed in the specification, including the structure copied from the Vleugels I Patent Family into the Asserted Patent Family)).

45.    The claims of the '659 patent are not patentably distinct from, and would not have issued over, the claims in the Vleugels I Patent Family if they had been disclosed.

**Prosecution of 16/912,262 (issued as the '906 patent)**

46.    During the prosecution of the '906 patent, the Named Inventors did not disclose the issued claims in the Vleugels I Patent Family, including U.S. Pat. Nos. 9,036,613, 8,929,350, and 10,045,290, and 9,913,215.

47.    During prosecution of the '906 patent, the examiner allowed the claims based on an amendment to include limitations from certain dependent claims related to inactivity periods. *See, e.g.,* Exhibit 47 at 18 (16/912,262 Rejection dated August 12, 2020 noting dependent claims 11 and 26 related to inactivity periods would be allowable); Exhibit 48 at 8 (16/912,262

305

Amendment dated October 1, 2020 (amending claims 11 and 26 to include the limitations from the other claims)); Exhibit 49 (16/912,262 Notice of Allowance dated October 28, 2020).

48. The inactivity limitations relied on by the examiner to allow the claims of the '906 patent were disclosed, or at least rendered obvious, by the claims of the '613 patent. *See, e.g.,* Exhibit 4 at 22-23 (9,036,613 at claim 1 (claiming "logic for determining end of an inactivity time . . . enabling a coordination function following the end of the inactivity time . . . during the reservation and after the end of the inactivity time …." Which is a means-plus-function limitation construed to cover the structures disclosed in the specification, including the structure copied from the Vleugels I Patent Family into the Asserted Patent Family), claim 6 (claiming a method of same)).

49. The inactivity limitations relied on by the examiner to allow the claims of the '906 patent were disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 8,929,350. *See, e.g.,* Exhibit 34 at 38 (8,929,350 at claim 1 (claiming method for scheduling service periods for communication and powering down during other times)).

50. The inactivity limitations relied on by the examiner to allow the claims of the '906 patent were disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 10,045,290. *See, e.g.,* Exhibit 46 at 23-25 (10,045,290 at claims 1-15 (claiming determining mutually agreed inactivity periods, powering off all or a portion of circuitry during the inactivity period, enabling coordination function after inactivity period), claims 16-29 (claiming apparatus using means-plus-function limitations to inactivity periods that are construed to cover the structures disclosed in the specification, including the structure copied from the Vleugels I Patent Family into the Asserted Patent Family)).

ACTIVE\600131739.9

51.     The claims of the '906 patent are not patentably distinct from, and would not have issued over, the claims in the Vleugels I Patent Family if they had been disclosed.

**Prosecution of 17/125,797 (issued as the '934 patent)**

52.     During the prosecution of the '934 patent, the Named Inventors did not disclose the issued claims in the Vleugels I Patent Family, including U.S. Pat. Nos. 9,036,613, 8,929,350, 10,045,290, and 9,913,215.

53.     During prosecution of the '934 patent, the examiner allowed pending claims 2-7 (issued claims 1-6) based on the applicant filing a terminal disclaimer over the patentably indistinct claims of the '906 patent. *See* Exhibit 50 (17/125,797 Rejection dated March 4, 2012 rejecting pending claims 2-7 for double patenting over claims of the '906 patent and indicating they would be allowable with a terminal disclaimer); Exhibit 51 (17/125,797 Terminal Disclaimer dated March 22, 2021).

54.     Claims 1-6 of the '934 patent are not patentably distinct from, and would not have issued over, the claims of the Vleugels I Patent Family if they had been disclosed for the reasons give above with respect to the '906 patent.

55.     During prosecution of the '934 patent, the examiner allowed pending claims 8-15 (issued claims 7-14) based on the limitation "the second WPAN protocol frame comprises an SSID adapted to identify the WPAN protocol." *See* Exhibit 50 at 12 (17/125,797 Rejection dated March 4, 2012).

56.     This SSID limitation relied on by the examiner to allow claims 7-14 of the '934 patent was part of the subject matter that was copied from the Vleugels I Patent Family into the Asserted Patent Family.

57.     The SSID limitation relied on by the examiner to allow the claims 7-14 of the '934 patent was disclosed, or at least rendered obvious, by the claims of the '613 patent. *See,*

307

*e.g.,* Exhibit 4 at 22-23 (9,036,613 at claim 1 (claiming "logic for communicating with a node of a second wireless network as a network controller …" which is a means-plus-function limitation construed to cover the structures disclosed in the specification, including the SSID structure copied from the Vleugels I Patent Family into the Asserted Patent Family), claim 6 (claiming a method of same)).

58. The SSID limitation relied on by the examiner to allow the claims 7-14 of the '934 patent was disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 10,045,290. *See, e.g.,* Exhibit 46 at 23-25 (10,045,290 at claims 1-15 (claiming method), claims 16-29 (claiming apparatus using means-plus-function limitations to logic for communicating with wireless PAN devices that are construed to cover the structures disclosed in the specification, including the SSID structure copied from the Vleugels I Patent Family into the Asserted Patent Family)).

59. The SSID limitation relied on by the examiner to allow the claims 7-14 of the '934 patent was disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 9,913,215. *See, e.g.,* Exhibit 42 at 39 (9,913,215 at claims 1-9 (claiming method), claims 10-18 (claiming apparatus using means-plus-function limitations to logic for communicating with wireless PAN devices that are construed to cover the structures disclosed in the specification, including the SSID structure copied from the Vleugels I Patent Family into the Asserted Patent Family)).

60. Claim 7-14 of the '934 patent are not patentably distinct from, and would not have issued over, the claims of the Vleugels I Patent Family if they had been disclosed.

**Prosecution of 17/322,492 (issued as the '504 patent)**

61. During the prosecution of the '504 patent, the Named Inventors did not disclose the issued claims in the Vleugels I Patent Family, including U.S. Pat. Nos. 9,036,613, 8,929,350, 10,045,290, and 9,913,215.

62.    During prosecution of the '504 patent, the examiner allowed the claims based on limitations directed to partially compliant overlay protocols and inactivity periods. *See* Exhibit 52 at 6 (17/322,492 Notice of Allowance dated July 22, 2021). These limitations are disclosed, or at least rendered obvious, by the claims of the Vleugels I Patent Family.

63.    The limitations relied on by the examiner to allow the claims of the '504 patent were disclosed, or at least rendered obvious, by the claims of the '613 patent. *See, e.g.,* Exhibit 4 at 22-23 (9,036,613 at claim 1 (claiming a partially compliant overlay protocol and "logic for determining end of an inactivity time . . . enabling a coordination function following the end of the inactivity time . . . during the reservation and after the end of the inactivity time …." Which is a means-plus-function limitation construed to cover the structures disclosed in the specification, including the structure copied from the Vleugels I Patent Family into the Asserted Patent Family), claim 6 (claiming a method of same)).

64.    The limitations relied on by the examiner to allow the claims of the '504 patent were disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 8,929,350. *See, e.g.,* Exhibit 34 at 38 (8,929,350 at claim 1 (claiming a PAN protocol that is at least partially compliant with a WLAN protocol and a method for scheduling service periods for communication and powering down during other times)).

65.    The limitations relied on by the examiner to allow the claims of the '504 patent were disclosed, or at least rendered obvious, by the claims of U.S. Pat. No. 10,045,290. *See, e.g.,* Exhibit 46 at 23-25 (10,045,290 at claims 1-15 (claiming an overlay protocol partially compliant with a WLAN protocol and determining mutually agreed inactivity periods, powering off all or a portion of circuitry during the inactivity period, enabling coordination function after inactivity period), claims 16-29 (claiming apparatus using means-plus-function limitations to partially

ACTIVE\600131739.9

complaint overlay protocol with inactivity periods that are construed to cover the structures disclosed in the specification, including the structure copied from the Vleugels I Patent Family into the Asserted Patent Family)).

66.     The claims of the '504 patent are not patentably distinct from, and would not have issued over, the claims of the Vleugels I Patent Family if they had been disclosed.

## Intent

67.     The single most reasonable inference able to be drawn from the evidence is that the Named Inventors and Prosecution Counsel intended to deceive the PTO into issuing the claims of the Asserted Patents even though they were not patentably distinct from the claims in the Vleugels I Patent Family.

68.     Evidence of intent includes the contemporaneous prosecution of the two patent families in front of different examiners using patentably indistinct claim language as shown above. In particular, during prosecution the applicant repeatedly argued that the prior art asserted against the applications in the Asserted Patent family lacked a partially compliant/consistent overlay protocol, despite the fact that was disclosed in the claims of the Vleugels I Patent Family.

69.     Evidence of intent includes the applicant copying content from Vleugels I into the Asserted Patent Family in 2012, including content that comprised the structure for means-plus-function limitations in both families, and then failing to disclose the pending and issued claims in the Vleugels I Patent Family. The single most reasonable inference from withholding those claims is to deceive the examiner into issuing patentably indistinct claims in the Asserted Patents.

70.     Evidence of intent includes the applicant copying content from Vleugels I in July 2012, just prior to December 2012 when ownership of the Vleugels I Patent Family and Asserted

Patent Family was divided. The single most reasonable inference of copying content from the Vleugels I Patent Family into the Asserted Patent Family prior to separating ownership of those families is that the Named Inventors and Prosecution Counsel intended to prosecute patentably indistinct claims in patent families that were not commonly owned, and to deceive the examiner into issuing the claims in the Asserted Patent Family.

71.    Evidence of knowledge and intent includes the selective disclosure of other materials from the examination of the Vleugels I Patent Family as discussed below with respect to rejections and responses. Thus, the Named Inventors and Prosecuting Attorneys were clearly aware of the subject matter overlap between these families, and the duty to disclose relevant information between them, but chose not to disclose the patentably indistinct claims. There was no legitimate reason to withhold the pending and issued claims of the Vleugels I Patent Family from the examiner of the Asserted Patent Family.

### Failure to Disclose Office Actions and Responses

72.    The Named Inventors and Prosecution Counsel committed inequitable conduct by failing to disclose to the examiners of the Asserted Patents the office actions made by the examiners of the Vleugels I Patent Family and responses made thereto.

73.    The Named Inventors had knowledge of the office actions in the Vleugels I Patent Family and responses made thereto.

74.    Prosecution Counsel had knowledge of the office actions in the Vleugels I Patent Family and responses made thereto.

75.    Neither the Named Inventors nor Prosecution Counsel disclosed to the examiners of the Asserted Patents any office action in the Vleugels I Patent Family or any response thereto.

76. The office actions and responses in the Vleugels I Patent Family were material and, if they had been disclosed to the examiners of the Asserted Patents, the claims of the Asserted Patents would not have issued.

77. During prosecution of 11/376,737 the Named Inventors and Prosecution Counsel were unable to obtain any claims and abandoned the application. *See* Exhibit 53 (11/376,737 Notice of Abandonment dated November 23, 2011). The Named Inventors and Prosecution Counsel withheld the rejections by Examiner Manoharan and responses thereto, including the Notice of Abandonment, to deceive the examiners of the Asserted Patents into issuing the claims. If those rejections and responses had been disclosed during prosecution of the Asserted Patents, the examiners would have not allowed the claims and they would not have issued.

78. During prosecution of 11/423,813 the Named Inventors and Prosecution Counsel were unable to obtain any claims and abandoned the application. *See* Exhibit 54 (11/423,813 Notice of Abandonment dated July 6, 2012). The Named Inventors and Prosecution Counsel withheld the rejections by Examiner Manoharan and responses thereto, including the Notice of Abandonment, to deceive the examiners of the Asserted Patents into issuing the claims. If those rejections and responses had been disclosed during prosecution of the Asserted Patents, the examiners would have not allowed the claims and they would not have issued.

79. During prosecution of 11/376,753 (issued as 9,036,613) the Named Inventors and Prosecution Counsel were unable to obtain any claims prior to the December 20, 2012 separation of ownership of the patent families. *See* Exhibit 55 (11/376,753 Rejection dated August 24, 2012); Exhibit 56 (11/376,753 Interview Summary dated Sept. 6, 2012). The Named Inventors and Prosecution Counsel withheld the rejections by Examiner Manoharan and responses thereto, to deceive the examiners of the Asserted Patents into issuing the claims. If those rejections and

312

responses had been disclosed during prosecution of the Asserted Patents, the examiners would have not allowed the claims and they would not have issued.

80.    During prosecution of 13/340,465 (issued as 8,929,350) the Named Inventors and Prosecution Counsel were unable to obtain any claims prior to the December 20, 2012 separation of ownership of the patent families. *See* Exhibit 57 (13/340,465 Rejection dated July 20, 2012). The Named Inventors and Prosecution Counsel withheld Examiner Manoharan's rejections and responses thereto, to deceive the examiners of the Asserted Patents into issuing the claims. If those rejections and responses had been disclosed during prosecution of the Asserted Patents, the examiners would have not allowed the claims and they would not have issued.

81.    On January 10, 2011, during prosecution of 12/892,825, the applicant submitted an IDS disclosing certain references applied by Examiner Monoharan during prosecution of the Vleugels I Patent Family. *See* Exhibit 58 (12/892,825 IDS dated January 10, 2011 with Transmittal Letter of same date).

82.    Applicant stated in the transmittal letter with the IDS that the references "were cited in Office Actions and a Notice of Allowance mailed on November 21, 2008, October 22, 2009, and June 23, 2010 in related U.S. Patent Application No. 11/422,945. Copies of the Office Actions and the Notice of Allowance in 11/422,945 are available on PAIR and are believed to be readily accessible to the Examiner." *See id* at 1-2.

83.    That representation was false with respect to the references in that IDS that were cited by Examiner Monoharan in rejecting the claims in the Vleugels I Patent Family.

84.    The references in the IDS dated January 10, 2011 in 12/892,825 that were applied by Examiner Monoharan were not cited in an Office Action or Notice of Allowance mailed on November 21, 2008, October 22, 2009, or June 23, 2010 in U.S. Patent Application No.

ACTIVE\600131739.9

11/422,945. *See* Exhibit 59(11/422,945 Rejection dated November 21, 2008 citing five different references); Exhibit 60 (11/422,945 Rejection dated October 22, 2009 citing four different references); Exhibit 61 (11/422,945 Notice of Allowance dated June 23, 2010, not citing any references). U.S. Patent Application 11/422,945 is part of the Asserted Patent Family and its examination did not include the references applied by Examiner Monoharan in rejecting the claims in the Vleugels I Patent Family.

85.    There was no legitimate reason to misrepresent the source of the references in the IDS dated January 10, 2011 and misleadingly point the examiner of the Asserted Patent Family to office actions of the Asserted Patent Family, other than to withhold the office actions and responses thereto in the Vleugels I Patent Family that actually cited those references and thereby deceive the examiners of the Asserted Patent Family into issuing the claims.

86.    The single most reasonable inference able to be drawn from the evidence is that the Named Inventors and Prosecution Counsel intended to deceive the PTO into issuing the claims of the Asserted Patents. During prosecution of the Asserted Patents the Named Inventors and Prosecution Counsel disclosed certain office actions from the Asserted Patent Family, indicating they subjectively understood they should disclose relevant office actions. *See* '814 patent at 2; '991 patent at 2. And the discussion of office actions and notice of allowances in the January 10, 2011 Transmittal Letter reflects that they knew the origins of the references and related office actions and responses were material to the examiner. But they failed to disclose the relevant office actions in the Vleugels I Patent Family and misrepresented the source of the references as shown above. The Named Inventors and Prosecution Counsel knew that they had been unable to obtain allowance of any claims from Examiner Monoharan in prosecution of the Vleugels I Patent Family prior to December 2012. The single most reasonable inference from

ACTIVE\600131739.9

withholding those office actions was to withhold them from the examiners of the Asserted Patents, and thereby deceive them into issuing the claims in the Asserted Patents.

### Failure to Disclose Prior Art Teaching Information Elements

87.    The Named Inventors committed inequitable conduct by failing to disclose to the examiners of the Asserted Patents that it was known in the art to modify 802.11 frames and fields to implement additional, non-standard functionality using Vendor Specific Elements.

88.    On information and belief, named inventor Katelijn Vleugels worked at Atheros from August 2003 to December 2004. On information and belief, the Named Inventors were aware of Atheros's Wi-Fi products which implemented 802.11 overlay protocols to add functionality such as Super G and Super AG frame bursting, compression, and channel bonding. On information and belief, the Atheros Products used modified 802.11 frames and fields to support overlay protocols, including the use of Information Elements.

89.    On information and belief, the Named Inventors were aware of contemporaneous, competing approaches to add overlay protocols by Broadcom, Airgo Networks, and Conexant, which also used modified 802.11 frames and fields to support their overlay protocols, including the use of Information Elements.

90.    On information and belief, the Named Inventors were aware of efforts in the industry to standardize the use of modified 802.11 frames and fields to support overlay protocols, including the use of Information Elements. *See, e.g.,* Exhibit 62 (IEEE 802.11-04/522r0, disclosing Vendor-Specific Information Element); Exhibit 63 (IEEE 802.11-03-504r7, disclosing WMM extensions and Information Element); Exhibit 1 (60/661,746, describing 102e extensions with modified frames and fields in prior art P802.11e, which included Information Elements).

91.    The withheld information was material and, if it had been disclosed to the examiners of the Asserted Patents, the claims of the Asserted Patents would not have issued.

ACTIVE\600131739.9

92.    The single most reasonable inference able to be drawn from the evidence is that the Named Inventors intended to deceive the PTO into issuing the claims of the Asserted Patents by withholding this information.

## COUNT ONE
### Declaratory Judgment of Unenforceability of the '991 Patent

93.    Dell realleges and incorporates by reference Paragraphs 1-92 of this counterclaim.

94.    The claims of Ozmo's asserted '991 patent are unenforceable due to inequitable conduct in the '991 patent's prosecution, including because Ozmo failed to disclose the material information discussed above.

95.    The claims of Ozmo's asserted '991 patent are unenforceable due to inequitable conduct in the prosecution of the Asserted Patent Family under the doctrine of infectious unenforceability, including because Ozmo failed to disclose the material information discussed above during prosecution of the Asserted Patent Family.

96.    But for Ozmo's intentional non-disclosure of the material information discussed above, the claims of the '991 patent would not have issued because it invalidates those claims as discussed above.

97.    As set forth above, an actual and justiciable controversy exists between Dell and Ozmo as to the enforceability of the '991 patent, and a judgment of unenforceability is necessary and appropriate at this time.

98.    Dell is entitled to a judgment that the claims of the '991 patent are unenforceable due to Ozmo's inequitable conduct.

## COUNT TWO
### Declaratory Judgment of Unenforceability of the '906 Patent

99.    Dell realleges and incorporates by reference Paragraphs 1-98 of this counterclaim.

ACTIVE\600131739.9

100.    The claims of Ozmo's asserted '906 patent are unenforceable due to inequitable conduct in the '906 patent's prosecution, including because Ozmo failed to disclose the material information discussed above.

101.    The claims of Ozmo's asserted '906 patent are unenforceable due to inequitable conduct in the prosecution of the Asserted Patent Family under the doctrine of infectious unenforceability, including because Ozmo failed to disclose the material information discussed above during prosecution of the Asserted Patent Family.

102.    But for Ozmo's intentional non-disclosure of the material information discussed above, the claims of the '906 patent would not have issued because it invalidates those claims as discussed above.

103.    As set forth above, an actual and justiciable controversy exists between Dell and Ozmo as to the enforceability of the '906 patent, and a judgment of unenforceability is necessary and appropriate at this time.

104.    Dell is entitled to a judgment that the claims of the '906 patent are unenforceable due to Ozmo's inequitable conduct.

## COUNT THREE
### Declaratory Judgment of Unenforceability of the '814 Patent

105.    Dell realleges and incorporates by reference Paragraphs 1-104of this counterclaim.

106.    The claims of Ozmo's asserted '814 patent are unenforceable due to inequitable conduct in the '814 patent's prosecution, including because Ozmo failed to disclose the material information discussed above.

107.    The claims of Ozmo's asserted '814 patent are unenforceable due to inequitable conduct in the prosecution of the Asserted Patent Family under the doctrine of infectious

unenforceability, including because Ozmo failed to disclose the material information discussed above during prosecution of the Asserted Patent Family.

108.    But for Ozmo's intentional non-disclosure of the material information discussed above, the claims of the '814 patent would not have issued because it invalidates those claims as discussed above.

109.    As set forth above, an actual and justiciable controversy exists between Dell and Ozmo as to the enforceability of the '814 patent, and a judgment of unenforceability is necessary and appropriate at this time.

110.    Dell is entitled to a judgment that the claims of the '814 patent are unenforceable due to Ozmo's inequitable conduct.

<div align="center">

**COUNT FOUR**
**Declaratory Judgment of Unenforceability of the '934 Patent**

</div>

111.    Dell realleges and incorporates by reference Paragraphs 1-110 of this counterclaim.

112.    The claims of Ozmo's asserted '934 patent are unenforceable due to inequitable conduct in the '934 patent's prosecution, including because Ozmo failed to disclose the material information discussed above.

113.    The claims of Ozmo's asserted '934 patent are unenforceable due to inequitable conduct in the prosecution of the Asserted Patent Family under the doctrine of infectious unenforceability, including because Ozmo failed to disclose the material information discussed above during prosecution of the Asserted Patent Family.

114.    But for Ozmo's intentional non-disclosure of the material information discussed above, the claims of the '934 patent would not have issued because it invalidates those claims as discussed above.

ACTIVE\600131739.9

115.    As set forth above, an actual and justiciable controversy exists between Dell and Ozmo as to the enforceability of the '934 patent, and a judgment of unenforceability is necessary and appropriate at this time.

116.    Dell is entitled to a judgment that the claims of the '934 patent are unenforceable due to Ozmo's inequitable conduct.

## COUNT FIVE
### Declaratory Judgment of Unenforceability of the '504 Patent

117.    Dell realleges and incorporates by reference Paragraphs 1-116 of this counterclaim.

118.    The claims of Ozmo's asserted '504 patent are unenforceable due to inequitable conduct in the '504 patent's prosecution, including because Ozmo failed to disclose the material information discussed above.

119.    The claims of Ozmo's asserted '504 patent are unenforceable due to inequitable conduct in the prosecution of the Asserted Patent Family under the doctrine of infectious unenforceability, including because Ozmo failed to disclose the material information discussed above during prosecution of the Asserted Patent Family.

120.    But for Ozmo's intentional non-disclosure of the material information discussed above, the claims of the '504 patent would not have issued because it invalidates those claims as discussed above.

121.    As set forth above, an actual and justiciable controversy exists between Dell and Ozmo as to the enforceability of the '504 patent, and a judgment of unenforceability is necessary and appropriate at this time.

122.    Dell is entitled to a judgment that the claims of the '504 patent are unenforceable due to Ozmo's inequitable conduct.

319

## COUNT SIX
### Declaratory Judgment of Unenforceability of the '659 Patent

123.     Dell realleges and incorporates by reference Paragraphs 1-122 of this counterclaim.

124.     The claims of Ozmo's asserted '659 patent are unenforceable due to inequitable conduct in the '659 patent's prosecution, including because Ozmo failed to disclose the material information discussed above.

125.     The claims of Ozmo's asserted '659 patent are unenforceable due to inequitable conduct in the prosecution of the Asserted Patent Family under the doctrine of infectious unenforceability, including because Ozmo failed to disclose the material information discussed above during prosecution of the Asserted Patent Family.

126.     But for Ozmo's intentional non-disclosure of the material information discussed above, the claims of the '659 patent would not have issued because it invalidates those claims as discussed above.

127.     As set forth above, an actual and justiciable controversy exists between Dell and Ozmo as to the enforceability of the '659 patent, and a judgment of unenforceability is necessary and appropriate at this time.

128.     Dell is entitled to a judgment that the claims of the '659 patent are unenforceable due to Ozmo's inequitable conduct.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for relief as follows:

A.     That Plaintiff's/Counterclaim-Defendant's Complaint against Defendants/Counterclaim-Plaintiffs be dismissed in its entirety with prejudice and that a

ACTIVE\600131739.9

judgment be entered in favor of Defendants/Counterclaim-Plaintiffs and against

Plaintiff/Counterclaim-Defendant;

      B.      That Plaintiff/Counterclaim-Defendant take nothing by reason of its Complaint;

      C.      That the Court declare that the claims of the Asserted Patents are unenforceable;

      D.      That the Court enter an order under 35 U.S.C. § 285, awarding

Defendants/Counterclaim-Plaintiffs their reasonable attorney's fees and costs of suit incurred in

this litigation, as Plaintiff's/Counterclaim-Defendant's conduct as set forth above renders this an

exceptional case; and

      E.      That Defendants/Counterclaim-Plaintiffs be granted all such other and further

relief as the Court deems just and proper.

<div align="center"><strong>JURY DEMAND</strong></div>

      Defendants/Counterclaim-Plaintiffs demand a trial by jury on all claims, defenses, and

counterclaims so triable.

Dated:  September 21, 2023          Respectfully submitted,

_/s Brian K. Erickson_
John M. Guaragna
Texas Bar No 24043308
Brian K. Erickson
Texas Bar No. 24012594
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Erin P. Gibson
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA  92121
Telephone:  858.677.1400
Facsimile:  858.677.1401

<div align="center">321</div>

erin.gibson@us.dlapiper.com

Stephanie Piper
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
stephanie.piper@us.dlapiper.com

Christopher Deck
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6100
Christopher.deck@us.dlapiper.com

Chris Katsantonis
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone: 312.368.2184
Facsimile: 312.251.2884
Chris.katsantonis@us.dlapiper.com

*ATTORNEYS FOR DEFENDANTS
DELL TECHNOLOGIES INC. and
DELL INC*

ACTIVE\600131739.9

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on September 21, 2023, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via electronic mail. Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Brian K. Erickson*
Brian K. Erickson

ACTIVE\600131739.9