#### IN THE UNITED STATES DISTRICT COURT
#### WESTERN DISTRICT OF TEXAS
#### AUSTIN DIVISION

| | |
|---|---|
| OZMO LICENSING LLC,<br><br>               Plaintiff,<br>v.<br><br>DELL TECHNOLOGIES INC.<br>and DELL INC.,<br><br>               Defendant. | Civil Action No. 1:23-cv-747-ADA<br><br><br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO RESPOND TO COUNTERCLAIMS

Plaintiff Ozmo Licensing LLC ("Ozmo") hereby provides notice to the Court that Ozmo and Defendants Dell Technologies Inc. and Dell Inc., (collectively "Dell") have agreed to extend Ozmo's deadline to answer or otherwise respond to Defendants' Counterclaims (Dkt. No. 65) by two weeks, such that Ozmo shall answer or otherwise respond on or before October 26, 2023. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

DATED: October 12, 2023.

Respectfully submitted,

*/s/Karl Rupp*
Karl Rupp
State Bar No. 24035243
**SOREY & HOOVER, LLP**
100 N. 6TH Street, Ste. 502
Waco, Texas 76701
Tel: (903) 230-5600
Fax: (903) 230-5656
krupp@soreylaw.com

Paul J. Hayes
phayes@princelobel.com
Matthew D. Vella
mvella@princelobel.com

1

        Robert R. Gilman
        rgilman@princelobel.com
        Jonathan DeBlois
        jdeblois@princelobel.com
        Brian Seeve
        bseeve@princelobel.com
        **PRINCE LOBEL TYE LLP**
        One International Place, Suite 3700
        Boston, MA 02110
        Tel: (617) 456-8000

        COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

On October 11, 2023, the undersigned, as counsel for Plaintiffs, conferred with John Guaragna, counsel for Defendants, by email regarding the issue raised in this notice and he indicated that Defendant is in agreement with the contents of this notice.

        /s/ Karl Rupp

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been delivered to all counsel of record via the Court's CM/ECF service on this 12th day of October, 2023.

        /s/ Karl Rupp