**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| OZMO LICENSING LLC<br>        Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC. and DELL INC.,<br><br>        Defendants. | Civil No. 1:23-cv-00747-ADA |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

Plaintiff Ozmo Licensing LLC and Defendants Dell Technologies Inc. and Dell Inc. (collectively "Dell" and together with Ozmo Licensing LLC, "the Parties") file this Joint Motion for Entry of Amended Scheduling Order, in the form attached as **Exhibit 1**.  Given the upcoming holidays, outstanding third-party and party discovery, number of asserted patents and claims, and the Parties' ongoing discussions regarding potential case narrowing, the Parties believe that good cause justifies a reasonable extension of the case schedule including through trial.  The Parties jointly propose to move all deadlines by approximately 11 weeks to accomplish these goals.  The requested extension is not sought for purposes of delay and will not prejudice any party to this action.

Accordingly, the parties respectfully request that the Court enter the proposed Amended Scheduling Order in the form attached as **Exhibit 1**.

Dated:  December 4, 2023

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
Brian K. Erickson
Texas Bar No. 24012594
DLA PIPER LLP (US)
303 Colorado St., Suite 3000
Austin, TX  78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Erin P. Gibson (admitted *pro hac vice*)
DLA Piper LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA  92121
Telephone:  858.677.1400
Facsimile:  858.677.1401
erin.gibson@us.dlapiper.com

Stephanie Piper (admitted *pro have vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4500
Fax: (212) 335-4501
stephanie.piper@us.dlapiper.com

Christopher Deck (admitted *pro hac vice*)
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone:  617.406.6000
Facsimile:  617.406.6100
christopher.deck@us.dlapiper.com

Chris Katsantonis (admitted *pro hac vice*)
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606
Telephone:  312.368.2184
Facsimile:  312.251.2884
chris.katsantonis@us.dlapiper.com

2

**ATTORNEYS FOR DEFENDANTS**
**DELL TECHNOLOGIES INC. and**
**DELL INC.**


*/s/        Karl Rupp*
KARL RUPP
State Bar No. 24035243
SOREY & HOOVER LLP
100 N. 6th Street, Suite 502
Waco, TX 76701
Tel: 903-230-5600
Fax: 903-230-5656
krupp@soreylaw.com

Matthew D. Vella
Robert R. Gilman
Aaron S. Jacobs
James C. Hall
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
mvella@princelobel.com
rgilman@princelobel.com
ajacobs@princelobel.com
jhall@princelobel.com

COUNSEL for PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that the foregoing motion was filed electronically on December 4, 2023, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service via electronic mail.

/s/ *John M. Guaragna*
John M. Guaragna

4

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

OZMO LICENSING LLC
      Plaintiff,

v.

DELL TECHNOLOGIES INC. and DELL      Civil No. 1:23-cv-00747-ADA
INC.,

      Defendants.

**<u>AMENDED SCHEDULING ORDER</u>**

1

| Current Deadline | New Deadline | Item |
|---|---|---|
| December 1, 2023 | January 19, 2024 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| December 29, 2023 | March 19, 2024 | Close of Fact Discovery. |
| January 5, 2024 | March 26, 2024 | Opening Expert Reports. |
| February 2, 2024 | April 26, 2024 | Rebuttal Expert Reports. |
| February 23, 2024 | May 14, 2024 | Close of Expert Discovery. |
| March 1, 2024 | May 21, 2024 | Deadline for the second of two meet and confers to discuss significantly  narrowing the number of claims asserted and prior art references at issue. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. |
| March 8, 2024 | May 31, 2024 | The parties shall **file a Joint Report within 5 business days** regarding the results of the second meet and confer.<br><br>Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| March 22, 2024 | June 11, 2024 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| April 5, 2024 | June 25, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 5, 2024 | June 25, 2024 | Parties to jointly email the Court's law clerk (txwdml_lawclerks_wa_judgealbright@txwd.uscourts.gov) to confirm their pretrial conference and trial dates. |
| April 12, 2024 | July 2, 2024 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
| April 19, 2024 | July 12, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery, and deposition designations); file oppositions to motions *in limine*. |

| Current Deadline | New Deadline | Item |
|---|---|---|
| April 26, 2024 | June 16, 2024 | File notices of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie, at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| May 7, 2024 | July 29, 2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| May 10, 2024 | August 1, 2024 | **Final Pretrial Conference**. Held in person unless otherwise requested. |
| May 31, 2024 | August 20, 2024 | **Jury Selection/Trial** |

SIGNED THIS _____ day of December 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

3