UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ozmo Licensing LLC, <br><br> Plaintiff, <br><br> v. <br><br> Dell Technologies Inc. and Dell Inc., <br><br> Defendants. | Civil Action No.  1:23-cv-00747-ADA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Alyssa H. Ruderman is no longer associated with the law firm Prince Lobel Tye LLP.  Plaintiff Ozmo Licensing LLC ("Ozmo") hereby withdraws Alyssa H. Ruderman as counsel for Ozmo. Matthew D. Vella, Robert R. Gilman, Aaron S. Jacobs, and James C. Hall of Prince Lobel Tye LLP remain as counsel of record for Singular.

Therefore, Ozmo respectfully requests that the Court withdraw Alyssa H. Ruderman as attorney of record from the docket in this case.

Dated: December 11, 2023     Respectfully submitted,

*/s/ Robert R. Gilman*
KARL RUPP
State Bar No. 24035243
SOREY & HOOVER LLP
100 N. 6th Street, Suite 502
Waco, TX 76701
Tel: 903-230-5600
Fax: 903-230-5656
krupp@soreylaw.com

Matthew D. Vella
Robert R. Gilman
Aaron S. Jacobs
James C. Hall
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
mvella@princelobel.com
rgilman@princelobel.com
ajacobs@princelobel.com
jhall@princelobel.com

COUNSEL for PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on December 11, 2023, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Robert R. Gilman*