UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Ozmo Licensing LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Dell Technologies Inc. and Dell Inc.,<br><br>    Defendants. | Civil Action No.  1:23-cv-00747-ADA |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Ozmo Licensing LLC and Defendants Dell Technologies Inc., and Dell Inc., have reached an agreement in principle that will resolve all matters in controversy here. The parties jointly request that the Court stay all deadlines for 14 days, to allow the parties to execute and satisfy the terms of a settlement agreement and file appropriate dismissal papers. The parties bring this motion not for delay, but to take the final steps to resolve this matter without incurring more expenses from ongoing litigation.

The parties certify that they conferred under Rule CV-7(g) by email and agreed on the content and filing of this joint motion.

A proposed order accompanies this motion.

4621255

Dated: February 8, 2024.                    Respectfully submitted,

*/s/Karl Rupp*
KARL RUPP
State Bar No. 24035243
SOREY & HOOVER LLP
100 N. 6th Street, Suite 502
Waco, TX 76701
Tel: 903-230-5600
Fax: 903-230-5656
krupp@soreylaw.com

Matthew D. Vella
Robert R. Gilman
James J. Foster
Aaron S. Jacobs
James C. Hall
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
mvella@princelobel.com
rgilman@princelobel.com
jfoster@princelobel.com
ajacobs@princelobel.com
jhall@princelobel.com

*COUNSEL for PLAINTIFF*

John M. Guaragna
Texas Bar No. 24043308
Brian K. Erickson
Texas Bar No. 24012594
DLA PIPER LLP (US)
303 Colorado St., Ste. 3000
Austin, TX  78701
Tel:  (512) 457.7125
Fax: (512) 457-7001
john.guaragna@dlapiper.com
brian.erickson@dlapiper.com

Erin P. Gibson (admitted *pro hac vice*)
DLA PIPER LLP (US)
4365 Executive Drive, Ste.1100
San Diego, CA  92121
Tel:  (858) 677.1400
Fax: (858) 677.1401
Erin.gibson@us.dlapiper.com

Christopher Deck (admitted *pro hac vice*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA  02110-1447
Tel:  (617) 406.6000
Fax: (617) 406.6100
Christopher.deck@us.dlapiper.com

Chris Katsantonis (admitted *pro hac vice*)
DLA PIPER LLP (US)
444 West Lake Street, Ste. 900
Chicago, IL 60606
Tel:  (312) 368.2184
Fax: (312) 251.2884
Chris.katsantonis@us.dlapiper.com

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's CM/ECF service on this 8th day of February, 2024.

*/s/   Karl Rupp*