**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| Ozmo Licensing LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Dell Technologies Inc. and Dell Inc.,<br><br>    Defendants. | Civil Action No.  1:23-cv-00747-ADA |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**
**AND NOTICE OF SETTLEMENT**

On this day came to be considered the parties' Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the evidence contained therein, finds that it has merit and should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines pending in this case are stayed up to and including February 22, 2024.

SIGNED this \_\_\_\_ day of _____, 2024.

_____
Honorable Alan D. Albright
United States District Judge

1

4621255