# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Ozmo Licensing LLC | § |
| | § CIVIL NO: |
| vs. | § AU:23-CV-00747-ADA |
| | § |
| Dell Technologies Inc. et al | § |

## ORDER SETTING JURY TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY TRIAL** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, August 19, 2024 at 09:00 AM**.  All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 15th day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE